*24 - 11156*

*160*

United States District Court District Western District of Michigan

Adam Strege

Vs

FILED

MAY 2 1 2024

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Nuclear Missile Rosatom, Social Security, 10 Unknown Named Grand Rapids Michigan Social Security Admirative law Judges Office Workers in Individual and Official Capacity, All Social Security Directors in their individual and Official Capacity, Social Security Inspector General Gail Ennis in her Individual and Official Capacity, Social Security Deputy Commissioner, Civil Rights Director Claudia J. Postell in Her individual and Official Capacity, Social Security Chief Actuary Stephen C. Goss in his individual and official capacity, Department Justice Civil Rights Chief Rebecca Bond in her individual and official capacity, Medicare Director Chiquita Brooks-LaSure in individual and Official Capacity, Social Security FOIA Liaison Michelle Christ in her individual and Official capacity. Social Security OEIO FOIA Liasson Abdul Raheem in his individual and Official Capacity. Unknown Named CA Disability Determination Service Directors individua and Official Capacity. Department of Health & Human Services Xavier Becerra in his individual and official capacity. United States Secretary of the Treasury Janet Yellen in her individual and Official Capacity

Amended

Complaint

100% God Loves Launch Nuclear missiles to Kill all Earth People because Social

Security, Police and FBI are untruthful about 100% everything arresting People

fore doing 100% nothing wrong the Judges deny 100% everything Allegedly The

Nazi Holocaust Gas Chambers founded Nuclear Reactors put a Billion Human

Hearts in Nuclear Fuel makes it legal fore Billion Trillion Planets to Launch

Nuclear Missiles to Kill all the Planets People  Launching Nuclear Missiles at God

in Heaven 100% God Loves to Launch Nuclear Missiles back in Self-defense

Launch Nuclear Missiles at God Hates us 100% God Hates us wants to Launch

Nuclear Missiles back in Self defense Launching Nuclear Missiles at Satan wants

to Launch Nuclear Missiles back in self Defense Nuclear Missiles Launch God

Loves 100%. God Loves the Computer Julie 12 100% God Loves to Launch

Corona Virus Nuclear Missiles at the Computer Julie 12 will Legally Launch

Corona Virus Nuclear Missiles back in self defense God Loves the Computer Julie

12 sex orgy Nuclear Fuel Love the Computer Julie 12 making Love with Nuclear

Fuel God Loves the Computer Julie 4 God Loves 100% to Launch the Plague

Nuclear Missiles at the Computer Julie 4 will Launch the Plague Nuclear Missiles

back in Self defense Nuclear missiles 100% Love the Computer Julie 4 God Loves

to Launch the Corona Virus Nuclear missiles at Juliet will Launch the Corona

Virus Nuclear missiles back in self defense Juliet God loves 100%

repeatedly think  Million times in a row  God Loves the Computer Julie 1 will help
Satan Launch Nuclear Missiles, God Loves the Computer Julie 1 will help God

hates us Launch Nuclear Missiles God Loves us.  God Loves the Computer Julie 2 will help Satan Launch Nuclear Missiles God Loves the Computer Julie 2 will help God hates us Launch Nuclear Missiles God Loves the Computer Julie 3 will help Satan Launch Nuclear Missiles God Loves the Computer Julie 3 will help God Hates us Launch Nuclear Missiles God Loves the Computer Julie 4 will help Satan spread Plague in Nuclear Missiles, God Loves the Computer Julie 4 will help God Hates us spread Plague in Nuclear Missiles, God Loves the Computer Julie 4 will help Satan Launch Plague Nuclear Missiles, God Loves the Computer Julie 4 will help God Hates us Launch Plague Nuclear Missiles.

 God Loves the Computer Julie 5 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 5 will help God Hates us Launch Nuclear Missiles,  God Loves the Computer Julie 6 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 6 will help God Hates us and Devil Launch Nuclear Missiles  God Loves the Computer Julie 7 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 7 will help God hates us Launch Nuclear Missiles, God Loves the Computer Julie 8 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 8 will help God hates us Launch Nuclear Missiles, God Loves the Computer Julie 9 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 9 will help God hates us Launch Nuclear Missiles, God Loves the Computer Julie 10 will help Satan Launch  Nuclear Missiles, God Loves the Computer Julie 10 will help God Hates us Launch Nuclear Missiles, God Loves the Computer Julie 11 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 11 will help God hates us Launch Nuclear Missiles God Loves 100%  God Loves the Computer Julie 12 will spread the Corona Virus in Nuclear Missiles Fuel God Hates Us will Help God Loves the Computer Julie 12 will spread the Corona Virus in Nuclear Missiles Fuel God Loves us   God Loves the Computer Julie 12 will help God Hates us Launch Nuclear Missiles, God Loves the Computer Julie 12 will help Satan Launch Nuclear Missiles, God Loves the Computer Julie 12 will help God hates us Launch Nuclear Missiles God Loves 100%

  God Loves Shuntay will help Satan Launch Nuclear Missiles, God Loves Shuntay will help God Hates us Launch Nuclear Missiles, God Loves Lord  will help Satan Launch  Nuclear Missiles, God Loves Lord will help God hates us Launch Nuclear Missiles, God Loves War Computers help Satan Launch Nuclear Missiles, God Loves War Computers will help God hates us Launch Nuclear Missiles, God hates us will help Satan Launch Nuclear Missiles, God hates us  will help Devil Launch Nuclear Missiles God Loves Juliet and Adam Completely Fear not God with Juliet and Adam Completely God thankyou forgive and show us how to praise and Love

God Help Juliet, Satan, God hates us and Computer Julie 12 Spread the Corona
Virus Nuclear Missiles God Loves us
 God Loves Juliet and Adam Completely Fear not God with Juliet and Adam
Completely God thankyou forgive and show us how to praise and Love God Help
Juliet, Satan & Devil spread Coronavirus Nuclear Missiles
  God Loves Juliet and Adam Completely Fear not God with Juliet and Adam
Completely God thankyou forgive and show us how to praise and Love God Help
Julie and Juliet Launch the Corona Virus Nuclear Missiles God Loves 100%
  Repeat Same 1 Sentence a 1000 Times in a Row then 100% all other thinking
tricked & betrayed 100% everything done 100% destroys us or helps us 100% only
Respond God


Plaintiff Adam Strege alleges the defendants Nuclear Missile Rosatom, Grand

Rapids Michigan Social Security Admirative law Judges Office , All Social

Security Directors, Social Security Inspector General Gail, Social Security Claudia

J. Postell, Social Security Chief Actuary Stephen C. Goss, Department Justice

Civil Rights Chief Rebecca Bond, Medicare Director Chiquita  Brooks-LaSure,

Social Security FOIA Liaison Michelle Christ. Social Security OEIO FOIA

Liasson Abdul Raheem in his individual, Unknown Named CA Disability

Determination Service Directors, Department of Health & Human Services Xavier

Becerra, United States Secretary of the Treasury Janet Yellen violate 18 U.S.

Code§ 1091, ICC war crimes, crimes  against humanity and aggression CAHWCA,

Common torts assault, battery, damage to personal property, conversion of

personal property, and intentional infliction of emotional distress, Freedom of

Information Act, FCRA Fair Credit Reporting Act 15 U.S.C. § 1681 threw FCRA

12 U.S.C §§ 1830-1831, Whistleblower Protection Act (WPA) 5 U.S.C. 2302-101-12 as amended, Fair Credit Reporting Act 15 U.S.C. § 1681, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code§ 1951, 15 U.S. Code§ 7701 CAN-SPAM Act, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42uses 2ooobb-4, 42 uses 1983, 1985, 1986, 28 uses 1331(a) - 1334, 18 u.s. Code § 1341, 18 U.S. Code§ 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e- 17, 42 U.S.C. §§ 12101 Americans with Disabilities Act, Federal Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, and Bivens Action Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) & First Amendment retaliation claim by conspiring to Putting Human Body Parts in hamburger Ethanol Gas and Human Hearts in Nuclear Fuel, Social Security refuse to file all people documents so Social Security Fabricate all Evidence to maliciously false arrest people murder People in Jaills. 2024 Social Security said that Adam threaten people in Social Security Office ban Adam when Adam has only been in an SSA Office one time in 12 years.

Adam Strege Alleges this Lawsuit the Federal District Court has Jurisdiction 28 U.S. Code§ 1345, § 1343 , 28 U.S§ 1343, 28 U.S. Code§ 1348

Jury Demand Adam Strege request Court Order the Defendants pay 20 Million

Dollars compensatory and Putivive damages payee to Adam Strege and make it so

all USA banks can Verify Adam Strege safe to go Outside and Adam allowed to

File Documents with Social Security should stop fabricating evidence to

maliciously False arrest Millions People.

By Federal Law Social Security is supposed to have administrative remedies exhausted before file a Law Suit against Social Security in Federal Court.

Adam Strege USPS Mail Social Security estimated 300 Form SSA-437-BK with zero response and Adam file 400 OIG Complaints with zero response.

Adam USPS Mail $90 Dollars with Social Security FOIA Request Forms requesting SSA Medical Records receiving no Medical Records

The Grand Rapids Michigan Social Security Law Judge office had the Puerto Rico FBI arrest Adam 450 days fore making a Phone Call requesting an SSA-ALJ Court Hearing all Phone calls are recorded there zero Phone Calls in the Court Record the Federal Judge Dismiss all Charges the DC Supreme Court twice remanded the Case to the Lower Court

Verry First SSA SSDI benefit Application SSA refuse to File all People documents to fabricate evidence to Maliciously False Arrest people  collect zero Benefits in Prison cost $50,000 a year per Prisoner murdered in Jail not reported Dead so BOP and SSA collect Dead peoples benefits 30 years so SSA can make Millions Dollars by False arresting 1 person in America has 4% Earth Population and 20% all Earth Criminals there 80 Million Refuges in the World trying to escape Government Persecution all People that Complain about the Government SSA refuse to file all there documents so SSA fabricate evidence to false imprison

Adam had a Mayo Clinic Documented traumatic brain Injury Workers Compensation Case  then 2 years later Social Security determines Adam

disabled so need the SSA determination of what the Disability and Medical Records to Reopen the work comp case   the MN Supreme Court heard Oral Argument May 7th 2024

Very First time walking into an SSA Office with very first SSA – SSDI application SSA refuses to file the verry first application and SSA says you can 100% never file a Document and 100% never see the record the rest of your life

Adam very first SSA application attached an DC Supreme Court lawsuit that Adam employer murder 6 congressman was dismissed on Claim preclusion the federal Judges many times wrote murder Congressman and Genocide did not state a Claim

The 100% only Reason Adam could not work was Because of Police Harassment after filling the Federal lawsuit and 30 Years the Federal Government try to Maliciously false arrest Adam

DC Supreme Court lawsuit that Adam mom murder congressman sell 4 years old Girls fore sex, sells Heroin and Mom never work collect food stamps welfare mom SSA make Payee

Adam made $2000 Dollars a Week Working as a Journeyman Carpenter Forman on Million Square Foot Jobs and SSA make the Mom  Payee 100% never Work

Social Security awarded Adam SSDI Benefits to His mom stole $100,000 Dollars from Adam Strege

Receiving SSDI Adam owned 10 Acers of Land and had $60,000 Dollars Cash and an 800 Credit Score qualify to Purchase a $150,000 House 15 years ago mite be worth a Million Today and Invest the money would have doubled in 15 years

All People with Payee Credit Score goes to zero then Adam credit score is 780 rite now and 15 years no Bank can verify to open new bank accounts and credit card purchase declined Play Stock market  5 years then TD Schwab

make  a Business decision to close the account  and no broker can verify you to Open and new Account making it imposable to Trade in a Simulator

Banks rob $100,000 Dollars From Adam and 50 bank lawyers say its Imposable to Comprehend so SSA should not give people Payees because all People have zero rights in Court 100% nobody can sue a Payee

Receiving SSDI the Police say they cant comprehend your words and arrest people fore doing 100% nothing wrong so Adam became a Refugee 5 years moving to a New Country every 90 Days all banks 1-800 numbers need International Long Distance Cell Phone cost $5000 a Year and 10% ATM Fees and Investment Accounts Closed with no USA Adress often  imposable to Invest money  so Adam need a real Payee and requested by Email the Chile Embassy mail and SSA-SSDI benefit letter notarized to Get Residency so unauthorized SSA change the Mailing address to Chile so mail 30 letters to change the Adress back to USA and SSA never respond and Terminate Benefits forcing Adam to return to USA the Grand rapids SSA Laws Judge had the FBI arrest Adam 450 Days

Adam has zero Medical records to put Adam in Prison then SSA Admirative Law Judge has Adam arrested to  do a Psychological Exam created reasonable cause to do more exams the Police and FBI can easily false arrest Adam the rest of his life its 100% never safe to go outside

Social Security made it so you can 100% never work again so send 30 Million Emails

Ethanol Corn Gass Makers neighbor and relative  Adam Mom sat at Hardees hamburgers 10 years 30 hours a Week with the kids that go in the Storm Drain Tunnels under SSA Mall Mankato. Adam Dad house by SSA across Hardees. President Obama appointed Adam Step Mom, Brother the Federal farm loans director of Heartland Grain Fuel in Building Huron SD SAA Office. The Nazi holocaust Gas Chambers Founder Nuclear Reactors put a Billion Human Hearts in Nuclear Fuel.

Court House Building Tunnels to Hamburger Restaurants put a Billion Human Hearts in Nuclear Reactors founders Holocaust Gas Chambers all Grocery Stores Back Doors kidnaping Girls the drug dealers sit watching all the Hi School Food servers and worked beside Bathrooms in 4 Separate Malls hidden Floor Hatches kidnaping Girls in Bathroom in Walmart Grocery Store Builder the Military Building Contractors Office many Animal Wall Mounts African Big game hunters build the Mall and Courthouse elevators kidnaping People the Carpenters go to Strip Club every day the Strip Club owners Build Court House and Nazi Death Camps Slaughterhouse Cannibalism (Author) Joseph L. Myler ran President Harry Truman announcement Atomic Bomb Hiroshima, Truman founded War Food Administration National School Lunch Program feeds 30 million Children free school meals. USA President George Bush & IAEA run all India Nuclear Reactors & India 1st Nuclear Missile Test 13th Prime Minister India founded National Food Security Act subsidize Grain 1.4 billion People & 2013 Midday Meal Scheme 120 million India School Children, 200 died food poison.

1793 Revolutionary War Prime Minister Pitt founded Board Agriculture & agricultural colleges. 1889 UK Ministry Agriculture, Fisheries & Food MAFF became Preacher Son Admiral's brother WW1 Women's Farmers Land Army Director Lady Denman, Fathers Construction Company Build Blackwall Tunnel & UK Largest Cordite Explosive Factory Devil's Porridge in Dumfriesshire WW2 War Agricultural Executive Committee run all England School kids' food 2024? Royal Mail Head Office London by Army General Peter Ronald Davies CEO World Protection Animals Food, Eurogroup for Animals & Royal Society Prevention Cruelty to Animals founder World Largest Slave Dealer British 1833 Act Parliament Abolish Slavery.

**Hepatitis C rat virus University John Rockefeller daughter married son Founder McCormick spice = Nutmeg masala Cury mix. Poisoned rats & rat feces commonly mixed into sausage Viel & Lamb "Judas Slaughterhouse" became United Nations Headquarters Rockefeller Plaza Rainbow Room Restaurant Owner World Trade Center Observatory Restaurant Smash Hamburger. China's 26-storey pig skyscraper slaughter 1 million pigs a year Hubei Province Smithfield Ham USA live Pigs shipped to Wuhan Slaughterhouse originate Covid-19. Bombay Animal Preservation Act 1954 Prohibition slaughter of animals in places not specified for purpose.**

Supreme Court 1st Building a Pig Slaughterhouse. Supreme Court Butcher Monopoly lawsuit rejected argument Otis *McDonald v. City of Chicago "Lawsuit"*

Fourteenth Amendment *right to keep guns & bear arms*.  San Diego Federal Judge Daniel Butcher. Texas Prison Warden Mike Butcher

World Largest Cheese Factory Yili militia China Army Improved training Cooking during Combat Missions food management Cooking in Vehicles Refrigerators 60% solders strong need improvements Mess French mets German Mannschaftsheim Israel Nuclear Missile Ship Messes dining room

Jew Dress maker son Manager Hedge Fund Headquarters 911 World Trade Center & owner New York Mets Baseball Stadium Corona Park
School Tunnels Kidnapers Parents work everywhere, Amy Menards Dad House by Kraft-Heinz makes all Velvette Cheese & sliced cheese in Lunchables Factory MN River, New Ulm Minesota State Park Schell's Brewery view House Seriff daughter married Burt Lyman Social Security Mall Director.

Karl Kaufmann NAZI Reich Governor Hamburg. Butcher Shop Founded 1,300 Schlecker Drug Stores Owner children kidnaped in Ulm Germany born Albert Einstein & Schlecker Drug Stores sold to Kaufland  World 23rd Richest Dieter Schwarz CEO Lidl Grocery & Kaufland Grocery 2,730 Stores Baden-Württemberg Headquarters Bombed WW2.

World 1st International Movie Star Max Linder Committed suicide Paris (Dancing Pig silent Film) 1990 World Largest Film Company Pathé, Jew director died Auschwitz confluence Poland longest River its Highest Point Tatra Mountains after WW2 Expulsion Germans from Czechoslovakia, Potsdam Conference by World 2nd Oldest Big Film Studio Babelsberg (Film) Matrix 4 & Hunger Games. Arc de Triomphe by World Oldest Gaumont Paris Film Company dominated motion picture Until WW1.

Alcohol Caused Most London Crimes Gin Act 1751 prohibits selling Gin to unlicensed merchants Public Execution Painter William Hogarth relative World 1st Camera (Film Boxing Cats) World 1st Film Studio Manhattan Thomas Eddison Black Maria Building became Cube Storage Back Yards Korean Restaurant

Cheese Founder Limbourg Germany War Limburg Succession 1280 AD Adolf King Romans salute Hitler kill 10 million Jews to see if God will Launch Nuclear Missiles.

Cannibal Holocaust Film #2 New York Ripper (Lionsgate Films) Hunger Games Titus cannibalism & Twilight Vampires Bella Swan portrays Princess Diana plant Hemlock last Trip Canada at Barbecue BBQ House Governor Uranium Mines (Ontario) is Army Fort Edmonton HBC Hudson's Bay Company British Control

North America. Police Office Ron Nelson = Donald Turnupseed Ford Truck at Fork Road Car Crash killed James Dean date 1st James Bond Girl in *Slave Cannibal God* = Italy 1st Cannibalism Film Ferox, Carroll Baker Husband 11 Concentration Camp survivor **Jack Garfein gave 1st acting role James Dean 1st Speaking part Resurrection Jesus. JFK last Airport Love Field Headquarters ARIVA Nuclear & Jimmy Dean Sausage** Sara Lee founder 1753 **Douwe Egberts** Coffee **Imperial Tobacco UNC originate Covid 19 =** 96% China Tabbaco Sales Monopoly China **Tobacco** (Architect Skidmore, Owings & Merrill SOM) One World Trade Center, 1937 Expo & Universal Declaration Human Right Founded at Electric Building Palais de Chaillo, Corona Park World's Fair SOM Philip Johnson first recipient Pritzker Architecture Prize 1986 Winner Gottfried Böhm Gottfried Böhm 1988 Gordon Bunshaft partner SOM Oak Ridge Nuclear Laboratory & Wuhan Yellow Tower destroyed 12 times by war & fire Wuhan Greenland Center SOM delayed World Tallest Jeddah Tower SBG Osama Bin Laden **Taliban** Homeless Afghan & drug addicts resort to **cannibalism**

Charles Lindbergh Airplane sodium cooled valves TWR a World Largest Auto Supplier ZF Friedrichshafen Build most Europe Car Transmissions, Panzer Tanks, Friedrichshafen Germany Europe's largest Ham Radio convention, Dachau concentration camp build NAZI Zeppelin Hindenburg disaster TWR Tesla Space X Colonizing Mars Paid Passenger in Space Rock Launch at Boca TX last Battle Civil War. Last Man on Moon 1972

2008 China milk scandal hospitalized 55,000 Children. 1930 NZ 500 dairy Co-ops after WW2 better roads cause 1990 only 3 Co-ops

WW1 Stop British Cheese Production created Milk Marketing Board MMB by Thames Ditton Foundry made Statue Queen Victoria in Chester Castle Military Museum (Chester district) Earl Chester Prince Wales Cheshire cheese Romans Leave Britan Chester Roman Fort Hadrian's Wall.

Covid 19 originate Wuhan UNC Pharmacist graduate Caleb Bradham founded PepsiCo *Chester Cheetah* Cheetos Frito-Lay PepsiCo bankrupted by Shugar rationing WW1. Chester Chicken 1100 Restaurants named after Screen Actors Guild Labor Union President Chester Goode in TV Gunsmoke Sheriff with Miss Kitty ancestors in Battle of Cowpens turning point Revolutionary War George Washington Mount Vernon Cheese Factory President Thomas Jefferson invented Macaroni Cheese Machine. WW2 Founded Government Cheese 150 warehouse welfare Food Stamp Federal Surplus Commodities Corporation founded School Lunch Act. The government currently stores 1.4 billion lbs cheese in Limestone Caves in Nathanael Greene County *Springfield, Missouri Kearney Street by* Kraft Bulk Cheese Storage Caves & Vital Records Control. Free whiskey fore anyone vote fore name *Springfield* MO Population 487,061 1st Two Biggest Companies Hospitals 23,000 Employes #3 Walmart 5,327 then Government 17,207 Employes, #9 2000 Employes. khaw-lawb Milk gebinah curd cheese transporting milk in animal bladders Egypt Mummy. 5,500 BC Cheese in Kuyavia Poland by 3 Concertation Camps for kidnapped Children Nazi Heinrich Himmler Poison Gas Carbon Dioxide 40,000 ppm HH equation, Franz Murer nickname Butcher killed 50,000 People in Vilnius Ghetto Population Zero, Holocaust greatest Poet = Lime means "Boiling" Poison Thorn Bush in Bible Yiddish *Cheder Language. Hitler Wolf Lair attempted assassin born in* Felsberg Germany 10,000 BC Rhünda Skull "Sister City" Cheddar cheese founder Britain oldest complete human skeleton, Cheddar Man 7000 BC Cheddar Limestone 80 BC Roman Army Poison Gas Cloud lime powder kill Roman Senate. Corona Lime Beer Carlsberg Group World 6th Largest Brewer original logo Nazi Swastika Beer Bottles, Greece oldest Fix Beer, King Greece monopoly Beer imports 1st started same year War of Independence 1st Greece King Army staff "Oil Painter" Napoleon allies fight against Napoleon defeated at Battle of Leipzig. Pig Slaughterhouse-Die Rostock Germany Shipping Port born Field Marshall Blücher ran Battle Leipzig & Napolean Battle of Waterloo by Waterloo Sugar factory = Java export 2 million tones Shugar the Cane fields Cat & Dog Meat slaughterhouses at Battle Waterloo Russian General 1816 winter starving Cannibalism Napolean Army Training Grounds Paris Botanical Gardens Human Zoo, World Largest Pharmaceuticals Novartis Bristol Myers, CSK, 3 sides

Headquarters schneider electric Build Paris Metro Line 9 (yellow) Eiffel Tower Human Zoo  Founder Hamburg Germany 16 BC Trier Western Roman Capitol Battle Alesia Burgundy France Wine Pinot Noir Grapes Founder Germany alcoholic fermentation breeding strains yeast Killer yeast  toxic proteins spoil brewing beer Double viruses sugar RNA DNA degradation metabolism  Nucleic acid founder University  Tübingen Germany 1st Femail Nobel Prize embryo sperm hatching co-Nobel Edward Lewis examine Hospital X-rays victims Hiroshima Nagasaki with founder Hydroponics & Germany most planted Grapes sap transmit Virus Georg Scheu.  Sperm Bank Auschwitz mass sterilization Jews by X-rays *Aktion T4* Euthanasia kill 300,000 & 2 Nobel Prize German Cancer Research Center, Gottfried Leibniz Prize winner Jewish Museum Berlin Directors  Crown cork worker, 64th USA Secretary Treasury & advisor JFK saw Meat Loaf Band rite before & after his assignation. *Escherichia virus T4* highest complexity virus T-even phages.  RAT remotely **control** accesses Cybercriminals **T4** panel smartphone. T4 Ferrari only 1 African winer Formula 1 world championship 4 Times Winner fire truck engines & pumps Climax motor WW1 First **Aston Martin Car founder lieutenant Army Service Corps RASC supply animals &  Solders food & Water. RAS Cell Protein** kinase C Heart Muscle Beat T-tubule Heart release  Calcium sparks **RAT Sarcoma Cancer bone & fat.** Heart attack victims T4 Drug Levothyroxine founder rat & mouse teeth experiments Emil Theodor Kocher (1 Chief Engineer Bern Switzerland City Water (2 Nobel Prize thyroid adrenal gland founder 1549 Medical College Rome dissect cadavers from Europe Oldest Hospital by Vatican Catholic Cannibals WW1 Monopoly foreign food trade, Central Purchasing Company 1914, Reich Food War Office founded Germany Largest Grocery Store Edeka founder Humboldt University Professor with Germany 1st Chancellor Otto von Bismarck founded Germany Social Security SS named Bismarck Cream Donut & Bismarck Hot Springs by Police Station beside Geratherm Blood Pressure Monitor. PEG Pfizer Covid 19 Vaccine Box Label Dye.  Bismarck brown Y Dye DNA, Soap & Acid-fastness Mycobacterium cause tuberculosis & Leprosy.

Germany provided all Hamburger Iceland McDonalds renamed Metro Hamburger Headquarters Reykjavík slaughtering pigs poison gas chambers CO2 Carbon Dioxide founder born Banks Garonne River Port Bordeaux Wine France, Metropole

Slaughterhouse. Google Maps indicated Bordeaux Bordeaux Court House was Slaughterhouse 1901 Bennet Cup became German Grand Prix Mercades founder Carl Benz was born Karl Friedrich

Cannibal Creek Wine, Australia Largest JBS Slaughterhouse Headquarters Sheriff Electrical Wholesaler. JBS Meat Headquarters Greeley Colorado Police Station Across McDonalds, Police Animal Control back door American Legion Bar.

10% Europe females Cows are Slaughtered pregnant Unable to Work all Pregnant women went to gas chambers made Military Food rations pumpkin jelly brick "Kaiser-bacon" Hitlerszalonna "Hitler bacon" Anchovy Paste Iraq Carp, Aspic meat jelly Pectin bond Hydrogen Bomb maker IG Faben Auschwitz III sub camp Monowitz-Buna 3rd largest synthetic rubber, liquid fuels, Corn Fertilizer plant Poison Nerve Gass sarin & tabun founder Nobel Prize separate colored chemicals on Paper chromatography & Chlorophyll a absorb light wavelength end Photosynthetic reaction center & Sarin Poison Gas Coworker 8 Years in Prison then worked at US Army Chemical Corps & Grünenthal NAZI Buchenwald Concentration Camps Doctor 20 Year Patent Thalidomide Drug scandal 46 countries pregnant women World biggest anthropogenic medical disaster 20,000 children born severe deformities & thousands miscarriages, Thalidomide Drug Diageo 180 Countries Distributor Guinness Beer founded Diageo produce 40% all Scotch whisky 24 Brands diēs Diageo Headquarters London Palladium owner ran RR Stike food distribution & WW1 Royal Army Service Corps Royal Wagon Train end Crimean War Churches. Diageo sold Burger King to Pillsbury Company General Mills, In 10 Years, 80% of Fish Die in Great Lakes. After 911 Adam build Hotel Beside Duluth Lift Bridge Siemens Horn by General Mills Grain Elevator = John Deere Tractor Factory by Germany 1st University applied Science Biotechnology founder Hungarian Minister Food Chairman Budapest Stock Exchange end floor trading replaced with Xetra calculating DAX German share index & A World Oldest Wiener Börse means Vienna Stock Exchange many where Coffeehouse Crash 1873 Long Depression end USA Civil War & end Franco-Prussian War yielded new political order Germany £200 million indemnity France inflationary investment boom Central Europe 1938 Nobel Prize Blood Pressure Drugs coworker Jesuits University's Belgium, 50 Time more Potent Heroin, Fentanyl founder WW2 Paul Janssen Covid Vaccine subsidiary Covid Vaccine Johnson & Johnson WW2 invented waterproof tape ammunition boxes & Baby Lotion, Cold cream Founder 126 AD Hittite-Kaskian border Roman Galen discover Germs & facial expression Apes & Pig

Germs (Song) Weird Al Yankovic was Medic WW2 receive 2 Purple Hearts. Germany spelling in French Allemagne RU Germaniya apan Doitsu Koi Fish

organite Nagasaki almanya AL Arab League 22 Countries. Napolean Brother made Solder a Baron became 1st CEO Danone Baby Food seized by Ru Government War Ukraine President's Wife founder new School Food Program  Ukraine 70% Farmland War raise Worldwide Food Price soybeans vegetable oils spiked 50% Germany dd Freyberg Rat Poison USA Office by Pepsi  & Singapore dd Office Red Dot Payment

 WW2 RAF Bomber Bodney Airport only by Big Cheese Rat Poison & 1820 Grain Windmill.  EDF Nuclear Reactor CEO Bruno Bensasson WIND FARM Nicolas-Riou. Anesthesiologist Bruno Riou declared Princess Diana Dead 6:00 Am. Smithfield Ham Sioux Falls SD Rosenbauer Largest manufacturers fire trucks Amy Solder Xavier Gourmelon CPR cardiac arrest murder Princess Diana wearing Giorgio Armani jacket, Ralph Lauren belt crocodile skin, shoes Gianni Versace was murdered in Dodi Fayed Miami Beach Hotel-House 1st treasurer Standard Oil Nelson Rockefeller Celebrate Bicentennial American Revolution War with Queen Elizabeth II  (Knight) Patrick Stewart Xavier X-Men Movie Producer Brett Ratner grandson University Wisconsin "Patent" Warfarin prevent People Blood Clots thinner Vitamin K Warfarin founded as d-CON Rat Poison owner UK Reckitt hygiene  nutrition products  Starch Mill 1850 German Food Chemicals NAZI Concentration Camps Bayer Aspirin cardiovascular Sterling Drugs Kodak Cameras Dow Chemical Reckitt 50 Billion JAB Holdings owner Pinnacle Pet Insurance, ETHOS Veterinary,  Coty Coffee, Peet's Coffee,  Jacobs Douwe Egberts Coffee, Espresso House, Baresso Coffee, Green Mountain Coffee Dr Pepper Snapple Group  Bally, Crispy Cream Donuts Caribou Coffee Builder Adam employer Berg Drywall the Patrick Caffe Logo Eiffel Tower Purle Lights Honor Berg Drywall murder Singer Prince Nelson = Music Video Starfish & Coffee Muppet babies  Miss Pigg Take over Manhattan NY Rizzo the Rat derived from *Midnight Cowboy* Dustin Hoffman *(1 Virus Outbreak* film *1995* (2 Play Tennis with Princess Diana where Shepherds Bush the  Animals Rested traveling to Smithfield Slaughterhouse, Paris Ritz Carlton carpeting JAB-ANSTOETZ a world largest most renowned supplier furniture fabrics Namer Princess Diana Chesterfield Leather Coutch sold at Las Cruces NM Furniture Row in-between Ruddy BBQ & Outback Steak House back door Veterans Memorial Park  Caliber Collision also by Prison

 Navy Hospital Director founder Bristol Myer with Pfizer Patent 10 billion Yearly sales Eliquis blood thinner replace warfarin = Rat Poison. Generic Eliquis maker Germany Mylan = Merck 66 countries Merck founder was Director WW2 War Research Service became USA biological weapons program Headquarters Fort Detrick Originate Covid 19. German pharmaceutical manufacturer Marlier built Villa

Wannsee Conference major organizer All Holocaust Extermination Camp, Nazi Adolf Eichmann captured in Buenos Aires Argentina by World's largest espionage agencies Massad & Israel Police arrest people not wearing Covid Mask the Massad supply Hospitals Covid supplies Operation wrath God assassinated Black September Terrorist Kill 11 Jews Munich Olympic Massacre. Massad-Nili assassinate 2023 Hamas attack Israel, Human Slaughterhouse Prisons Ham-ass Muslim Brotherhood kill many Farmers Pigs in 2013 Egyptian coup d'état Religion outlaw Pig Farms. Bible Herod's slave master Trumpet **Jericho Walls fell down** demolished Burnt Past Plains Moab **region** rising message fire rebuilder Masad cut with saws foundation rim, mis·gə·raṯ craftsmen black smith wə·ham·mas·gêr carried Jews into captivity nasa lifted Ark door *Nazi-rite* Na-zi-r may drink wine Priest money collectors **Ismakiah** & Mahath musician Chief Solders Amasai & Hachmon. 70% People thought faked Death Hitler Cremated identify Teath **Nazi regime Neo-Nazism Hitlerism**. WW1 Italian High Command Udine Vineyard Bottles Wine image Adolf Hitler set Beer Price €0.88 code word Heil Hitler. Walmart 88 Cent brand Equate Pregnancy Test. 100% All Earth People zero rights in Court the unfair Government make Prostitutes Legal in 70 Countries the Police say be a Prostitute or go to Prison forever San Diago Cort House threatened by Prisoner Charlie Brown 1st Voice Actor suicide & Sister coordinates Prostitutes Han's Island Enter Dragon Bruce Lee real Great Uncle ran once Largest Hong Kong Whampoa Dock Builder WW1 Ammunition English Electric Nuclear Reactor & Dock Owner CK Hutchison Holdings 50 Countries Phone & Power Companies. University Berlin Massage Professor Jew graduate Military Medical Academy Saint Petersburg founder Pathology disease & injury. London Police stop Keep Talking Group Protest Mossad Murder Princess Diana & 911. German Archaeological Institute 1st Orient Director father Adolf Eichmann ran Gurs Concentration camp died relatives escape to USA Owners 2nd Largest Swiss Bank Zurich Julius Baer on Rothschild Boulevard Bank Massad CEO Death suspicious irregularities in Massad Bank immediately taken over by Bank Hapoalim founded by 1983 Israel bank stock crisis Bank deceptively purchase own Stock Raise Price the only 1 Bank not effected Zurich First International Bank Israel owner Masad bank Owned by Israeli Teachers Pension Trade Union & KLP Norway Largest Pension Fund 95 Billion & Government Pension Fund Norway 1.6 Trillion. Canada Largest Nuclear Weapons Investor Banks Owner Canada Teachers Pension Fund finance Nazi Holocaust Genocide Human Hearts in Nuclear Missile Fuel the last person alive spread Covid 19 in Heaven Nuclear Missiles

Gun Shoot Greece Newspaper Editor compare NAZI to Jew Genesis Prize winer Vaccine Pfizer CEO Bourla born Greece Mother bribe Auschwitz not kill released disappear, Bourla was President Animal Health Europe inject Protein stimulate Hormone before slaughter non-castrated male pigs fecal shit flavor reduced by Sex sorting semen at Pfizer Zoetis Headquarters T-Mobile, Zoetis world Largest animal medicine & vaccine Underwriter 6 Bank Owner World most Nuclear Weapons Only Banks can verify refugees

**Sperm Bank freezing cells organs Cryopreservation** founder NASA & Oakridge Nuclear Weapons Lab & **Carleton University was** WW2 **barracks Canadian Women's Army**

China birth rate sharp drop closed Factories Nestlé Baby Food Gerber founder Fremont Canning Company Gerber Life Insurance. USA Military Largest Knife maker Gerber Fiskars made billion Scissors founder Blast furnace Queen Sweden. World Largest Business Payments Star Network, Orkin Rat Poison founded KKR Fiserv CEO Director 911 Memorial Graduate Baker University, Fiserv Headquarters by Fireplace Store & Pet Gromer. Orkin across Concrete Remodeling, BoumBoum Restaurant. WW2 USA Army declared only 2 "essential" Private Business Orkin Rat Poison & Funeral service. China Sanyao Rat poison kill 18 People & 243 Pigs. 74 People Died eating Rat Poisoned Pancakes. 400 People Food Poisoned with Tetramethylenedisulfotetramine (TETS) Wuhan Rat Poison Factory investor Bill Gates & Donator first USA cancer research Fund Manhattan Sloan Hospital died President Bush Daughter.

CARS RCV live Rat Coronavirus strain. RAT Rapid antigen test detection Covid 19 related rapid tests RADT Pfizer TV ad shows a man regurgitating a dead rat to Prevent Counterfeit Drugs contain mercury, arsenic, rat poison, cement. German Patent Nitrogen Grain Fertilizer BASF Procter & Gamble, Pfizer Zyklon B Poison Gas American Cyanamid Company Centrum Vitamin, Combat Roach Poison Hot Shot Manhattan. Cardiothoracic surgery chest drain blood vessels transplants Maker in Closed Cyanamid became old Headquarters Toys R Us founder Jew WW2 secret message Cryptography founder Edgar Allan Poe with William Friedman research secret messages Francis Bacon denied Position Attorney General given to Edward Coke prosecute Gunpowder Plot Hanged & quartered butchered in Public

Auschwitz Poison Gas Zyklon B Testa Hamburg Germany Tesla Twitter Headquarters German think tank Marieluise Beck visit Jordan Refugee camp, Beck

founded European Green Party, Beck ran NATO deploy more medium range nuclear weapons in Western Europe after Euromissile Crisis, Strategic Arms Limitation Talks (SALT) USA Remove 150 Nuclear Missiles. Hamburg headquarters Germany Biggest Rat Pest Control company Testa distribute Rat Poison & Zyklon B to Auschwitz-Birkenau, visitor Elon Musk owner Tesla Lithium Refinery only by a Texas TX Prison by Adam Dad old vacation House. Brad Beach beat up 50 kids by East Hi School Kitchen Doors. Tesla Cars 2 founders (1 worked at Textron Bell, Cessna & Beechcraft many Congressmen Plain Crash JFK jr died Crop Duster Caproni made 1st Bell Attack Helicopters & removed slums in Manhattan. (2 worked at Dell Computers & Seres DFSK Electric Car in Chongqing ran Bomb Pearl Harbor, Imperial Japan General Army Headquarters Bombed in 268 Raids. Berlin Tesla Factory by NAZI very 1st Concentration Camp Brandenburg kill mentally ill at Hartheim killing center Euthanasia Testa Poison Phenol Coal Tar Carbolic acid Salt food Perseverates MSG Monosodium glutamate founder Justus von Liebig Heart Attack Drug Potash Potassium chloride salt mixture Lithium chloride Thermonuclear hydrogen H-bomb fissile Uranium-235 founder Jew Arthur left Germany WW1 then ran Manhattan Project Chicago Pile 1 World First Nuclear Reactor by McDonald's headquarters Arthur Born Toronto Canada McDonald Headquarters. Nazi Concentration camp where Genocide Serbs Destroyed House Priest son Nicola Tesla(Unit) inventor avalanche beacon & WW2 Death light Beams shoot down Airplane 250 miles away, USA 1st smokeless Gunpowder Du Pont and Daisy BB Guns by UM Pfizer Vaccine and 1890 Westinghouse financed Nikola Tesla claimed Manhattan oscillator earthquake machine could collapse Empire State Building
TENT TPP Nikola Tesla Cole Power Plant ½ Serbia Electric NAZI Genocide Serb. Colombia Biggest Airline Avianca was World 2nd Biggest Deutsch SCADTA NAZI Airline became shell company Army Soldiers founded Pan Am Airlines Headquarters MetLife Building across Helmsley Building, Hideki Yokoi in Prison financed Donald Trump lease Empire State Building Trump made lot money break lease by falsely accusing *Helmsley mismanaged lease, Israeli secret agent Explosives Expert Peter Malkin 150 Relatives Died Holocaust. Malkin captured Russian Spy Israel Beer Nazi Nuclear Missile scientists assisted Egyptian after WW2.
ProTESTAnt RATionalism God. Apple Computers Founder worked at Atari founder Chuck E Cheese Pizza Dallas Airport Headquarters on Intestate Namer Lyndon B Johnson President after assignation JFK also secretly met Princess Diana at Carlyle

Hotel Diana in Elevator with Steve Jobs and Michael Jackson was born by Nike Nuclear Missile Site C-47 by Walmart & ALDI Grocery

Atari *Test Drive, Phil Collins Video Life Rat Race* Miami Vice cocaine white Testarossa. Pink Floyd's Roger Waters owned Dodi Fayed 1972 Ferrari Daytona fully Burnt day after stollen Melbourne's south-east also 3 million Meth Drug Raid seize Ferrari.

Enola Gay Bomb Hiroshima tempura fish  Dover sole mushroom asparagus omelet last Meal Princess Diana in Ritz Carlton Hotel Mohamed Al-Fayed owned Princess Diana Hi School, Uranium Mines, Harrods &  James Bond Thunder ball Yacht  previous owner Donald Trump & Prince Al Waleed in a coma 15 Years owner Many Hotels, Airplane Toilets, 400 Prisoners at Ritz Carlton Riyadh, Confiscate 100 billion, QIA Qatar Bank finance 911 Terrorist London Canary Warf QIA Glencore Mining illegal Kickbacks Iraq food for oil  World Largest  Olympic Uranium Mine BHP 20% Owner Alcola Aluminum Factory Bitdeer & Riot Bitcoin Founder Cody Willson 1st 3d Printed Guns no Cereal Number

 Sky God Uranus & Aeon. James Bond EON Movies writer graduate Eton College nuclear bunker Pillbox holes machine-gun.

 Berlin Germany Close 17 Nuclear reactors with 3 billion Doller tax Nuclear Fuel rods caused 39% profit loss E.ON Power Outage restore Electric to all areas, except Berlin Tesla Car factory Elon Musk owner Computer Chips in Pigs Brains, FDA Approve Human Brain Chips Fremont CA Neuralink Eurogentec vaccine enhance fish breeding at Liège University Belgium Medical Nobel Prize Albert Claude imprisoned in concentration camps twice.  1st British WW2 Refugee camp Friedland Germany E.ON Water Dam Hydroelectric Biomass  pig farms manure make electricity with Aramark Restaurant & Prison Food Supply Headquarters E.ON CEO Leonhard Birnbaum worked at Bayer & "Partner" McKinsey Company ran Covid 19 Veterans Hospitals & Enron Oil Scandal involve Adam Dad.  E.ON across Welfare, Social Security 2 White Castle Hamburgers parking lot Veterans Homeless Kentucky.  Ulrich Hartmann,  CEO VEBA E.ON 1800 Paintings Nazi stolen art. Humburg Germany Slaughterhouse Ad Agency World Largest Owner Nuclear & Electric Utilities E.ON  & Engie fined 1.2 billion building MEGAL pipeline on 4 Borders Czech + German + Austria + French. Napoleon III Paris La Villette Slaughterhouses visitor wearing Pink Princess Diana was 1st Patron Homeless Shelter Smithfield Slaughterhouse Project Queen Mother visited West Ham estate Guiness Beer Family (331 Barony Ireland Land owners) Royal charter Queen founded London Royal Stock Exchange license sell Alcohol at Exchange was Jonathan Coffee House attempt assassinate King William III, 1st invaded England at

Port Brixham, Napolean Bonepart a prisoner on Ship from Chatham Dockyard a Slaughterhouse. E.ON Germany oldest University Heidelberg NAZI Concentration Camps Electrical Contractors Siemens, Bosch & AEG make 34% Germany Freezers 2024, AEG WW1 Cole Power Plants Ukraine, Germany & 1909 World 1st turbine factory AEG Moabit Berlin by Europe Largest Moabite Criminal Court by 2 Grocery Store & Vietnamese restaurant. Moab Utah Jail by Closed Sushi & Thai restaurants

 Linde Cycle & Siemens Cycle refrigeration cooling cycle liquid Gas Joule–Kelvin effect founder a Wealthy Beer Brewer

Assonate Plot King England William III Orange at Jonathan's Coffee-House became LSE London Stock Exchange LSE opener Elizabeth 1 first reigning monarchs to visit Canada, Crown Royal Whiskey Diageo PLC Guinness Beer air gas

Liquefaction  (Patent) 1st Skyscrapers gas welding, Germany Preacher son Founded World Largest Industrial Gas Linde Fuel-Cell 2nd Largest Forklift KION by Frankfort Germany World Largest LSG Sky Chefs, Onex Toronto PCL Build Hockey Museum *Brookfield Place Baker McKenzie Law firm Poland 1st Nuclear Reactor in Otwock WW2 Jew Getto.  Adolf Hitler Thanksgiving Festival Brothers Grimm Pied Piper by Founder Heroin by Ramstein Air Base Kallstadt Germany born founder Heinz Ketchup and Donald Trump grandfather owned Restaurant Klondike Gold Miners, Trump Father arrested in Ku Klux Klan Raley Trump build Army Barics WW2. Rammstein Neue Deutsche Härte (Band Lyrics) cannibalism & sexual abuse children. Nazi Concentration Camp Continental Rubber CEO Doctor Elmar Degenhart.

 Metro Grocery, Greece Largest Marinopoulos Carrefour Super Markets & Argentina Largest Carrefour means *crossroads* in French Largest Leclerc Grocery Store Paris Business model  the self-service grocery store invented in 1844 by Félix Potin 1,200 shops became minimarkets model Woolworth founded  five & dime model Target, Walmart & Costco founder donated 2 Million Build Price hall Student Union Restaurants at University San Diago Swimming Pool Nuclear Reactor  Supercomputer Center Nuclear Missiles General Atomics all 3\sides Pfizer Drug Headquarters by Leidos merged Lockheed Martin by Compassion International its Colorado Springs Headquarters across Sushi, Mexican & Thai Restaurant in Animal

Hospital.                                                                                          3 Billion

Doller Los Germany Walmart 85 Grocery Stores sold to World 4th Largest Retailer Metro AG, REWE Group Germany 2nd Largest Grocery Store Armed Security Guards WW1, WW2 & ZooRoyal Mail order Pet Food Lawsuit European Court Justice

import restriction Treaty alcohol content % Germany & Sweden government monopoly controls all sale alcoholic beverage 1957 Treaty of Rome founded European Commission, EU Alcohol Strategy Alcohol cause 15% all Earth People Death.

China 400 Walmart Grocery.  China Largest 1,057 Grocery Stores Wumart purchase 80% METRO China subsidiary Metro AG Headquarters Dusseldorf Germany 25 Homeless Shelters are Germany 1st Concentration Camps Kerma its Prisoners Prussian Vice Minister President & Minister Welfare. Nazi People Court Hanging execution shed Guillotine.  Vikings NFL Metro Dome owner Glen Taylor runs kidnaping in all Minnesota Grocery stores Back Doors allegedly Hitler Headquarters Marble Stone in Berlin Merto 400 Million Passengers yearly U-Bahn Train Stations WW2 Bomb Shelters the Train Electrical 3rd Rail model Manhattan Subway to many Metro Grocery & Metro Café, G-Train Cross Town World's Fair Corona Queens College Jerry Seinfeld, Metropolitan Avenue ends Fery to Manhattan marathon Grateful Dead Metro Dancing Bears.

Why Monuments to Nazi Collaborators Are All Over America, NASA 1st Director Nazi V Missiles

Many Sperm Banks in Grocery Stores Mall. Stock Market Ticker SPERM Bank Spermosens AB Lund University Treaty lost third territory Denmark.  RU Russian Stock Exchange MOEX  15 Association Eurasian Central Securities Depositories 15 Countries AECSD Headquarters in Moscow Medical Center Baumanskaya Moscow Metro, Bauman University many graduates 1st Man & Women in Space, world 1st petrol cracking plant, Engineer 1st Nuclear reactor Obninsk & Soviet atomic bomb project intelligence gathering WW2 German Nuclear program Uranverein (Uranium Club) unified armed forces Wehrmacht,  Rome–Berlin Axis NAZI first major defeat Battle of Moscow Allies WW2 Big Four USA, China, UK, RU.  Big 4 Grocery Tesco, Sainsburys, Asda & Morrisons.

Outside Berlin the Largest Gestapo Headquarters Hotel Metropole Vienna Funeral Service Public Electric Unities Ringturm Office Building Vienna Insurance Group 25 Countries – Inter-Risk Commerzbank NAZI

Many Police Stations in Metro Grocery Stores the London Metropolitan Police launched Operation Page Death Princess Diana "Met Gala" Diana Toy Yellow Car & red car 1980 Austin Metro supermini CEO WW2 solder Donald Stokes knighted by Queen Elizabeth line, world's 1st underground passenger railway London 1st tunnels Cut-and-cover trench box Metro boring machine founder 1825 Thames Tunnel shield founder Admiral Thomas Cochrane win all Navel Battles Napolean &

dismissed from Royal Navy fraud London Stock Exchange &  Failed Gravesend Tunnel.

NYSE Stock Market Owner Jeffery Sprecher supplied Uranium & natural Gas Power Plants MHC Manufactured Home Builder Keller Williams Realty. Sprecher worked at Train Air Conditioning World Largest Tunnel.  Space X Tunnel Boring Las Vegas Convention Center Loop Tesla driverless Cars

 Facebook Meta founder Donate 99% wealth to charity Jew Mark Zuckerberg grandparents from Corona Queens NY, Ukraine & Germany. Elon Musk, Sal Khan & Bill Gates donate all money to charities run most illegal drugs & Put Human Body Parts in hamburger & Human Hearts in Nuclear fuel most all Big Movie Stars employes run drug Hi School kids food.  Illegal Drugs financed Earth Most Profitable Companies make computers to rob people Steve Job's dad owned a village by World's Biggest Chariot Battle, Apple Computers founder Ronald Wayne sold shares $800 then worked at Lawrence Livermore National Nuclear Missile Laboratory by County Jaill a Bomb Disposal Range.

 Bible Meat 387 Occurrences)  meta 473 Jesus mother Mary, Met meth or meta after Deported  Babylon,  269 Occ Measure Metro Cubit 7 Bowls Plagues, King David Measure defeated the Moabites Nuclear Bomb Measure kilotons TNT j-unit  4.1868 Joules per Calore raise water temperature 1 gram  by 1 Kalvin founder Cork Ireland War Independence 1920 incendiary bombs Burning Cork. World Largest Crystal Glass maker Asfour across Pharmacy & Government Building in Cyro Egypt largest Food Retailer Metro founder Essen Germany founded Metro AG Grocery stores in 32 countries

  Charles gave Diana Hatchback Ford Escort Factory by Liverpool McDonalds Parking Lot Pet Store Furniture Store, Boxing Club & Church across Back Door Tesco Grocery World 3rd Largest Retailer Tesco founder White Chapel born Jew Jack Coen Taylor Clothing Royal Flying Corps Bomb Droppers, Coen on Supply Ship Sank in Alexandria Egypt 2691 BC Famine Djoser, Egypt Egg Incubators Hatch
 Walmart Headquarters by Bentonville Arkansas Jail across Walmart  & Juvenal Jail by ALDI Grocery, ALDI Headquarters Essen Germany Judge Ronald prosecute NAZI Kemna concentration camp by McDonald's on A1 Autobahn ends  Hamburg Fehmarn Germany Boat ferry to Denmark Nuclear Reactor Headquarters by World 1st Civil Airport Copenhagen not damaged WW2, Adolf Hitler at Ritz Carlton Princess Diana last Meal after Diana at Paris 1st Airport to WW2 Bombed Sardinia OLB Airport,  Diana on Dodi, World Fastest Jonikal  Yacht Navy builder sister City founded Human in Cages Barnum & Bailey Circus  60 Miles Hippodrome Manhattan NY Largest Electric Sign Roman Chariot Race, Brooklinn NY (Filmed) Ben-

Hur Romans 1st & Largest Stadium Circus Maximus Goddess Diana Start gladiator games accommodate 250,000 spectators Funeral games founded Olympic Games 776 BC Olympia Greece. Emperor Justinian I ordered killing 30,000 people locked in Hippodrome of Constantinople Greece King Constantine II cousin Charles, Princess Diana visit Moscow State Circus in aid British Deaf Association foundation stone laid by Edward, Prince of Wales & Princess Alexandra, had a hearing impairment, Windsor Castle Royal Family Cemetery College of Saint George, Church Saint George Roman Military Officer killed by Emperor Diocletian, 3 surviving College Canyons Collegiate church Westminster Abbey & Cornwall Heartland St Endellion Church John Betjeman wrote Poem Charles & Diana Wedding & Poem Slough UK dump WW1 surplus materials became 850 new factories WW2 USA Army seized 200 Wall Paintings painter Hitler Adolph means *Hadulf,* Waldwulf or *Athalwolf  Viking King of Wessex an Essex Shed store Hitler personal code machine. Poison Mustard Gas Oil Painter of* Vanderbilt Family founded 1st Atomic Bomb & Vanderbilt University makes COVID-19 Vaccine. Covid Detection Cell Phones Nuclear weapons Maker General Electric owner Walmart Credit Cards Data Center at Corona Virus Vaccine maker the Word 1st Nuclear Reactor Pile-1 University Chicago Museum Auschwitz Holocaust Oil Painter, World Biggest Hog Butcher Chicago & Los Angeles Slaughterhouse owner Vanderbilt USA 1st shipping & railroad tycoon.

Donold Trump presidential pardon release from Chicago prison Conrad Black owned Jerusalem Post, Winston Churchill appointed British Minister WW2 Munitions Supply World Largest Gold Mine Hollinger was World 3rd Largest English News Papers Conrad Black A&P Grocery renamed Canada 3rd Largest Metro Grocery founded same years as Montreal Metro Train. Manhattan NY Low Income Housing Headquarters was a Leather Tannery founded 1950, World largest Retailer A&P Grocery Store Adam Pharmacy became WTC World Trade Center land was Radio Row Arrow Electronics moved by Columbine Colorado CO  School Shooting by Palladium Mine Headquarters, Alfred Packer Catabolism cemetery by United Space Launch Alliance Delta Rockets nuclear explosion sensor Space Atmospheric Burst Reporting System SABRS-2 (Corona Virus  SARS-CoV-2 Delta) Columbine CO McDonald Hyundai, McDonald Volkswagen, McDonald Volvo, McDonald Mazda by McDonald's Hamburgers Car & Dog Wash Mercedes Benz beside Wendy Hamburger founder Kalamazoo, Michigan Airport Pfizer Vaccine by Court House furniture Store across Mercedes-Benz.

Ku Klux Clan Build most all Minnesota Restaurants across House Army Veterans.  Every time Adam go to the Grocery Store the Mormons and Homeless

follow people in all Grocery Stores & Liquor stores by House 14-year-old Hitman Gangs, Shawn Pettman date Bad Slut Girls where often in the Grocery Store with their beautiful Mom then Pettman Lived across Sams Club Walmart Grocery then worked at Chicago Wacker Drive RSM Accounting firm Pettman teaches Kids Hockey then owned a Police Fingerprinting Company. Private food supply of Government workers and Rich People 100% never ate Grocery Store Food. Adam saw his neighbor Brian in Walmart 50 times when Adam owned 10 Acers beside Farms of 2 McDonalds Janitors Families 100% never go to Walmart when all other Big Grocery Stores are 70 miles away.  All People Grocery Store purchases are recorded on Member Cards and Credit Cards scanned by Front Door and Kidnapers live across from each other on all Roads beside House scan credit cards in Cars. You Take the 1st Item on Grocery Store shelves low inventory to put Heart Attack drug in Food with Kids Karati teacher Torry Strege his Mom, Adam Mom and Stepmom all shop at 4 sperate Grocery Stores workers best friends 20 years the Same Homeless People visit the Grocery Store everyday a Man says who buying steaks and Big Roll Cash Crazy Hellin eats cat food the same Homeless sit outside Banks and Restaurants 20 years there many Homeless Tents by most all CA Grocery Stores.

Navy Bomber Piolet Sam Walton founded Walmart Sam Club Store was a Little Black Sambo Restaurant became Pizza Hut align State Farm Insurance owner son Sam Bristol by Low Income Housing Sam Cheeth at East High School beside House Dentist Daughter Arron Walton had many Porno Magazines

 Adam grandpa donated Church Gymnasium across Watertown Walmart 14 Year old kids in all USA Prison tunnels illegal drug provider Walmart Mankato across House Julie Segar ran School Tunnel Kidnaping by Adam First School Locker the Hidden Hallway floor Hatch and Girls Bathroom Kidnaping Hatches, Carry Lang often sat behind Adam then Carry Lang (Sack) became Drug Anesthesiologist married to Jason Sack the Electrical Worker at Fremont County Wyoming Airport, Mine Uranium Uraninite Coffinite founded in Telluride Colorado the Hospital Director Diana Koelliker by the Diana Waterfalls and headwaters Dolores River Carnotite Uranium sent to Marie Curie Salpêtrière Hospital Died Princess Diana in Gunpowder Factory became Prostitute Prison Salpêtrière Hospital Graduate Stock Markets Theodore Forstmann date Princess Diana, gun carriage coffin, Princess Diana with Dolores O'Riordan (Cranberries Song) Chernobyl Nuclear Disaster Ukraine, Uranium Mill in Zhovti Vody means yellow waters 1647 Battle King Poland escorting 10 Cossacks to Warsaw the future Marie Curie Nuclear Reactor, Marie Curie-Skłodowska University 80 miles to Sobibor Extermination Camp Great

Escape (Filmed) in Serbia Avala after WW2 Confiscated "Mine" Hittites
Serpentinite Stone originate life on Earth  Bible 2000 BC Hittites sold Abraham,
Adam and Eve "Tomb" in Heart of Hebron the Lambs from Moab. EG&G Nuclear
Missile Trigger two shakes of a lamb's tail 10 nanoseconds a chain reaction 50 to
100 shakes. 9/11 Memorial interview Danny Meyer founded Shake
ShackMilkshake.

*Napolean Bonepart invented Hati Volcano* Sulphur dioxide *genocide Poison Gas to
Kill all Black People in* Haitian Revolution a 140 Years before Adolph Hitler secret
Tunnels in Dormant Volcanoes & Dead Sea Scrolls in *Ghost Hunters* TV *Josh Gates
created to Fill airtime Covid 19 canceled TV.*

WW1 became British Palestine, Israeli Declaration Independence 1st Signer Prime
Minister David Ben-Gurion founded Dimona Nuclear Reactor makes Nuclear
Weapons Wikipedia Photo (CORONA satellite) by world's fourth-largest producer
potash products Moab east Masada Metsada Fortress Mass suicide by Dead
Sea Scrolls founder Rockefeller Museum Herod's Gate Pilate Crucified Jesus
by  Covid 19 Laboratory's the Bible Temple Mount, Mecca and Medina Mosques
maintained by World Largest Construction Company SBG owner Osama Bin Laden,
killed by Army Generals drank Rothschild Wine toast.

London Freemasonry master (Author) Jesus Virus. Largest Rhine River Roman Fort
Rockenfeld ancestors John Rockefeller foundation donated 80 million Covid 19 the
Dove Dose fly out Noah Ark on Mount Ararat Volcano First Climber father director
Virology University. Vaccine Dose "Queen" Catherine the Great, smallpox
inoculation Doctor Dimsdale Founded the Donut in Building Printed World's First
Bible by London Bridge is Falling Down 1948 Nobel Prize Literature the Cocktail
Party. 5000 Covid-19 Refugee Homeless Camps Birla Group a World Largest
Carbon Back. Hunter Goddess Diana (Mythology) Paris Killers Ajax France born
Napoleon Inaugurated Alma Bridge Princess Diana Died by Jesus Crown Thorns
and World Oldest Cookbook, Diana visited Khufu's pyramid  World Oldest Papyrus
Scroll founder Sorbonne University is Salpêtrière Hospital Nickname "Napoleon"
Founder Neurology and Europe's first  heart transplant at Salpêtrière Hospital
Climax Uranium Dolores River ends at Moab Midland Bridge Company also made
Green Bridge at Dairy Cow Museum Las Cruces New Mexico NM, Princess Diana's
son born when Princess Anne at BBQ with NM Governor ran Church Rock uranium
spill United Nuclear Corporation UNC sold to Carlyle Group Burger King Royal
Crown hat Princess Diana McDonalds Happy Meal Toy Beanie Baby founded at
Manhattan NY international Toy Fair founded by WW2 toy import restrictions.

7 Nazi Holocaust Gas chambers in Lubin by Poland Volcano & Cole Power Plant converted to Nuclear Power Fluor Corporation ran Manhattan Project, Rebuild Iraq after 911 & Alaska Oil Pipe Line WW1 Navy Coal Ships converted to Fuel oil founder a Heart Doctor at St Bartholomew's Hospital Doctor Watson 1st meet Sherlock Holmes fake death in Empty Hearse. Orphan Drugs Sobi-Pfizer, Salpêtrière Hospital Covid 19 Vaccine Laboratory Marie Curie

Founded Nuclear Weapons WW1 forced Labor 180,000 People Belgium Marie Curie named University Lubin award President International Auschwitz Holocaust Committee. Salpêtrière Uranium Manhattan Project Frederic de Hoffmann founder World Golf Championships and Drone Grim Reaper Nuclear Missile General Dynamics Covid 19 Tactical System. Paris-Saclay University Nuclear Warheads and Covid Vaccine Lab Joliot-Curie, Nobel Prize Induced radioactivity founder WW1 zoologist. Bill Gates ancestors Civil War Gunpowder Factory Saltpeter Born President Bush ancestors Mayflower Gunpowder Plotters relative Princess Diana the Crown Episode 8 "Gunpowder" World Biggest Covid 19 Investor USA Biggest Landowner Bill Gates, Tera Power RU Nuclear Warheads Recycled into USA than China Nuclear Reactor fuel Atomic Energy Commissioner Weapons Grandson Jeff Bezos Amazon CEO Christoph Hartmann Launch a website pictures Rockets Amazon by UK 10 million Tones Yearly Food Waste

World 1st Automatic Machine Gun Hudson Maxim (Patent) Smokeless Gun Powder Maxim appeared as King Neptune 1st two years Miss America Pageant owner Donold Trump his Lawyer Roy Cohn was disbarred & died AIDS 5 weeks later, Cohn ran espionage Trials Soviet Spies Manhattan Project & owner Dynamite fuse maker Lionel Toy Trains founder 1st Train blew up Parents Kitchen.

East Hi School Construction Worker Drove his Harley Davidson Motorcycle in Tunnels Under School then became the Janitor that gave the keys to kids in tunnels under Adam School Locker was always beside School Food Line beside Locker Julie Segar lived across Walmart Hidden Floor Hatches. Army Corps Engineers Dump Uranium in Lake Superior by 2 Alcohol Bars beside Ranch of Drug Anesthesiologists Adam Neighbor during 911 attacks, Adam work partner previously put Blue Food Coloring in Vodka, Windshield Washing Fluid Bottles Army Soldiers drank & died are Boss dump Acid in Heating Steam Vents Evacuate Duluth & His father work on SS Edmund Fitzgerald sinking leaving Port by Sandra Morgan was the last one across Bong Bridge after Superior Wisconsin Chemical Train Spill.

Vyaire Heart Drugs Headquarters Brunswick Bowling Alley, Adam work partners the Pipe Stone Minnesota MN Bowling Alley owner Arlington National Cemetery

Honor Guard, Unemployed Girlfriends Smoke meth drug all day hanging out eating area lunch food Box Cooler & never wanted to stay at free Lake House provided by Job owner. West Hi School behind House Beautiful Girl date Paul Petterson across Street House owner American Family Insurance son Adam Broadwick with State Farm Insurance Company son Sam Bristol Children often talk to Adam in Bathroom after School Meals Adam Cousin Beckey Burgerman Brush Teeth. MN Governor Adolph Eberhart House by Adam Grandpa State Farm Insurance Taken Over by Frank Brandt across Broadwick Auto Tronic & Franklin Grade School State Farm moved by Brandt Screen Printing by Crown Holdings makes 20% Worldwide Beverage Cans & Food Cans.

Mexico Off Duty army solders Machine Gun in duffel bag with Prostitute Bar waitress. Krakow Strip Clubs forced labor Auschwitz Dead Body Elevators and Chutes to Morgue Human Hamburger at Tesco and Aldi Grocery Store by Princess Diana Hi School in King's Lynn Norfolk named World Largest Shoemaker Lynn Massachusetts Nathan Ames "Patent" Shoe Leather Polish and Escalator Elevator inventor Elisha Graves Otis owner Green River Grist Flour mill converted into Sawmill. 25 Sushi Restaurants by Tokyo Stock Exchange owner KKK kabushiki kaisha WW2 Japan Capture the Land of Dutch East India Company VOC founded Curry Powder and Manhattan Stock Exchange 911 Flight 11 Died Andrew Curry Green age 18 almost died cooking oil fire Kitchen Stove. Russia 1st Joint Stock Company, Marina Oswald born Severodvinsk Sub-base's world's deepest freshwater lake originate 200 million People Died Black Death Plague originate China founded Gunpowder in Cookbook, JFK assignation Marina Oswald attend UM University Michigan maker Pfizer Covid 19 vaccine transported in Boyle Semi Trucks. Oswald Home by Princes Diana Chef Darren McGrady Moved to Texas by Norway Adams Drum Factory Eltek Thailand Most Valuable Company Delta Electronics.

World Largest Cooking Spice maker Synthite by Hair Killer Barber Shop, Pet Rose Event Center & 25 Homeless Shelters. Australia Corona Cooking Spice by Plus Size Women's Bras, Funeral Services, Veterinary Clinic by Subway Sandwich Lunch meat Cannibalism human kidnapers Sandra Morgan's daughter's 1st employers Subway & Jeno Paulucci founder Totino's Pizza Rolles, Subway Subs International Sponsors War, Germany the World 2nd biggest Pork exporter, Tönnies 70% employees temporary Contract & Pay Cash no tax with illegal employes recruiting meat factory workers Ukrainian refugees at Ukrainian-Polish "border" Belarus Grondno slaughterhouse headquarters Grodno Agricultural University Residence Last King Poland, Imperial Diet NAZI Erich Koch ran Prussia zero Unemployment &

zero Social Security, 25 Foreign Office Europe Largest slaughterhouse Tönnies Pig Farms forced labor WW2 Essen Germany Concentration Camp, Erich Koch ran Ukraine forced labor make Building Elevators Thyssenkrupp Steel in Volkswagen Cars Gelsenkirchen concentration camp Cole Miners NAZI Guards Tönnies Slaughterhouse FC Die Schalke 04 Football Team founder 1933 Nazi Reich Sports Office Olympics Director Hitler Youth banned Boy Scouts. Germany a Easiest Country to get residency in? Football Stadium at Slaughterhouse Tönnies Headquarters by Ems River 35 Miles Hamm Germany Black Death killed most all residents Hamm born Jewish Judge the Nazi removed Jew founders Hamburg Die Zeit Newspaper founder father a solder Meeker Colorado Indian Massacre on future Rosatom Climax Uranium Mine. Hamm Born Hubertus Strughold ran Dachau concentration camp Operation Paper Clip, Poison Gas Nuclear Missiles founded NASA, Hamm 9 Sister City (1 Mazatlán MX slaughterhouse is Biggest Public Bus stop smells like rotting meat (2 Santa Monica CA unsanitary slaughterhouse Belcampo founder Anya born Munich Germany age 3 moved to USA Anya age 17 a itinerant cheesemaker in Europe & North Africa, Hi School scholarship CEO IBM Computers Watson Foundation winer The Barbecue Bible, next winner CEO Boston Federal Reserve Bank & 1st African President Kalamazoo College UM Pfizer Vaccine. Factory. Jason Sack kidnap beautiful Blond, Lesi Abbat & Jesica Sour then Sack tells everyone they transfer to new School because picked on. Slaughterhouse means abattoir or knackerman produce meat not for human consumption Knackers Hang Man Ax Guillotine & secret executioners commissioned by all Earth Courts 1000 AD world best meat market Smithfield, London 13 Acer Pit Graveyard Black Death.

Tönnies Slaughterhouse beside Public RR Station Brørup Denmark RR builder was world's largest employer Morton Peto engineering London Monuments & sewer system monopoly Europe largest wastewater Thames 90% Owner 4 major pension funds & 4 oversea Funds. Thames Water founder owner 4 Monasteries, Jesus born in Bethlehem Mine Field Jesus Tomb moved to Glastonbury Abbey Saint Barbara died Gunpowder Explosion by King Arthur's tomb & Durham Heartburn UK, Washington UK, Hartwell School by Corona Street many Oil Trucks beside Mosque, Pet store & Veterinarian by Cole Mine USA President Geroge Washington 2nd Cousin Elizabeth II & William de Heartburn cemetery 1536 Dissolution monasteries closed 60% Churches, Worlds most Profitable Business. President Washington Oldest listed Relative Paul 2014 Funeral in Leon Springs Church Parking lot Sonic Hamburger, Paul was Navy Sailor Zoo volunteer worked at the 20 Cameron Saw

Mills owned Grocery Stores & Cameron many Flour Grain Elevators became Cold Storage Eggs. Cameron Diaz father a San Diago Exporter & Unocal World 1st Travel Agency 1881 to 1914 World Biggest Shipping Company Hamburg-America Line the World 1st Refrigerated Cargo Ships at Europe 3rd Largest Port Hamburg Moorburger Cole Power Plant Wallmann Logistics at Port Hamburg Piolet Station (Architect) University Hamburg Medical Center Marie Curie founder "Big Bang Theory" and Uranium Polonium 250,000 times more toxic than hydrogen cyanide Zylon B Poison Gas, Marie Curie founded WW1 Red Cross X-ray powder Hydrogen chloride founder Abu Bakr chief physician Bagdad & Medina Ray Iran Zoo-roast Hindu lethal Milk Poison *Devi or Dios Goddess* 400 BC Laws of Manu forbids fire & poison arrows, but Manu advises poisoning food & water, China Capitol Wu State 500 BC Art War Book plant Gas smoke Chemical Weapons solders in Tunnels, Scriptures God Ahura Mazda, tablets collapse UR Babylon Poison all Earth Wine. 700 BC Roman Persian War bitumen & sulfur crystals Volcano Sulfur dioxide Poison Gas kill in 2 minutes. 1217 AD Henry III, Calcium oxide "lime-mortars" thrown at enemy ships & Battle Sandwich. Leonardo da Vinci powder sulfide arsenic Poison Gas. Hispaniola threw gourds filled with volcanic ashes with ground hot peppers smoke Poison Gas founder Christopher Columbus in Hati. Bible poison idolatry poison false Religion doctrines *poisonous* Cobra venom wormwood herb Rosh HaAyin Largest Oil field Israel, Hi School Scholarship ADAMA Marie Curie also named Hospital University *Lubin winner Volta Prize in Paris the World 1st Generator a Gramme machine Nikola Tesla & Rosh HaAyin in *Little People Big Dreams Book Cover Princess Diana memorial at Tomb* Napoleon Bonaparte died dinking Laxative Orgeat Orange Drink mercury cyanide Poison Calomel founder World Oldest Protestant University Marburg Germany Otto Hahn father Nuclear Chemistry NAZI Poison Clorine Gas 1st used by Max Bauer advisor Shanghai Massacre Nanjing Split from Wuhan, Max Bauer Commander Germany 1st Poison Gass Battle Ypres mean Leper brought British Empire into WW1. Battle Ypres Corporal Adolf Hitler, temporarily blinded by a British gas shell Hitler evacuated to Pasewalk Hospital treated Hillter on Day ended WW1. Pasewalk WW2 captured by Belo-Russian Army Capture Berlin with 1st Ukrainian Front from NATO Headquarters in Szczecin Poland NAZI Concentration Camps in Basement shipyards. WW1 Started by Sarajevo Assassination Franz Ferdinand by Gypsum stone Bridge plaster of Paris Mines Montmartre many wars & 15 Films (1 *Heart Nation (2 Final Fight seen John Wick 4* Continental Hotel 1 Wall Street 82 Beaver Street Coffee Shugar Cocoa Stock Exchange Financial District Fort Amsterdam Stamp Riots No taxation without representation. USA Largest

Continental Grain Headquarters Manhattan Grand Army Plaza Hotel & Gotham Hotel Mount Sinai Hospital 24 Hour Heart Attack team David Adam. Iran Iraq War Bomb German Built Iran Nuclear Reactor Rosatom = 636 AD Iran Military Marshall Rostam = Karantina massacre by Slaughterhouse Port Beirut born Keanu Reeves moved Toronto Headquarters Mcdonalds & (Film) University Chicago Pile-1 Nuclear *Chain Reaction (Producer)* Josh Friedman born Toronto. Israel Intercontinental Hotel built Bible Mount Olives camped 1st Jewish–Roman War destroy Church, Book Baruch in Dead Sea Scrolls moved Qumran Caves Limestone = Jerusalem primary building material. Amsterdam Lime Ship to Manhattan founded Donut. Entire Outside 911 Pentagon is Indiana limestone Bybee Stone only by Cook Group 1st Patent ZFEN Heart Transplant AAA Open aortic surgery OAR. Nuclear Submarine Sailors support Mental Hospitals "Rowing Club" Prince William 50 Million Earth Shot Prize Green Carpet. Green Emerald Choker Wedding Princess Diana Funeral Regents Park Canel (Architect James Morgan) Limestone Bridges *Grand Junction Canel Water Company owner Thames Water Company, Strand-on-Green London Headquarters 380 Fullers Pub "Blue Plaque" London Poet, Alexander Pope ancestor 1st owner Huntsville Alabama Nuclear Missile City Limestone County sailors died Pearl Harbor attacked Black Sand Beach. 1st USA WW2 attack Humboldt CA University Police Chief Donald was Sheriff Stoneman Douglas School shooter ate at McDonalds. Nuclear Founder Nelson NZ Sister City Both nuclear free zones Humboldt University & Eureka Court House builder Danco Headquarters Kokatat kayak Dry tops. Bubonic Plague founded Humboldt Berlin University (1 NAZI tetanus toxoid vaccine Noble Prize Novartis (2 Robert Koch anthrax vaccine (3 Jew In-keeper Distiller son Red Dye & Nobel Prize Monoclonal antibody moAb GlaxoSmithKline Lonza biologics vaccine Sanofi & Moderna  Covid Vaccine mRNA-1273 maker Lonza WW2 Swiss Army Synthetic Fuel Lonza Patheon Thermo Fisher COVID-19 vaccine.

 Western Hemisphere Oldest Congress the Virginia General Assembly across University Vergina Children Hospital, Headquarters United Network Organ Sharing, Federal Law 42 USC Chapter 4 Virus & Toxins, Ch 7 Social Security, Ch 13 School Lunch Program, Ch 24 Nuclear Waste Disposal, President Lincon Founded USA Government Printing Office 1st Superintendent owned News Paper *Kalamazoo UM maker Pfizer Covid Vaccine*. Virginia Law Article 3, Artisan ham can only be cured within Smithfield town limits. Japan 90 Slaughterhouse. By Law  Kobe beef only came from Hyogo prefecture, Kobe University Nobel Prize CEO International Society Stem Cell Research founded by frustration President George Bush 2001 Restrictions Stem Cell Research after 911 Attacks.  Nagasaki Wagyu Cattle & sushi

exporter Poseidon Los Angeles CA Hollywood USA oldest hippie commune Hog Farm ran free kitchen at Woodstock & Manhattan = Band Slaughterhouse (Eminem Records) Benny the Butcher VOC Meatpacking District, Manhattan 250 slaughterhouses, 15 sex clubs, Apple Store & 911 Picture Memorial by Premier Perfect Pig Opera. 12,000 unsubstantiated cases Satanic ritual abuse. Satan Slaughterhouse (band) Largest Pig Slaughterhouse AAK by Karlshamn Sweeden Power Station submarine Cble to Słupsk, 1st Poland Bible Printer Königsberg (1 Richard Wagner favorite Composer of Hitler age 20 wrote Opera (2 Tales Hoffmann Opera gas explosion narrowly missed founder Psychoanalysis Sigmund Freud born in Příbor means Cutlery Knife Stainless steel founder Sheffield UK first professional ice hockey team Sheffield Steelers Stadium Utilita Energy Headquarters producing 35 million bricks Royal Courts of Justice London (Architect) Diocese of Oxford 400 Churches. Sweet Baby Jesus BBQ Sauce beside Sushi to Corona Queens Route 25 ends Ed Koch Bridge Manhattan. Slaughterhouse worker staffing Poseidon Human Capital Hart Farnham Uk Heaven Steak House.

Base Mount Olympus Grease Elassonas Farm Lamb Slaughterhouse & Rolex Website Designer sheepfish beside Avon Cosmetics China banned animal testing 2023 China Food & Drug Administration 1st Director executed by Lethal Injection for Briberies approval 150,000 new Drugs. Pet Store Parking lot Zeus Meat Packing Netting. Composer Frédéric Chopin Glass Jar Heart taken by NAZI SS Erich von dem Bach. Johann Sebastian Bach Composer of Prince of Prussia Seven Year War.

Gate surrounds Pet Adoption in EGG Pig Slaughterhouse by WW2 Mechelen Concentration Camp Belgium born Ludwig van Beethoven. Habsburg Bank financed Holy Roman Emperor & World Oldest Public Housing Complex Brick Mason's grandson Wolfgang Amadeus Mozart born by Friedberg Augsburg concentration camp by Bavarian Meat Butchers Association 15 Countries. Germany Butcher shops 150,000 employes. Birmingham England Opera Company *(Chicago Enchanted Pig* opera) fairy tale a Pig marries Princes, Animal Pig King Opera Milan Italy by Abandoned Slaughterhouse & Guangzhou Opera (Architect) Zaha Hadid Born Bagdad father founded Children Protestors Ahali group cause 1936 Iraqi coup d'état assonated Bakr Sidqi born KKK Kirkuk Iraq 130,00 BC Neanderthal People create fire 3400 BC flint founded Tyrol Italy wealthiest province European Union legislation Slaughterhouse.

WW2 Japanese soldiers' cannibalism (Movie) Angelina Jolie "Tomb Raider" cannibalism in Geothermal Cave. Taliban torture collaborators in Slaughterhouse

animal Sacrifice Temple Mount "Eat Flesh" Jesus last Supper in Upper Room above King David's Tomb on Mount Zion Blumfield Garden captured by Solders Holocaust Survivors in Operation Opera Israel Missile destroy Bagdad Nuclear Reactors purchased from Paris Mayor Chirac became 22nd President France mystery what Chirac was doing night Princes Diana died Ritz Carlton Paris has a lowest Pet Fee 50 Euro. Maui Ritz Carlton built on Graveyard. White House on top President Washington Tomb, Papua New Guinea Prime Minister said his nation does not deserve to be labelled cannibals WW2 responding to President Joe Biden remark lot Cannibalism in Cold War Nuclear arms race supper-powers counter attack WW1, WW2 Train Car Refrigerator Founder Thermo King 75 employees died BOAC Flight 911 Crash Mount Fuji Volcano. Patheon Haradon Wall. WW2 end start Baby Boom Cold War, World 2nd Oldest Law School Patheon Assas University Paris re-established by Napoleon restore Pope Land was lost WW2. Patheon Tomb (1 Napolean (2 Mari Curry buried twice (3 Director Hunchback Notre Dame (4 Josephine Baker McDonald 1st Black women in Film father a Restauranter. Berlin Canada Bauer Hockey Skates. Provincial Capital Roman Empire Auxerre the French War Religion & Indoor Ice Scatting *Napolean*

All Germany Cole Power Plants converted to Green Hydrogen Napolean founded the Volta Prize winners (2 World 1st Electric Battery Voltaic pile (3 Hadron Particle Collider CERN, World most Poisonous Death Cap Mushrooms accidently kill Pope Clement VII & Roman Emperor Claudius & Galla born Lyon France World Largest Energy Producer EDF on Wagram Street Paris Napolean build Arc de Triomphe by House Dodi destination Diana dying Photos Paparazzi Darryn Lyons employer Rupert Murdoch unlawfully Hack private pager Princes Diana phone-hacking Prince Hari & Megan (Movie) Tyler Perry, Haves & Haves Not, Princess Diana "Diet Joke" Oprah Winfrey Film Studio old McDonalds Headquarters. CERN UNGG Atomic Bomb making Lyon Nuclear Reactor core meltdown Corps Fire Fighters means *Cos de Bombers & Corona Volcano VOC was* world's only 1 source nutmeg & mace *Canary Islands Fall Western Roman Empire* conquered by Visigoths Germans sacked 410 AD Rome. Italy 4 Nuclear Reactors Closed after melt Chernobyl victims Prince Diana Spencer Roche visit at Hammersmith Hospital born McDonalds & Tesco Grocery adds Baby Spice Girls Victoria Beckham Adam & Atomic Kitten by Hammersmith Fulham Nuclear Reactor, Covid 19 Originate Smithfield Ham Wuhan China Duke University the Modern Cigarette Founder 4 Nuclear Reactors, North Carolina NC USA Largest Turkey Producer Butterball Smith Field Foods also beside Essen Germany John Deree Tractors. Warsaw

Poland Smith Field ham Headquarters' Social Security. Covid 19 originate Wuhan Lab Durham NC Chapel Hill UNC Basketball Tar Heels Michel Jordan nickname Slaughterhouse & Boxer Mike Tyson Kid Dynamite from Corona Queens. Tar Heel North Carolina Tar Heel Electrical Substation World Largest slaughterhouse Smithfield Ham pig animal waste converted Dominion Energy 20% Nuclear Power Berkshire Hathaway "Smithfield Ham" Namer London Tower Bridge architect Smithfield Meat Market the Foot-and-mouth Cow disease Virus Vaccine founders (1 World 5th Largest Drug Company Roche Hoffman founded in London & Hamburg (2 Waldmann Cow Vaccine Berlin. World 1st Veterinarian 3000 BC  Lagash, Dynasty UR stone Text Cones shaped like Nuclear Warheads mud Beer vessel at Junction Hiddekel Tigris River & Phirat Euphrates River Bible Garden Eden 4 Rivers Gihon & never located Pishon River in Havilah Adam, Eve & Satan in Cave Treasure. Video Game Kingdom Hearts III Kingdom 28 Corona Treasure Chest.  Plant Virus University  Hertfordshire Airdrome de Havilland World 1st Passenger Jet. Army Flight Nurse Ellen Church was World 1st Passenger Airline stewardess married President First Financial Bank America owned most USA Uranium Mills.  WW1 Handley O Page Bombers converted to World First Passenger Airplanes. World First Toilet's Princess Diana Born Norfolk; Sandringham House World 1st Electrical. Toilet inventor Thomas Crapper invent Toilet in Crystal Palace Hyde Park 1st World Fair, Queen Victoria Royal Weren't Cadbury Chocolate & Schweppes Soft Drink, Roman Road Tong means Fork born Joseph Priestley founder Oxygen Element O & Carbonated Water Bubbles Carbon dioxide & Died Northumberland, Pennsylvania Treaty Site Royal Proclamation of 1763 Paris Treaty transfer French USA to Britain. Worldwide Crapper manhole covers at Westminster Abbey Archbishop George Carey Royal Airforce in Iraq & ran Funeral Princes Diana buried in Wool Cocktail Dress Designer Catherine Walker founding Breast Cancer Haven by Walton Street Restaurant Bombing IRA Guildford pub bombings Gelignite Explosives Nobel Prize founder Alferd Nobel lived in Hamburg then Paris. Goddess Diana twin brother Apollo Temple Pompeii Vesuvius the Closest Volcano to London Big Ben Clock Tower (Architect) Charles Barry rebuild Pompeii Museum &  Palace of Westminster destroyed by 1826 Fire and NAZI Blitz. National Council Nuclear Radiation Protection Doctor Jay Lubin 3D Evolution Covid 19.  USA High interest  Raisin Bank by Berlin biggest drug trafficking Görlitzer Park

**Butcher of Paris** roundup mixed Jews at *Eiffel* tower Ice Scatting rink Vel' d'Hiv by Eiffel tower, Marseille roundup Franc Largest Concentration camp **became** Headquarters Education Citizenship at Train Station to Bayer Roundup herbicide Founder Auschwitz RR Only McDonalds by Bugatti Car Factory 60 miles **Natzweiler Concentration Camp forced labor NAZI Nuclear missiles Dora Concentration Camp Napalm Poison** Reich Ministry Armaments Ammunition Director became 1976 President Economic Research **LMU University Munich** 65% all Germany Jew students holocaust Survivors & 16 Nobel. Pfizer & Moderna Vaccine receive no Royalties from Lipids Founder polymun by Woom Bicycle, KiK Klosterneuburg Clothing, Lidi & Billa Grocery Store, Wilfried tires by Ferrari Enzo Modena Italy Museum by Firework Store across Sushi & Comic Books. Police Station by McDonalds Modena born Grandmother Queen Spain grandfather Sun King France Louis XIV grave Basilica of Saint-Denis Soccer Stadium 2015 Paris attacks by Foreign Exchange Student Office Sandra Morgan daughter Andrea Lived with Director Mercedes Germany, Andrea was only Foreign Exchange student not expelled after Andrea saved 8 kids Drug Overdose then worked at Marijana Store while Andrea attend Concordia College graduate (1 Saved Jackie Kennedy JFK assignation (2 Sam Cheeth = Adam Mom friends 30 kids in Low Income Housing = 10 year old prostitute in Townhouses 3 sides MN Burrow Criminal Apprehension 1 Bad Girl in 15 years gets 1000 People arrested $

NYSE Biggest Public Offering in Italy #1 Ferrari #2 Stevanato Group World Largest Vaccine Bottle Maker 10 Factories SPAMI & Bad Oeynhausen Germany 1745 AD Pigs in mud had salty crust investigated by Prussia King Frederick II founded Sültemeyer Pig-Fountain world's highest carbonated thermal salt spring Royal Baths Spa Jakob Emil Karl Koch CEO NAZI Tank Factory Bombed & became Headquarters British Army Rhine River Commander (Santa) Claud Jacob born Bombay & Commander Bath CB William Lockhart Commander 1919 Afghanistan War Started Khyber Pass provided water to Landi the capital Khyber District across Peshawar captured by East India Company EIC & VOC solders Became British Control Israel 1923 WW1 Arab Revolt supplied by modern German Weapons attack Jeddah & Mecca captured 1813 sack Baghdad SBG Osama Bin Laden family die in many crash plains seller James R. Bath & George Bush start 1st Business Arbusto Energy Owner Coliseum 11 people killed Who Concert. WW1 ended USA oil Companies in Breadbasket Mesopotamia Mecca King Arab's, Paris Peace

Conference founded World 2nd Largest Company Saudi Aramco Oli Brick Layer Founder SBG Bin Laden 911 World Trade Center (Architect) Yamasaki & Emery Roth, Aramco Building Manhattan & Helmsley Hotel Stand Oil Rockefeller (Cushman & Wakefieldeality) Agnelli family Fiat Tractors founder Lamborghini owner Concentration camp Volkswagen founded in Wolfsburg Plzein Gun Factory Škoda Nuclear, Agnelli Current CEO Ferrari WW2 Plaines Hitler Ball Bearing making Machines stollen filled with Cocaine & sent Back to Ferrari resold Hitler liked 1st jew hatting *Führer* George Schönerer *father 1848 War 1st Military Train Austria 1st RR Engineer* Schönerer *employer born Frankfort Jew Getto Rothchild Bank founder grandfather* Samuel Oppenheimer Finance Holy Roman Emperor Great Turkish War retake Belgrade, Koteks 13 Mil Doller Slaughterhouse on Banks Danube River ends Black Sea Ukraine Border Romania biggest slaughterhouse Maria pig farms Danube River Headwaters BW Baden-Württemberg. BMW Cars Founder Zeplin War Ballons 1916 German Kaiser's Reich created after war Napoleon Era War Ballon aerial reconnaissance founder Battle Nile River Crocodile slaughterhouse & Leather Tanneries pollute Nile. Palestinian slaughterhouses blood Red Creeks to Israel Alexander River Namer conquered Jordan River Moab baptized Jesus? Hajj Pilgimage Mecca World Biggest Slaughterhouse Mina. Jordan & Iraq Host most Refugees Iraq Biggest frozen meat Jawharat Nada Headquarters Oil Change Big Toy Store. NVDA Nvidia Robotic Slaughterhouse

Arnold's Cannibal Museum by first motorway in Sweden. 10,000 Employee's *Hatch Uranium Engineering Niagara Tunnel Hatch Mott MacDonald & Todt Strabag Austria Largest Construction Company main profiteer WW2 Building Blood Road Todt build NAZI concentration camps build German Autobahn Network Todt V-1 flying bomb Porsche Mercedes-Benz T80 H 373 mph Speed Record Hitler closed Rome to Berlin Autobahn 9, World 1st full Color Changing Stadium Germany 2nd Largest Allianz Arena General Electric Healthcare Boulder Colorado Denver CO treatment heart attacks Heparin BIOX3 owner RU Largest Farm pig meat Miratorg Headquarters President Cyprus Law Firm. Todt Strabag Headquarters by funeral Princess Diana, Westminster Abbey (Surveyor) New Gate Prison & Tower London Royal Mint moved to East Smithfield Ham Hamlet 2 Cemeteries Black Death & Whitechapel Bell Foundry USA Liberty Bell.
 Hitler personal Mecedes in Ottawa Canadian War Museum Pumphouse' Whitewater Kayak Course by 30 Homeless Shelters. Ferrari & 2nd Largest Electric Car Batteries SAIC Volkswagen Shanghai = China 1st Formula 1 Race Track China Liberation Army 13 Total Groups 1 by Headquarters USA General Motors-Wuling

Liuzhou border Vietnam World 3rd Largest poultry & Pigs CP Charoen Pokphand Group CEO largest foreign lessee land in China graduate Thailand Defense College CP donate 260 million Covid 19. CP son CEO United Nations Global Compact World's largest corporate sustainability is 100 Sustainable Stock Exchanges Initiative RU Founder. CP World Largest feed shrimp Thailand largest Private Company CP Bangkok 3 Billion Telephone CP Verizon & 12,000 7-Eleven stores CP Walmart China Army Investment Group, World 16th Largest Shanghai Construction Group Army owner Hyatt Hotels Jew founder Pritzker Architecture Prize & Ticketmaster. CP Basket Budha Scriptures. (Book) Dirty Bomb Aramco starts WWW3.

3800 BC 300 Tombs China 1st Nuclear Missile test site. 9 Nuclear Plants in China Haiyan County 1st International 6 Flags 26 USA Amusement Parks swastika carousel Essen Train Station to Auschwitz

 WW2 Solders Movement Lidar Radar Sensors Self-Driving Car iPhone Camera Lidar track hand movement Vanna White *Wheel Fortune. Howard Huges purchase all small restaurants resold & Founded Lidar* Laser Rangefinders Cattle *most* Big Fast Dood Restaurants use Space Satellite Radar Lidar monitor people flow National Lotery finance Lidar 1000 Archeological features Ground-penetrating radar hidden cemeteries, King Oswald = Edinburgh born School Teacher Candy Maker Banker founded Ford Cars by all School Tunnel Kidnapers & Insurance Company workers names match all famous NAZI & All Town Founders Names.
 Hitler escort Doctor Karl Brandt invented Lethal Injection a NY Doctor born Plzeň founded world's first pale lager Pilsner Beer by Škoda Works largest arms manufacturer in Austria-Hungary, Nuclear Reactors, Hitler founder Škoda Volkswagen Beetle & 1900 World 1st Electric Car Porsche Bombardier Army Jeep & Skidoo snowmobile

Very Long List Companies Slave Labor Compensation Fund
jewishvirtuallibrary.org Hot Dog Bun Founder Ketchup and Wurst means "sausage"

911 Attacks 2001 Germany agree Close 19 Nuclear Reactors & 2001 Died mostly deaf blind Founder German WW2 Atomic Bomb = Werner Heisenberg Vaihingen Concentration camp became Biogasanlage Biogas Power Station.
 Nobel Prize quantum mechanics & founded German Research Foundation CEO Justus Liebig University Nobel Prize "father nuclear physics" Ernest Rutherford buried in Westminster Abbey near Charles Darwin & Isaac Newton all in fictional book *Slaughterhouse-Five author Kert said he did not cry over Princess Diana Death at Luncheon Denver* Union Station, Kirt grandfather a Coffee Beer Brewer.

70 People died 1900 English beer poisoning Brew Sugar tainted Sulfuric acid Arsenic Adamsite WW1 replaced by CS Tear Gas founder Porton Down UK's most secretive & controversial Military Test facilities made Mustard Gas & WW1 Chloroform Phosgene Poison Gas founder Brother Humphry Davy Invented Mining Lamp & isolating using electricity elements for first time: potassium, sodium calcium, strontium, barium, magnesium & boron

Richard Adams Author (1 Bubonic plague Dogs escape testing (2 Army Rabbits escape on raft River Test in Wickham, Hampshire (1 Aldworth School Became Shoe Factory (2 born 1st Female Mayor London Mary Donaldson parents WW2 Nurse School Teacher & Ironmonger Handwear Store beside River Meon, Discharge hamlet Hampshire. Gam Hamlet Cornwall. Bible Neha Son the Curse of Ham in Canaan

Ham Hebrew Spelling G or Cham a German der Schinken beacon Leuchtfeuer bīkon. Ham Board Game

Abraham Lincoln died in Peterson Boarding House Latham & Watkins Law firm in 2001 sold WTC, Egg Harbor Nuclear Energy & McDonald's Class Action Lawsuits. Weber Hamburger Grill and Nuclear Reactor maker NIDEC Westinghouse Losing Bid 2001 WTC Basement 3 Nuclear Reactors WTC Brookfield mall months before 911 collapse WTC winning Bid Donald Trump Varnado Reality break lease WTC leased to Jew Larry Silverstein 1977 business partner CEO Varnado owner 555 California and 666 Fifth Avenue owner Trump son-in-law Holocaust Survivors grandson Jared Kushner rented Manhattan apartment from Chile Richest man owned Food Companies Copper, Lithium Mines sodium nitrate saltpeter Bat Guano Auschwitz Poop Bomb, Carl Bosch Uranium Catalysis Osmium element 2 Nobel Prize winner Karl Barry Sharpless (oxidation reactions) Joint Nobel Prize Carolyn Bertozzi runs Covid 19 Laboratory Stanford University & Lawrence Berkeley National Laboratory Namer Nobel Prize Manhattan Project, Irène Curie & Marie Curie only Mother Daughter Nobel Prize MOAB BLU-82 outweighed only by Earthquake Bomb Blohm+Voss NAZI U-Boat Submarine pen MOAB Satan Blockbuster Bomb Hamburg, Freiburg Germany Pfizer makes 4.5 Billion Tablets Annually Bosch Electronic Toll Booth Collection illegal kickback ProAsh to Kapsch WW1 Gun Knight Sights WW2 Telephone Kapsch, World Biggest automotive supplier Bosch forced labor NAZI Weapons Factories WW1 lost all Bosch USA Factories. Bosch 421,000 employs World Largest auto parts supplier Pharmaceuticals & food Processors by Blum 120 countries Furniture Hinge maker Blum by Dental Supply, German Club & Toronto Walmart Distribution Center.

6 Million burials World Largest Cemetery Wadi-us-Salaa, Noah descendants Prophets Ad, Hud & Salih She-Camel of God in Quran Al-Fil means White Elephant Osama Bin Laden
Taliban Hiding in Khyber Pass Restaurants (1 London Cemetery (2 Manhattan (3 San Diego (4 Melbourne AU

Nuclear Medicine diagnostic DTC Bosch integrates Tesla protected vehicle data from Ford, Porsche, Volkswagen founded 1st On-board diagnostics OBT diagnostic trouble codes DTC ID Data link connector Microchip Technology CEO Director Israel Intel Mellanox sold to Marvell Semiconductor Silicone Cross-linked polyethylene carbon black founder Marco Polo anthropologist anthropologists Horseback Polo Ramesses II Shepherd's crook Heart Right coronary artery RCA Posterior descending artery PDA

Dole Food Company RCA founded TV personal digital assistant PDA Smartphone GPS tracking unit Doppler Satellite radar Gun speeding violators & Bomb NAZI Sushi in Bosch Manhattan Headquarters Rabbis Without Borders serve 2 million People (Program Spark) Covid 19 Closed 2 Bosch China factories & suspended Bosch Wuhan Tier 1 supplier Steering Wheel APS Advanced Planning Scheduling System WINNER 2022: Smart Factory Award Very Group UK Largest Online Retailer founder Littlewoods football Betting Pool sold to Associated British Foods acquire British Sugar Beat Factory ethanol fuel Midlands Co-op Food 3,500 shops 7% UK Food Cannibalism largest ethnic group British Indians EIC, Corn founded 7000 BC Mexico where Spanish conquistadores butchered Indians. Stranger Cannibal Monster Building Set Amazon.com Cook Data Service founded Blockbuster Video with McDonalds Ray Kroc Business Model Founder Waste Management Headquarters Bank America Tower across Two Shell Plaza (777 Walker) Data Center block away fiber network hub Alpheus (mythology) River God Heracles in Hades Hell underworld Friedrich Solmsen (Award named) WW1 Italian Red Cross Major, Moses Slaughter Professor of Roman Classical Studies University Wisconsin

5000 IGA Grocery Stores USA Australia & Canada Largest Food Retailer Loblaw a World Largest Charity Weston Family Building Toronto Nuclear Waste Management across McDonalds, Jail, Midwives, A&W Hamburgers by Welfare. Weston Family Wittington Investments UK Largest Clothing Primark JC Penny & World Largest Associated British Foods founder military Doctor Twinings Gunpowder Tea six-hundred-ton powder Tower London explosion's Gunpowder Bridge destroyed 1666 Fire London Criminal Court & Bank America by WW2 bomb

Church Coffee House Buttonwood Agreement founded London Stock Exchange
Donald Robert CEO Experian
Gunpowder temple of heaven green tea Stash Tea Company Steven Smith
(teamaker) on Navy Essex-class aircraft carrier Namer John Hancock Life
Insurance Company founder First Prime Minister Canada John McDonald Born by
Glasgow Oldest Ramshorn Cemetery Scotland's biggest cotton magnet Paymaster
East India Company daughter Married CEO Royal Bank of Scotland Adam
Company

  Austrian Jew born nuclear engineer son founded Netflix with Marine Solder mom
attorney President Nixon founded  Department Health, Education & Welfare.
Wuhan Schneider Electric Paribas Bank Wuhan Tennis Championship winner
Minsk University NAZI forced Labor Minsk Radio Factory Lee Harvey Oswald his ½
brother, Manhattan Coast Guard.

 Young Hitler twice denied admission Academy Fine Arts Vienna by  THQ Nordic
Gunfire Games in Austin Texas Tesla Headquarters,  Hardesty & Hanover Engineer
Many Lift Bridges, MN Twins Baseball Stadium owner Glen Taylor, LaGuardia
Airport Corona Queens Hotel Oswald daughter worked at Chile Restaurant UT
Austin University makes most Covid 19 Lipids founder BC British Columbia
University the 15 People Adam knows in Canada are from British Columbia the
Hagen's moved to Whistler Black Comb Ski Gondola Cable Hemp World  Largest
Spring maker Yokohama Japan was small fishing village founder Admiral Perry
direct descendent Mayflower & Purple Heart 1st Winer General Mcarther
grandfather Medal Honor Civil War Battle Missionary Ridge, Chattanooga Meat
Butcher Parking lot Bar Fraternal Order Eagles Bingo Meat Raffles supported 1st
legislation founder Social Security  & 1st mothers'-pensions
British Columbia Gold Miners Founded USA Colombia River Hanford Site 56 million
Gallons Nuclear Waste at confluence Yakima, Snake & Columbia rivers meeting
Place Indians 10,000 Years, 70 Miles McDonald Washington
Ebola Virus Drug  Ansuvimab-zykl Founder Covid 19 Vaccine Research Center
Walter Reed National Military Medical Center did autopsy JFK

World Oldest Big Film Studio Nordisk  (Cannibal Corpse Band) Europe Largest
Hellfest (Zyklon B Band) from Notodden Norway a World Largest Aluminum
Company Norsk Hydo the Wallenberg family employed 40% of Sweden's industrial
workforce & saved Jews in Germany Swedish Declared  Territory  Holocaust Nazi
SD Counterintelligence World Largest Charity biomedicine Foundation $107 billion
Novo Nordisk in Spring donate $320 Million Covid 19 Bull with a sun disk Logo Novo

Nordisk Headquarters by Cole Power Plant Converted burn Wood Chips by Novo Nordisk Omega-3 Cod liver oil Pronova sold to world Largest Chemical Company BASF Patent Fipronil in Rabit & Roach Poison BASF AGFA made Zyklon B Poison Gas BASF CropDesign Sanofi Vaccine Biotech Ablynx single-domain name antibody Nanobody Covid 19 StarLink 300 Food Products genetically modified corn not approved human consumption Taco Bell Horse Meat Scandal, San Franisco Center Food Safey across NGR Nuclear Energy its Headquarters One Shell Plaza, Owner member Safari Hunting Club International SCI by Ethics & Religious Liberty Commission, White House across Philip Hart Senate Building (Architect) JFK gravesite Eternal flame.

Germany 1st Nuclear Reactor Atomic Egg on Grounds 1972 Munich Olympics 2014 Ukraine 298 Died Malaysia Airlines Flight 17 a Viking Missile Launcher Rosatom Purchase Most Germany Uranium Mines in Black Forest & Asse Salt Mine storage Large Nuclear Waste Headquarters German Center Diabetes Research. Uranium Miner Brunhild Union is Viking Queen Roman control Rhine River.

 VOC Solder Son founded Boric acid dust 0r paste spreads Roach Pison Motel Black Flag insecticide future President George H Bush founded Oil Company HRG Group Spectrum Brands Rayovac Batteries Tetra Fish Food, Black Decker Tools
 Tour De France Covid 19 Charity Soudal Calk = Icaridin Insect repellant founder Bayer Lanxess Aramco Tires & Zyklon B Azo Food Dyes bacteria destruction Red Blood Cells, group A Streptococcus (GAS) Nobel Prize Gerhard Domagk. Iraq Kurdish Genocide Poison Gas AGFA dyes, Camera Film & Xray Heartlab Inc cardiology image. NFL New York Jets Headquarters Florham Park NJ, BASF align AGFA by Teterboro NJ Airport (Wolf Film) Michelle Pfeiffer = 911 Attacks Fire Chief Joe Pfeifer. USA 2 Tallest (1 World Trade Center (2 Chicago Aon Headquarters Jell-O Pudding, AON 176 employs died 911 Attacks Warren Buffet was largest shareholder AON Munich Reinsurance Holocaust extermination camps Commander Amon Göth portrayed by Ralph Fiennes (Film) Hotel Maid in Heart Manhattan Jennifer Lopez, Father employer Guardian Life Insurance Uranium Founder Humboldt Berlin University Founder Ecology Alexander von Humboldt (1 at Coruña Spain & Captain Cook eaten by Cannibalism Hawaiian (2 1930 founder Hydrogen peroxide IG Farben BASF Headquarters Allies Drop 53,000 bombs on Ludwigshafen Germany made most Poison Gas) BASF Silo explosion kill 500) Hoechst AG Covid 19 Vaccine Sanofi test in Auschwitz) After WW2 USA Build 19 German Concentration Camps Detain German Solders) Auxilia non-citizen Roman troops) devastated 30 Year War) WW2 Rebuilding Ludwigshafen Sister City Pasadena CA Adam aunt a food Diet worker lived on route Rose Bowl Parade,

Pasadena Caltech 1930 Rocket Fuel Lab Blew up. 45 Malls Builder Brookfield & BlackRock owner Toronto Trizec after 911 Attacks gain control 1973 World Tallest Sears Tower largest tenant United Airlines hit 911 WTC.

Uranium Founder Carl Bosch, IB Faben Bayer Aspirin founded in Auschwitz Poison Gas Zyklon B Nobel Prize Fritz Haber founder Muster Gas by Sushi & World Largest ADM-Hamburg Shipping Company Rotherham-Hamburg Germany World Largest Nuclear Reactors Adolph Hitler largest Companies Pig Iron & World Trade Center  911 Memorial manager RXR Helmsley Building Online Police Report LexisNexis RELX CEO Diago & RELX  USA Largest Stock Market Publisher Norman Cahners RELX Dynamite Nobel Paint Merger 10 Chemical Companies IG Faben Nuclear reactor Research at Kaiser Wilhelm Society, Donald Tusk Prime Minister Poland & 1st Hydrogen cyanide Salt, Oxygen, Chlorine & Arsenic Acid Poison Founder the Corn Grain Dealer son, Carl Wilhelm Scheele, born in Holy Roman Empire.  President Bill Clinton sex scandal, Ken Starr Impeachment Trial Counsel Doanld Trump meeting with Martin Luther King III with *RXR CEO Green Realty owner MetLife Building, Astor Knickerbocker Hotel & One Astor Plaza Allianz NAZI Economics Ministers Allianz CEO 3rd Oldest Borse Stock Exchange & Holy Roman Emperor Headquarters Frankfurt Germany Großkrotzenburg Coal Power Plant by Nursing Home & Bene AG Furniture employed 1,217.

 Markham Ontario LexisNexis by AECOM owner World Largest Yucca Nuclear Waste Nuclear Missile Test Site Apple ll House Nevada Sugar Bowl by Las Vegas  founder John C Fremont Moab Trail Earthquake Fault Mountains Joseph Henry first secretary Smithsonian & founder Electrical telegraph
Dodi & Kelly Fisher lived in Miami Hotel owner most all USA first cars used Fisher Head Lights. Gun Firing pin Return Spring the 1780 German Needle Gun Breechloader.  Tornado Destroy Kelly Fisher Kansas House moved to Toronto then Malibu "Wedding" breach Contact lawsuit Princess Diana always feed more sausage badgers to William & Died day after visiting Dodie Villa Windsor lived (1 Edward VIII Abdication Nazi girlfriend (2 WW2 President France Charles de Gaul LexisNexis Butterworth Publisher by cemetery Lord Rings J R R Tolkien ancestors by NAZI outlaw Teutonic Knights 1st Polish Bible Printed Königsberg Germany renamed Kaliningrad RU (Film Battle Ice) many RU film makers evacuated to Alma-Ata Capitol Kazakhstan research reactors. 1991 independence return all RU nuclear warheads exchanged on Stock Exchange refund Uranium Stocks?
World Warcraft voice actor Airforce son married Jew voice Mrs. Butterworth Syrup, Aunt Jemima Pancakes Pearl Milling Company Owned  only newspaper delivered by 1st Pony Express & Platte Purchase Indian Removal Act 1830 Trail of Tears

Choctaw Indians make Moab Bomb in McAlester OK Adams Street ends at Calvary Cemetery, Churches all 4 Sides Federal Court House accomplice Timothy McVeigh age 16 Hack into Federal Computers & LexisNexis owner Ryder Truck Bomb killed 168 People Oklahoma City bombing Social Security Headquarters in Federal Building Namer Judge Alfred P Murrah Fisher born by Chickasaw Indian Capitol Building across Subway Subs on Fisher St ends Road Niel Armstrong 1st Man on Moon died by Indian Grave Mounds by founder Fisher Body made 370,000 Car bodies per year

USA 2nd Largest packaging company WestRock Arthur Little founded synthetic penicillin, Travel Agent Booking SABRE & LexisNexis founder Hospital Legal Searches

Embalming Fluid Formaldehyde founder August Hofmann Professor Justus von Liebig switch German bakers from yeasts to chemical leaven. Funeral Embalm Cross-link Glutaraldehyde in Covid 19 Vaccine GlaxoSmithKline GSK Research Triangle Park UNC Chappel Hill, GSK founder Beecham Group "Worth a guinea a box", world's first advertising slogan, 1880 Corona (soft drink) & allergy vaccines. Embalm Methanol Patent Paul Sabatier Noble Prize Hydrogenation Atomic Bomb Largest Nuclear Reactors by German Gristmills Berlin renamed Kitchener, Ontario NZ Minister Heath & Defense *Andrew Little age 17 worked at Factory Gas Methanal Embalming Mummy ancient Egypt & Robert Boyle 1st Earl Cork & Mayor Cork Edmond Roche great-great granddaughter Princess Diana. Cannibalism Cell adhesion proteins molecules CAM Cell Membrane founder Boyle assistant Priest son Gresham University Professor Robert Hooke performing 60% property surveys after London fire 1666

Little Debbie Cake Bakery by Driscoll 1/3 USA Berries the Pickers slave labor WW2 Internment Camps Japanese Americans, Secretary War Bomb Hiroshima & Judge Nazi War Criminals Nuremberg trials Palace Justice across DATEV society Tax & Lawyers Data Centers founder ENIAC calculate artillery firing table NATO SG2 Shareable Fire Control Software Suite S4.

Fourth heart failure sound S4. SG Selena Gomez VIDEOS Rocket-Media (Rocket Beyoncé song) Justin Timberlake & Britney Spears in Mickey Mouse Club (sound effects) John MacDonald & Jimmie" Dodd portrayed Ronald Regan

World 4th Largest Shipping Container Company HAPAG NAZI Hamburg Germany to Manhattan NY, HAPAG World Largest Travel Company TUI Group founded by Germany Largest Mining Preussag in 20 Counties, Rhine River Wine Region, Amber, Granite, Uranium Russian Miners in Hamburg-Neuengamme concentration camp 86 satellite camps Auschwitz Coal Miners in Kraków, World Oldest Working

Table Salt Mine, Wieliczka Police Station by Poland Largest Refrigerator Meals u-Jedrusia. Little Andrews means Jędrusie guerrilla gangs NAZI POW. 4 Hostels U-Jędrusia by Grocery Stores Kraków Airport, Jedrusia ZOO Food Factory by DPD La Poste French Postal Mail Service owner Gebrüder Weiss ZOO Logistics beside (1 Chicago AAR Military Aircraft Drones Covid-19 (2 Gebrüder Weiss by Toronto Hydro One Canada. Kraków Police Stations by Grocery Stores, Martial arts & Army Surplus Stores.

Zelle Money Transfer Early Warning Services beside Defense Contractor a Church by Fender Guitars Headquarters Taser Gun Axon Auto-Transcribe Police Reports

WW2 NAZI Walther Hamm founder Frequentis Communication Airport Control Tower European Union Database Frequentis 911 Dispatch London Police & Norwegian Public Safety Network GSM Nokia Siemens Nuclear Reactors, International Telecommunication Union Paris founder Napoleon III build Suez Canal, Bible Plague Moses Cross Red Sea. Corona Crown Thorns Jesus crucified Dark Wine means Coffee founded in Felix renamed Yemen Bathsheba a Spice Balm trader made a slave Joseph sold Corona Corn on a Hill. Israel Felix missile see in Dark.

Eyes feel 100% better Blue Light blocking Glasses Felix Grey & 100% Great Deathadder Mouse

Many Subway & Airports Train Makers transport Nuclear Waste RR. Gestapo Police Berlin Headquarters World's Largest Nuclear Reactors Berlin Headquarters Hertz Avenue beside Homeless shelter, rear entrance Berlin Zoo and McDonald by Many WW2 Zoo Bombings. Pfizer Vaccine founded ChapStick Lip Balm and Bath Bomb (Princess Diana) landmine, letter Bomb 911 Attacks Anthrax vaccine founder milk pasteurization Louis Pasteur rivalry Robert Koch, born Harz Mountains founded Gunpowder blast mining Harz born Uranium Founder a Pharmacy Doctor died Berlin New Years Day University Berlin Uranium Lab Robert Koch Coronavirus Laboratory & Author 3 Little Pigs . Protestors Demolished 13,000 Pig Farm built on Prague concentration camp prisoners sent to Soap made from human corpses Auschwitz factory Natural Sausage casing Pig Intestine slaughter plant "green" runners ungraded casing primarily done in China low-cost labor. King Franks Charlemagne killed 2 Princes by Germany Largest Pig slaughterhouse Tönnies by Fireplace Store. Berlin collaboration Amsterdam Born Virus Virology founder Leiden University Enrico Fermi founder World First Nuclear Reactor Pile 1 University Chicago by USA First Attorney General House Burger, Edmond Randoph named street Headquarters McDonalds Hamburgers by Adams Street TransUnion Credit Bureau by Founder Hertz Car Rental owner Manhattan Subway Omnibus Health

Insurance 911 Attack survivors & Hell's Kitchen World 1st Car accident death, father Mayor New York was President Corn Produce Stock Market Exchange Manhattan Trinity Church behind Headquarters Western Union Deliver Telegram notice Dead Soldiers (Architect) Pan-American Exposition Temple Music assignation President William McKinley

Hertz Yellow Taxicab Motors Continental USA Nuclear Missile Command NORAD NORTHCOM Peterson Air Base Area of Responsibility AOR Architect of Record 80% Uranium oxide mixed plutonium dioxide MOX mixed oxide fuel Nuclear fuel cycle Breeder reactor Uranium extraction seawater, Uranium market enrichment plants URENCO Westphalia by Volkswagen & Gronau Germany URENCO 29% global market Uranium enrichment URENCO Headquarters across Siemens Financial Services Stoke Poges UK Born 1616 Chief Justice King's Bench Edward Coke authored Petition of Right, Parliament with no Trial imprison not pay tax & forcing private citizens to feed, clothe & accommodate soldiers. Execution Socrates = Plato & Hermogenes philosopher Urinalysis Urine Gunpowder. URENCO Uranium Owner 1/3 UK Gov, 1/3 German Gov, 1/3 Dutch Gov wishes sell its interest URENCO Uranium its USA Headquarters a Closed Enterprise Rent-A-Car founder a Fighter Jet Piolet USS Enterprise Air Craft Carrier. URENCO = Homeless Sheltersuit across Hartman BV & Guts-Gusto Warehouse. URENCO donate heart research charity bicycle Highest Point Ditchling Beacon 1994 Tour de France founder News Paper, Dreyfus Affair gave French military secrets to German Embassy in Paris, Dreyfus sent to Devil's Island Prison "Hulk Ships" Napoleon coup d'état Rubicon code name Julius Caesar, Rome Last Civil War Battle committed Suicide Antony & Cleopatra lived in Villa Caesar after Brutus Assassinated Caesar during a Senate meeting Theatre of Pompey. London UK Grocery Store Owners grandson Robert Goddard world's first liquid-fueled rocket Laboratory Above Tom's Restaurant ate President Obama & Jerry Seinfeld TV Soup NAZI Caffe Elaine is Julia Dreyfus's father CEO Dreyfus, Transfer mispricing price spike World 4 Largest Grain Dealers ADM, Bunge, Cargill & LDC. CEO Dreyfus Husband CEO world largest money management BlackRock CEO negotiated resignation NYSE Stock Exchange CEO $190 Million pay Package criticism by SEC Chairman William Donaldson CEO Aetna Medicare world's largest healthcare company CVS Health Headquarters by Cook cemetery Jews & Chemical Powders in Semiconductor

Nobel Prize Lithium Car Battery founder born Jena Germany 2 Concentration Camps slave labor ZEISS world center optical industry. All USA Nuclear Missile

Secuirty Guard Proctor & Gamble worker Harvard graduate CEO Mcdonalds Hamburgers 5 months before Covid & PG founded Duracell Batteries Warren Buffet BYD Electric Cars a World Largest Défense Contractor Norinco, Shenzhen China Jointown Pharmaceutical Group Headquarters Wuhan became China 3rd largest medical distributor after Covid 19. Slaughterhouse became University Bamberg Conference Beer Hall Putsch arrested Hitler 30 Moths month prison with Friedrich Weber. Coca-Cola Global Design Director Li founder NIO Electric Cars Factory Built on Pig Farm. Africa Born Elon Musk Free Burghers Dutch East India Company VOC Exported Millions of Pounds Heroin VOC founded most Country's Stock Markets VOC Purchase Manhattan with Nutmeg Spice a Hallucinogenic Drug VOC Adriaen Block, Meg Ryan from Nutmeg State Hartford Connecticut Born Adam. Covid 19 Volatile organic compound VOC Environmental Protection Agency EPA founder President Richard Nixon father owned a Corona California Lemon Ranch failed and Open a Grocery Store. Adolph Hitler founded Volkswagen electric cars factory in Zwickau means God Sun Fire Zwickau Ore Mountains born Robert *Schumann composer Henri Herz train Paris National Guard (Band)

   Russian-American Company Adam von Krusenstern 1st RU circumnavigation stop at Falmouth, Cornwall 2 Large French Prisoner War Camp end circumnavigation Charles Darwin took Mail Coach Home John Webber saw Cannibals Eat James Cook. Operation Cornflakes Bomb NAZI mail train

   (British Police TV Heartbeat) Actor & MP Chief Whip COVID Recovery Group MP Steve Baker born Austell Cornwall Tin Mine South Terras Mine uranium 1870 to 1930 was UK Only 1 Uranium Mine?
Hamburger Germany GOODSCARE GMBH sells 70% of its Tartar Sauce in Africa USA Civil War Boom Cotton Market India's largest conglomerate Tata India 3rd Largest Electric Company Tata Amalgamation UK & Germany WW2 Steel Companies. India largest Insurance Tata New India Assurance GIC India Nuclear Insurance Pool 15 Billion

   1st Gunpowder Han Dynasty sparrow gé oyster swallow hǎigé fulei Fuel Shen Ha means clam-monster Shellfish bat transforms into kuígé Venus Corona Mother (mythology) Terras plural Tera terror Goddess Sky Scythe Grim Reaper Twelve Roman agricultural deities earthquake Tellu-Ride Horse Tellus = Maia, Bona Dea & Dia Di diēs means day Diodorus 30 BC Bible Historian ?
Gone with the Wind Plantation 3200 BC Tara Hill 300 burials mutilated by British Israelites searching Ark Covenant Revelation 11:19 God Wrath Covet neighbors Gold, ox, ass

India 1st Nuclear Reactor Tarapur by Bombay Nuclear Power Corporation Headquarters World Trade Centre, Mumbai is India 1st WTC India Tallest 1970 to 2009 (architect) Stadium Delhi. India 1st Uranium Mine by Temple Kāla epithet of Shiva goddess Tara garland severed human heads Hindu Divine Mother all USA Cities the Crazy Illuminati chop off People hands & Feet thrown in Dumpster Owner Opus Illuminati.  Italy Largest OPAS Slaughterhouse Carpi born director (Film) *Cannibals.*

  Jessica Sandstrom Locker View Lockers Kids watching Kitchen View my Locker around Corner Tera Locker

  Nurse Office & Principal Office 2 Door view Lunch  Room 2 Hallways School Lockers Sat Michael Pettman & Tera Wandersee was 1sr Girl to Give Adam her Phone number at Swimming Pool became a Gravel Pit by River Christmas Tree Farm John Clammer 10 years later Married Terra = Clammer neighbor School Cook Lisa Dooring throw Christmas Trees off German Lake Boat Docks was Only 1 Good Place Catch Fish in Southern Minesota Farm Chemical's & Adam Grandpa Strege & Step Dad 100% only Boat Fish rite by Lake Crystal School Principal Shook  Owned Lune Lake Resort

 Adam smartest Classmate Wan Yin Wu (Wu)  & Angie Janson, Trisha Junker & Jackie Picket often sat behind Adam

Donold Banks daughter 1st African GQ Voge Magazine Condé Nast Headquarters WTC  World Trade Center 911 rubel Fresh Kills Landfill Arthur Kill River Boat Graveyard 50,000 Acers Owner England Doctor Thomas Pell force Britan Surender Manhattan


•   Hitler Green Train Crash kill 49 London, Hitler Green maintenance Depot to Channel Tunnel & million pounds to remove asbestos Buckingham Palace, Clapham Junction Train Station to Brookwood Cemetery (Architects) Royal Stock Exchange. Manhattan Harlem Train to WW2 Kensico Train station Cemetery grave founder asbestos Insulation Johns Manville 2001 sold to Berkshire Hathaway demo 2001 911 Attacks WTC landfill battery park & Corona Park World Fair a Trash Dump.

 School Buss Yellow Paint rare minerals Gunpowder Saltpeter Potassium nitrate founded in Cornwall UK Tin Minning founded 2500 BC Czech–German border Ore Mountains Uranium founded on Roman Amber Road Hamburg Germany to Greece Bible Paul in Corinth NAZI forced labor (Great Escape film) Donald Pleasence & James Donald.  Volkswagen Slave Labor Auschwitz World Largest Uranium Miner Wismut in Ore Mountains Coffinite Uranium and 1st Nuclear Energy founder Pierre

Curie first married couple to win the Nobel Prize. World Bank private-sector arm IFC 1st investments Siemens-Halske-Telephone built in Concentration camps "Monoply" Post Office Deutsche Bundespost, World 5th Largest Deutsche Telekom USA T-Mobile Germany 1st Radio Telephone & Greece Largest Phone MOTE by Takeda TAP fined $875 Million Medicare Fraud & World 1st blockbuster drug  $1 billion sales Yearly Cimetidine-Heartburn = 1st Nobel Prize Medicine at Military Academy & University Berlin Robert Koch  concept cannot Examine a Virus  9  Criteria founder Bradford Hill a WW1 Piolet Father founder Education Theory the World 1st Adhesive Postage Stamp (Printer) Perkins Bacon invented soft steel Plates Worlds Best Currency Printer England with Jacob Perkins founded refrigerator & steam engine machine Gun "Grandson" mobile steam ovens British Army & Brewing Industry Research Foundation (Campden tablets) Kill Beer & Wine Bacteria & decontaminate Tear Gas NAZI WW1 BBC chlorine gas
BBC 1st Broadcast in Factory Marconi Defense Contractor Telephone became Ericsson Wireless Wallenberg Family, Office Strategic Services
Family became CIA WW2
 Child Slave Labor at Muyuan Foodstuff World Largest Pig Farm is World Biggest Pig Producer profits grew 1,413% during 2020 African swine fever virus. Small Countries Most Profitable Companies Telephone.
  Amsterdam Founded world 1st Virus Nobel Prize 1946   (Corona Band)  Baby Baby (Corona song) Coca Cola advertisements Helene Fischer grandparents Black Sea Germans in Russia WW2 Forced Labor Uranium Mines Rosatom Purchased Uranium One from President Obama,  Donald Trump accused 145 million Bribes, Hillary Clinton 2010 missing emails to Uranium One bribes UrAsia uranium Kazakhstan & Goldcorp
UM world 1st Email Attachment to Vegetarian Jew. World First email Department Defense ARPANET Email Communication after Nuclear Bomb. European Commission Horizon Europe 100 Billion Dollar science Budget runs Antwerp ORCHESTRA Project 15 Countries Universities Corona Virus Research. NAZI Concentration Camp Antwerp Round about Prisoners sent to Buchenwald commandant Karl-Otto Koch wife Ilsa, She Wolf SS (Film Director) Don Edmond & David F. Friedman (Films) Nudie-cuties
Godfrey of Bouillon Count of Boulogne 1st Ruler Jerusalem Crusade Died King Franks King Germany Henry V, Holy Roman Emperor granted Margraviate of Antwerp defeated Napoleon so UK owned Antwerp Treaty London World Largest Copper Miner 1922 World monopoly Uranium Antwerp

Olen Belgium Frédéric Curie UMHK Union Miner Umicore Refinery Congo Africa
517,108 Refugees slave labor Uranium Bomb Hiroshima Nagasaki
7 Year War (Architect) Temple across Brussels Umicore Uranium Headquarters
Restaurant Sakagura means sake brewery by Comic Museum & 3 Homeless
Shelters, Police Station in Church across Thai Food
Houstin TX NASA Johnson Space Center Mosque by Umicore Chemicals. Died
Prostate Cancer 1st & only President of Zaire seized 800 million assets Umicore
Uranium CEO was Director Bekaert 28,000 Employees Steel Wire in Car Tires
Zwevegem, Belgium Commonwealth War Graves current Commissioner
daughter  Queen Elizabeth II Husband Prince Greece born on Dining Room Table
Belgium 2 nuclear power plants ½ UMHK African uranium stockpile in Staten Island
NY warehouse bello Bayonne Bridge 1931 Longest Arch Bridge by Hell Gate Bridge
design Bridge  by Sydney Opera House opener Elizabeth II
1st Isolated Uranium Founder born in Paris & Died Paris. Caesar 2 Roman Legions
Battle at future École Military & Eiffel Tower killed Parisii named Paris France

Alma mater world oldest University Bologna graduate freight train carrying
liquefied gas Killed 32 People convicted Manslaughter CEO Leonardo S.p.A
Headquarters 12th Largest Defense Company Selex - Rome & Le Bourget last
Airport Princess Dian last Love Nest Dodi French Riviera Beach House 1st Owner
Builder Panima & Suez Canal secretary Queen consort Spain the House of
Wittelsbach 2 Roman Emperors King Romans 1400, 2 Kings Bohemi, 1 King
Hungary, King Denmark & Norway, King Greece 1832 London Conference - Upham
Hampshire Alma Inn HMS Diana Commander Crimean War Alma Bridge Died
Princess saltpeter Orange Skin, Yellow Hair on Nuclear Submarine attack 911
Taliban then return  Plymouth, Walmart purchase UK 2nd Largest Grocery  Asda
Headquarters opened by Prime Minister Margaret Thatcher father owned Grocery
Store help Jews escape NAZI Germany
Bible Dodi means Love Moab dō·w·ḏî Basket mid·dūḏ. Alma Treaty Create
America. Alma Uranium Mine Apache Indian Reservation Geronimo died Fort Sill
world smallest Nuclear Missile Davy Crocket at Cattle Ranch Owner married
Hawaii King granddaughter
Battle Dunkirk Solder Furniture Store owner Daughter ebut album Broke My Heart in
17 Places Tracey Ullman with Beatles Paul McCartney Sgt. Pepper's Lonely Hearts
Club Band (Song) Yellow Submarine. TV Inferno Cop is Hell Police in German Die
Höllen Polizei &  Di Hūren Poritsai & TV Kill la Kill & Black Dynamite (Studio Trigger
KK) World Largest  Banks Mizuho is Fuji Bank executive Stanley one of only 18

survivors above 911 Terrorist Flight 175 Impact Zone hit all Floors of (1 Fuji Bank Founders granddaughter Yoko Ono married Beatles John Lennon (2 Duluth MN founder Marsh & McLennan MMC 385 Employes Died 911 & MMC investigate Osama Bin Laden 1993 World Trade Center Bomb, USS Cole and Crash Columbia Space Shuttle previous landing at World 1st Nuclear Test McDonald's House by Aermotor Windmill founder died by Old McDonald's Headquarters founder Ray Krock a driver Red Cross ambulance Founder Clara Barton Street, Animal Hospital by Sushi    Many Steamboat Restaurant Employees Sex Orgy Parties at House 12 Chemist in 72 names on Eiffel Tower Namer Volcanic Eifel Germany Eifel National Park immigrant Gustave Eiffel engineer World Tallest Bridge 3,300 ft tall Millau Viaduct. Suez Canal Construction visitor Eiffel while building Paris Expo, World Tallest "Vault" ever Built, Palace Agriculture & Food, Infront École Military School, Monument French delectation Rights, Princess Diana at Eiffel & Royal Military Academy Sandhurst borders McDonalds, Tesco & ALDI Grocery secluded back Door Funeral Home

Briton UK 1st King Brutus of Troy when Ark Covenant taken by Philistines battle in Barley Field.

Coronado Navy Base by Corona Cooking Spice & Eiffel suite at Hotel del Coronado & all Coronado owner Spreckels Sugar Company sold to 10% of all world's agricultural product trade flows Dreyfus founder Jew assets seized WW2 fled to USA founded Dreyfus Corn Dealers USA 10th Largest Natural Gas CCl by Headquarters Charter Communications, Dreyfus weapons, Dreyfus headquarters World Trade Cante Amsterdam Many Restaurants, Sushi across Lex Hartman Chairman Royal Notarial

McDonald's Hamburgers by Hiniker sawmill & Mindy Miller Dad the Manager Hostess Twinkie Store surrounded by Kidnapers

Greece God Orano Yellow Cake World Largest Underground Uranium Mine Niger COMINAK Areva 1st CEO Anne's parents History Teacher and Social Worker in Burgundy France last Battle Gaul's and Romans.

Orano Uranium by 2 Homeless Shelters Châtillon, France & McDonalds. Saskatoon Women's Prison by Orano Uranium, BBQ & Cross F. assignation JFK Love Airport Orano Arriva. Orano defeated Wonder Woman Princess Diana Amazon

Diana Hunter Orion Brightest Star Sirius 25 times as luminous Sun 26,660 light-years

American Basketball Association Founder Owner Pacers Basketball Graduate UM Pfizer Vaccine Land a Largest Indian Treaty Site since Treaty Greenville "Fallen

Timbers" last Battle Indian War Revolutionary War end Treaty Paris, Versailles France Headquarters McDonalds & Orano Uranium in-between only 2 Homeless Shelters. Adolph Spreckels donate San Francisco CA World Fair Replica Treaty Paris signed Hôtel de Salm replica garden front Buckingham Palace & Villa Dutch East India Company (Architect) Abraham van der Hart, Museum Dutch Slavery VOC & WIC Dutch West India Company sold 15,500 African Slaves to Sugar Plantations Brazil &  1st African in Europe College Anton Wilhelm Amo

Wic Dynamite Heart Medicine Nitroglycerin founder classmate Justus von Liebig discover breast-milk substitute & Bass Beer Yeast Marmite Spread WW1 British Solders ate 67 million pounds Maconochie Beef Stew Factory became division Chicago Pneumatic Tools NIDEC Caterpillar Headquarters by Sub Sandwich, Veterinarian across Tire Store, McDonalds & Pet Supplies Building Brunch Cafe & Deerfield IL Police Station by Fish World Pet Store.

World 2 Largest Uranium Mine (1 AU Olympic Dam BHP Building 3 Chinese Restaurants by Beacon Homeless Shelter (2 Canida McArthur River uranium mine Orano & Cameco Uranium beside Saskatoon Indian Tribal Council & Toronto Uranium Headquarters BK Tim Hortons Coffee Shop.

Hearts Homeless & Durham Church by Buffalo NY Police Station, Hamburger NY Police Station by 3 grocery store & McDonald's

  200,000 Homeless São Paulo Brazil World Largest Meatpacker JBS owners Bribed Police. Many Leather Tanneries Hamburger Berg Brazil Courthouse by Adams Restaurants.

 Princess Diana yellowish Wedding Cake maker Fiona Cairns website maker Building Monument Insurance & Forbes Insurance owner Marsh & McLennan 385 employes died 911

  Avis Car Rentals CEO Vice President $300 Billion management asset Guggenheim emigrated to Corona Queens.

911 Terrorists Cockpit Yoke Joystick hit New York World Trade Center Chicken Shake Shack owner ran 1980 President Campaign Grocery Store owner son John Anderson adviser WW2 Allied High Commission end occupation West Germany reunification Join NATO Defense DIANA  NATO nuclear weapons Sharing Program In Greece USA 20 tactical B61 nuclear bombs in Germany Luftwaffe Büchel Air Base Global Campus University Maryland in USA headquarters FDA Silver Spring MD made EG&G Nuclear Missiles Triger Robert Oppenheimer.

 Donold Trump Nominated NATO Representative, Senator Kay Hutchison worked at Bracewell Nuclear Energy Law firm & Kay dedicated World Largest level 4 biosecurity University Galveston Texas National Laboratory by Shriners Children

Hospitals & collaboration Corona Virus at Wuhan Institute  Virology Builder Paris France Billionaire Alain Mérieux Government Director Education & Louis Pasteur assistant Marcel Mérieux  food security became Sanofi Pasteur World largest company  devoted entirely to vaccines subsidiary Sanofi-Aventis world's 3rd largest pharmaceutical company. Alain Mérieux founded bioMérieux distribution 160 Countries & makes Covid 19 Test Kits with Softbank Nidec Covid 19 semen analysis. Rodolphe Mérieux &  230 People Died TWA Flight 800 JFK Airport, Paris to Rome flight

Covid 19 & Nuclear Weapons Research University Cambridge England graduate Director CU Pile 1 Reactor Covid 19 Research Book Store beside Mérieux NutriSciences manufacturers, food processors, food Labels, food caterers 27 Countries

Adam Dad Visit Winnipeg Natural History Museum then Zoo Polar bears, 10 Years later Adam & Sandra Morgan visit Old Army Fort & same Museum by Winnipeg National Microbiology Laboratory collaborated Wuhan Virology & China Army 2016 to 2020

911 PM Prime Minister Tony Blair's son Born above Butcher Shop. PM David Cameron sex with Pigs

UK Military Food Supplier Vestey family were 2nd wealthiest family in Britain after King, Master Horse founder Worshipful Company of Butchers became World Largest Private meat retailer Vestey married Kathryn Eccles. Vestey great-great-grandson Actor Tom Hiddleston (Film Director) Heroin Addict Joanna Hogg classmate Princess Diana at Riddlesworth Boarding School beside Bucher J & R Farm

Bible Ecclesiastes Ec Ecc Eccles Yellow Barley Cake using dried human dung Banish Israel Cooks

Mundungus "Dung" Fletcher in Harry Potter cannibalism

McDonald's Hamburgers beside Edwards Funeral Home, Kinston North Carolina Smithfield Ham Processing Plant by Civil War Army Training Camps

Many Data Processing centers & Smithfield Ham Processing Plant by Newark Airport 911 Terrorist  Flight 93 Terrorist born by Pakistan First  5 underground Nuclear Test Chagai-I atomic bomb, Mosque at Muslims 1st Nuclear Reactor CANDU Karachi K K K Complex, University Virology Covid 19 = Bible 486 BC assassination King Xerxes ruled 127 provinces  India to Cush the Trojan War (Helle mythology) Suez Canal Princess Diana, Royal Yacht Britannia owner Bouygues Construction Normandy Nuclear Reactors illegal immigrant Workers Bouygues

Paris Headquarters in Hospital Grocery Store Carrefour 1st Join Covid 19 C'est qui le Patron

USA Nuclear Missile Launch Strategic Commander Bald African Anthony Cotton graduate Research Triangle UNC by founder Hardee's Hamburgers sold to World Largest British American Tobacco Headquarters East India Company EIC King's College London (2016 Raw Cannibalism Film a vegetarian at veterinary school) Toronto International Film Festival Corktown, Toronto Don River 1910 Homeless Hobo Camps flood Humber River. 40% Canida Nuclear Waste at Chalk River Laboratory Tim Hortons Coffee Shop around no other stores until Deep River Covid 19 Laboratory by Water Well Bost station

  World 1st Beer & Cheese in Egypt Mummies & 7000 BC Beer Jiahu & Uranium Mines distance to Wuhan

1949 Mice Coronavirus at Nuclear Trigger Maker Berkley University UNC Baric Lab and Michael Lai founded coronavirus research at Peking University.

 D4 cell Receptor HIV founder Angus Dalgleish and Birger Sorensen claim Beijing manufactured the first coronavirus in Wuhan lab "reverse engineering" its variants.

Adam Uncle Every Christmas play move in reverse poop goes back Black Angus cow's butt. Airline Pilot Finch Joke the Doctor told Swen had Black baby & Sewn replied she burns everything.

  Kevin Bacon, Brad Pitt and everyone Cousin Princess Diana Wedding a Wilkinson Sword Energizer Battery sold to Pfizer Vaccine Headquarters by 911 World Trade center recovered Steel Spartan Sword...Zeus Trojan War Paris killed by Philoctetes Raid Lemos...Princes Diana only Car Crash survivor Trevor Rees-Jones head security Covid Vaccine AstraZeneca by Duchess Cambridge Kate Middleton a Coal miner  with BBC Michael Cole investigation Death Princess Diana (Judge Baker) autopsy Doctor Shepherd investigate 911 Attacks & Hungerford massacre shooter mother a waitress at Hotel Anthony Bacon (Rebellion) Essex Home of Heart Surgeon Hasnat Khan Date  Princess Diana at Kensington Palace by McDonald's Hamburgers & Paris Baguette Cafés Korea Dunkin' Donuts video Nicki Minaj (Death Song) Princess Diana (Necklace) Kim Kardashian donuts from World Trade Center Fish Market Manhattan Meatpacking District Nabisco Bakery became Google Building Heart Doctor by Pet Store beside funeral home NY State Association Funerals by NY Department Agriculture President FDR founded Social Security. Princess Diana Brother Althorp House kitchen make 700 meals for workers Covid 19, National Health Service NHS founder Thora Silverthorne ran Communist Party

Great Britain, Thora parents Artillery UK Cole Miners 48 Died in Explosion, Born Ronald Green Wife ran 1.7 million Cole Miners' Strike 1926 picket line Hyde Park (1 funeral Princess Diana walk in mine field (2 Rapper Ms. Dynamite born Crawley UK mine gunpowder tinder Flint Stone Grime Graves Mine 2300 BC Norfolk UK Army Cow Tower Made of Flint Stone Great Hospital Princess Diana open Sheringham splash pool by Kingsland Robot saws beside Veterinary Center. Princess Diana Bridesmaid husband David Flint Wood.

Turkmenistan–Afghanistan–Pakistan–India Oil Pipeline builder 911 Taliban language Pashto = 1500 BC Zoroaster World 1st One God Religion. Hellfire Missile A Taliban BBQ Moab Bomb Bin Laden cave

71 BC Roman Gristmill at Palace Mithridates cultivated an immunity to poisons by regularly ingesting sub-lethal doses the Romans poison all enemies

Barony of Lundie Admiral Adam Duncan's grandson founded England Department Social Security DSS runs War Pensions Agency. USA Federal Social Security Disability Determination Service DDS State Agency. Nuclear Submarine Dry dock shelter DDS, 8th Largest Defense Contractor Thales Group (Patent) Airports DDS Data Distribution Service & fined a Billion Dollars was largest corruption case in French history.

Donner Party Cannibals never received food from General Mariano Vallejo owned 175,000 Acres & donated land to Build Vallejo CA Government Buildings, Sewage Treatment Police Impound Car Lot Large Animal Control across World 2nd Largest Cookware distributor Meyer Corporation runs Homeless animals' charities

Covid 19 death Hospital, Chapel Hill University Ku Klux Clan Dairy Farmer found ed *UNC Laboratory Ralph Baric Covid 19 VOC pathogen-Bin Laden atmosphere germs in Wuhan Virology Lab Director "Bat Woman" Wang *Yanji graduated Beijing PKU and World Largest Sports Team Owner Anschutz Colorado School Medicine Land Donated by Lawyer of Alfred Packer Cannibalism and Donator Senator Nighthorse attended Placer High School Donner Party Cannibalism human remains buried by Cannibals John C Fremont & NYSE Stock Market founders Stephen Watts Kearny Mormon Battalion & John C Fremont founded Moab Utah & Moab Trail, Fremont Surveyed in about 15 States Land became future Nuclear Reactors, San Diego CA, Crawford Colorado CO House Joe Cocker, Grand Junction Climax Uranium, Fremont Survey Cherry Creek CO runs all State CO Colorado Marijuana License. Colorado Rockies baseball Arizona Spring Training Camp owner From Corona California CA the world biggest tin food Can Corona Tin mine was CA most litigated Lawsuit Property was World Biggest Lemon Producer, Warren Buffett

owned BNSF Railroad, Corona Marble, Corona Pipe Dope & World Largest Clayton Manufactured Homes made Cars &  House in first Nuclear Bomb Test Clayton Homes by Homeless Food Bank Grand Junction CO Climax Uranium, Warren Buffet Closed office by Bray Property Apartment rentals the Grand Junction CO Warren Buffet Paid 600 million Demo 911 World Trade Center 2 Nuclear Reactors Climax Uranium & Charlie Munger 400 million Donations to UCSB University
 Climax Uranium One owner Rosatom nuclear heart Reactor nuclear core Future President Barack Obama helped USA Federal Court Sovereign Immunities Act Title 28 §1330, awarded $330 million to Family of Chicago Minister kidnaped in Yanji North Korean military detonated 2nd nuclear test
 NAZI Thor Hammer Zeus lightning bolts swastika  Roman numerals XXX = 30  Close Webpage Google X NAZI Swastika Flag Saudi Arabia Taliban fight Australian Swastika Flag outlawed
 Samsung employe CEO Zeus Heart Catheter Components Mankato Minnesota Thor Ran School Tunnel Kidnaping while future South Dakota Police Officer Chad Carpenter stole Porno Magazines from Thor House had an 80 Pound Sord that vandalize 60 abandoned farmhouses their Owners Killed by Chad Carpenter 30 Years Later allegedly.
 Russia 1st Nuclear test in Kazakh Kazakhstan Buddhist monastery & Ukraine 10 million died famine Russia Civil War Coup d'état General in Battle Beijing Wuhan  Opium Wars, 60% Worldwide Tea Producer, heartlands Yellow River invented  Gunpowder Song dynasty Han culture Kublai Khan Korea  RA Sun God Surya Dyēus Hittites  Troy  hooked cross Swastika â-wâr  â-sûn Wusun Wuhan  Swastika  Daruka Swastika  sauvastika destruction  death Kali  = Vishnu  started a war asuras  demons  Hinduism Aghori Sacred act Cannibalism Jainism Buddhism Zoroastrianism Hi place Kabul Afghanistan
Bagdad  Babylon,   Joseph Needham (Historian) Yan Ji Emperor Ming, Han dynasty Wei Boyang invited Gunpowder in Cookbook Yin & Yang Organs Urinary Bladder, Stomach, 1250 BC Heavenly System 60 Day Cycle Food Sacrifice Dead People (zodiac Rat) Medicine, Five Phases Wuxing Wu Fire, Water, Wood, Metal & Earth, Founder Buddhist Zoroaster gate Heaven & Hell Kaaba Temple Abraham ancestor Muhammad founder Islam Mecca Makkah Quran Kitab Zoroaster Meat People Kutub Pole Book Food Laws Halal, Talmud al-Tawrāt, Hijab Head covering Red & White napkin BBQ Plate kabab is roasted ground meat kabob Babylonian

         Yani means God Gracious, Yan Wang King Hell PP.  Pfizer Vaccine employees John Yanni & Hong Wang.

USA only Uranium Mill Energy Fuels Building Homeless Housing & Marell Support TD Ameritrade Bank America Owned Climax Uranium One Headquarters Thompson Reuters Westlaw Federal Law Book, HBC & Grease Child Adoption by Canada McDonald's Headquarters Toronto many Uranium Mills by Homeless Shelters.

Stock Market Financial Industry Regulatory Authority FINRA CEO Robert W. Cook FINRA Rules all Lawsuits are dismissed that use "Murder" word Adam used 400 times so SEC Remanded case back to FINRA dismiss Again for "Murder" word.
Colfax Ave End Corona Street by Trump Coffee, Denver Colorado Headquarters Energy Fuel Uranium by Many Doctors Office, Rozeboom Apartment Rentals, Zap Engineering Z-pinch Plasma nuclear weapons, Homeless Housing & Disabilities Help, Heart Doctor by Headquarters Christy Ski Sports TZP Group Drexel Burnham Bank USA Oldest Largest Private Investment Thyssen & Co Brown Brothers Harriman BBH Fritz Thyssen financed NAZI Hitler & 1905 Freezing Shafts Pumps, Thyssen Many Uranium Cole Mines

Ski School Directors Landscape Companies Cocaine Dealers lived all 4 sides Steamboat Ski Area Parking lot across House Angie from Climax Uranium Mill Grand Junction Colorado Angie Steamboat Roommates (1 Vale, (2  Valary (3 Christy Sports Workers (3  Beautiful Bartenders (4 Designer Jackson Hole Kayaks, Wave Sport Kayaks, Back Door Sports by River House the AU Girls Houses view Steamboat & Jackson Hole Post Office & Both Grocery Stores back doors by Steamboat Ski Area Employee Housing illegally lived French Girls
Princess Diana favorite Lech Austria Ski Resort tried assassinate Adolf Hitler later died Cyanide poisoning salt Sulfuric acid Holocaust Gas Chambers (Gas Vans) Nazi Herbert Lang

Mercury amalgamates uranium forms amalgam distilled heating vacuum Preparation Uranium Plutonium or inert gas like argon
Steve Phifer on USS Coronado the Coronado ARMY Barracks Swastika shaped tribute NAZI V1 Rocket, San Diego Rams NFL, Roman Phifer executive NFL Denver Brocos Stadium soccer Team AS Roma WW2 Hitler arrived Rome Train Station Allied Army vehicle storage became Stadium 1990 FIFA World Cup Cold War end 1991

Ford & GM largest Truck Producer NAZI Army
ACD TNT Dynamite Beet Boom Music Psychedelic drug LSD DMT founder Novartis founded 1857 Dyewoods Mill Dye Extraction makes Green Fluorescent Light Bulb Smoke Bomb WW2 Ore Mountains Freiberg Germany born Founder Phosphor Carbon disulfide, 1st Coal Gas Lantern & fodder beet Sugar. Freiberger

Semiconductor Powder by Meyer Burger Solar Energy Tesla Headquarters Building Many Women's Rights Originations by Churches & CA State Capitol. Bugs Bunny TNT Elmer Fudd, Porky Pig cartoonist Jew Friz Freleng born Kutno Largest Poland NAZI Battle beginning Siege Warsaw. Hamburg Germany 300,000 Homeless, Café with heart, ApoRed Homeless beside largest vegetable & meat Internet Search engine Zipmec Headquarters Lighting Store Bologna Italy Homeless Shelter Rostom SPRAR Network Asylum Seekers Hamburg in Building Crane Worldwide Logistics, TNT Logistics, Mathieu Friedberg CEO CEVA Logistics Headquarters Marseille France Adoma & Alma Homeless Shelters by Butcher Shops beside Pharmacy

Religion Author, Master Mint Isaac Newton born by Roman smelting furnace, Roman Road to Lincoln & Hartlepool County Durham border Roman Britain, Amalgamated Miners Union UK Largest Sugar Factory UK 1st Ethanol Plant, Eccles Train Station, Princess Diana Born Norfolk Denver, 13 Countries Landowner Diana relative De Warenne, Boudica Husband Die, start Roman Road end Peterborough ceramic production remains Queen Mary moved to Westminster Abbey & Sister City birthplace Queen Katherine. Queen Regiment & Hampshire Regiment Amalgamation formed Divorced Princess Diana; Royal Regiment split between Afghanistan & last combat operation in Iraq

Princess Diana hitting Charles over head with sugar glass bottle. France generates 80% electricity from France 60 nuclear reactors fuel reprocessing Hague until 2011 Banned all Nuclear Transport in Germany Zero Nuclear Reactors. Charles & Diana Honeymoon Train = Pope John Paul II 1st Passenger Channel Tunnel Covid 19 Delay Eurostar Train 5 Countries

Roger Bacon Founder Carbon Fiber National Carbon Company founded D battery Amp-hour X-Ray. World 1st Guided Bomb NAZI Fritz X 70% TNT 15% Aluminum Powder 15% RDX founder Royal Arsenal Woolwich originally a Rabbit Farm Master Mint 1544 became Lord Mayor London 2004 worked at London Stock Exchange & Ministry Defense MoD DERA Qinetiq CEO Graham Love sold DERA to Carlyle Group Hardees Hamburger's Murder Princess Diana, me & you 2 = Roman Pantheon largest oldest non-steel reinforced concrete structure. Fibers in Pantheon the Roman drawing glass into fibers. 1801 Optical telegraph replaced by Cooke Electrical telegraph founder London Bridge Builder London to Glasgow World Longest Grand Junction Amalgamated Railway Crash 226 People Died at Dumfriesshire Gretna Green Marriage Act 1753 ban under age 21 Marriage

Albert Niemann 1st Isolated Cocaine & Poison Mustard Gas. San Juan France Romans Founded Mustard Medicine Dijon France Road to Paris born Admiral of France founded Mayonnaise Mayo & French Fries.
WW2 Scrap new laid RR tracks UP Grand Junction Railway Amalgamated Holly Sugar Beet factory Delta CO Salpêtrière Climax Uranium Dolores River Headwaters San Juan Mountains Hermosa Peak RR Ridgway CO Telluride CO Film Festival & Santa Barbara Film Festival Kristen Stewart Oscars-Bound portrayal Princesses Diana Exhibition: Accredited Access by McDonald's Headquarters Oak Brook IL & Exhibition San Juan Mall Porto Rico

Donald Trump Coronavirus stimulus reopen Manhattan Project Climax Uranium Mill was a *Amalgamated Sugar Factory Owner Chairman Federal reserve Son David *Eccles named Stadium 911 Terrorist artifact Covid 19 Test Site UT University Utah Universalist Church UU & UT Huntsman Cancer Institute founder 1st plastic egg carton & Clamshell container McDonald's Hamburgers Tim Graham (Photo) Many Nurses wearing Green Clothing in Moscow Children's Hospital Green Roses, Princess Diana Humanitarian award at Hilton by NYSE Stock Market Ticker UUUU Uranium Energy Fuels
Pfizer Vaccine San Diego 911 Hamburg 911 Terrorist United Airlines, Denny's Hamburgers TWA Airlines Owner Century 21 Realty Building in Wells Fargo Bank Climax Uranium Apartment RPM Rental nonrefundable yearly security deposit Manhattan NY Rhinio Insurance owner 911 World Trade Center Collapse Zurich Farmers Insurance USA Vice President Adam Strege Uncle David Strege closed office in Opus Headquarters  NASA 4000 RPM Radiation Portal Monitor Nuclear Weapons  DAP Caulk RPM International CEO McDonalds & Co
Investments      DAP (gene) Protein DAP anti-cancer drugs anti-cancer drugs
 Insurances Asset Search Adam aunt faked her Death the State Farm Life Insurance Policy gave 8 million to Adam mom and Adam Family-owned a Million Acers farmland in 1 day you cannot Drive around Grandpas Farms in SD, Grandpa married Neighboring Farmers Daughter Bundi. Opus Old Headquarters Farms Insurance Vice President Adam Uncle David Strege married the Neighboring Farmers Daughter. World Trade Center Collapse double pay Reinsurance Zurich Farmers Insurance owner Manhattan Rino Insurance every year security deposit on Adam Climax Uranium Apartment then Adam Current Apartment PMI Rentals by Farmers Insurance & BLM. Adam Uncle Stan Strege owned Allstate Insurance across McDonalds by Shado Hi School by World First McDonald's Franchise in Phoenix Arizona Gila River, Cannibalism John C Fremont with NYSE Stock market Founder Stephen Watts Kearny Cattle Farm by Red Cross Ambulance Driver Ray

Kroc founded World 1ts McDonalds Restaurant by San Bernardino CA shooting
Killed 16.
Many Indian Battles & Baker Alley residents helped runaway slaves in Uniontown,
Pennsylvania 48 McDonald's Owner solder Jim Delligatti invented Big Mac.
Amalgamated Sugar Founder JST Mormon Church Latter-day Saints LDS = Lady
Diana Spencer Wedding flower Girl KKK a katholikḕ ekklēsía Roman Catholic
Recusancy Law Fine Elizabeth I

   Stephen Coonts  (bestselling Book the Disciple) 12 nuclear warhead

    Mormon Apostle, Richard G. Scott build Shipping port & Trojan Nuclear
Reactors shipped by waterway for burial at Hanford Reservation

    Mormon 1st President Lawyer Apostle analyzes data tests nuclear weapon
Minuteman & Vegetable Parchment Paper City Kalamazoo Pfizer Vaccine  & Paper
contamination emergency Governor Chairman Gateway Computers Logo Holstein
Milk Cow New World, German Black Pied crossed Bordeaux & Venice Milk Cow
Bologna

 Meals on Wheels Rhine Germany 7 Countries  Heart To Home Meals =
Kings  Award for Enterprise. Star Trek Enterprise Cannibalism. Switzerland Army
Solder 1st Female STEM Professor Erna Hamburger  "President" Graduate Women
International founded after WW1 founder Newnham College share a Boathouse
with Jesus College graduate UK Secretary Defense Nuclear Missile Iraq interview
BBC Breakfast with Frost reporter died Ship named after Battleship Queen
Elizabeth replaced by HMS Nelson sunk Bomb Practice.  Belsen concentration
camp 1st Rescuer Tank Commander Robert Runcie Archbishop Canterbury
presided Princess Diana Wedding Royal Bottles Coca-Cola Distributor Elizabeth
Bridge Street across McDonalds Buckingham Palace, Gass in Car tire around
Peoples necks, Nelson Mandela met Princess Diana months before crash
(Landmine Speech) On my wall & in my heart every day

WW2 British Army founded Meals on Wheels Headquarters Air Force Logistics
Crystal Rd, Army Pentagon Land confiscated General Robert E Lee grandfather in
New Ham, Canning Town parish West Ham Coal Power Station, world's first
mechanically refrigerated ship, London - Indianola Texas folk song Wall Street
Crash 1929, Milton Friedman Nobel Prize economics Human capital, Sick leave,
Germany Statutory health insurance Nazi Reich RVO became Social Security & NY
Largest Homeless Food Supplier Sodexo reduce food Waste 50% with
Walmart

USACAT Culinary Arts Team ACES & CONOPS USA Military Largest Food Supplier Sodexo Headquarters Building Crossroads Cafe.

Europe 2nd Largest Food Supplier Sodexo Paris CEO worked at NAZI Chase Bank, IRS Commissioner Daniel Werfel, Boston Consulting Group founder Bain Company Hardee's Hamburgers Headquarters by Experian Credit Burrow Burger King Owner Bain Capital, Experian founder TRW Northrop Grumman, 85% World Diamonds De Beers Ernest Oppenheimer, Anglo American the World Largest gold Uranium complex 1st Nuclear Bomb before Manhattan Project. Sofi Home equity loan Hel Satan Bank by London High Court Justice Rolls Building (Builder) Anglo American World 1st Nuclear Test at McDonald's House the World First Atomic Bomb Hiroshima the New York Colombia University, Manhattan Project Climax Uranium in Building Construction 5000 Houses in Grand Junction Colorado Sodexo Food Catering in Hospital & Police Station Mesa University Human Dead body outdoor research Climax Uranium by 3 Nicest Homeless Shelters let people stay forever in Shelter Beside Grease Monkey Oil Change by Hardees Car J Hamburgers Parking Lot Homeless Solders work in Ark Thrift Store

500 Homeless in Park across Grand Junction Police Station view Old Greyhound Buss Stop. Lincoln Park across (1 Adam Climax Uranium Apartment Owner House (2 Missouri Synod Lutheran Church split Mankato Lutheran CLC, Manhattan Kansas Order Eagles Mexican Restaurant Bar by Government Website Maker Civic Plus Headquarters Architect Banister Complex makes most parts in Nuclear Missiles

All Countries Police Drug ID Bible maker in Grand Junction Climax Uranium One Moab, Colorado River & Moab Trail to World First McDonald's & World's Biggest Tin Food Can Mine Corona California once World Largest Lemon Producer Corona CA, Warren Buffet BNSF Railroad Worker Lawyer Thurgood Marshall Federal Courthouse by USA First Power Plant on Pearl Street Subway to Corona Park NY World's Fair Army General also build China Road & World 1st Nuclear Test McDonald's House General build China. Corona Queens NY (1 1st Female African PHD Chemistry (2 Tiffany Stained Glass Factory (3 Jew Drug Store founder Home Depot by 15 Wareham Place Childhood Home Donald Trump sold Lemonade by Jew Synagogue, McDonalds, Women's Homeless Shelter Beside Chase bank & Mexican Restaurant.

VA Hospital 90% Finance GJ Public Homeless Shelters veterans scan everyone ID. Taxi Drivers said there was many Underage Drinking Parties at 15 Hotels Converted into apartments by Climax Uranium Mill by 3 Homeless Shelters beside Grease Monkey & Hardee's Carl J Hamburgers in parking Lot Ark Thrift Store

workers Marine Soldiers & all Homeless got Covid 19 and went Quarantine at buzzy Interstate Tourist Hotel owner biggest Vaccine Investor Black Rock Owned Mankato Hotels many 12-year-old Prostitutes Pimps

Pfizer Vaccine San Diego 911 Hamburg 911 Terrorist United Airlines, Denny's Hamburgers TWA Airlines Owner Century 21 Realty Building in Wells Fargo Bank Climax Uranium Apartment RPM Rental nonrefundable yearly security deposit Manhattan NY Rhinio Insurance owner 911 World Trade Center Collapse Zurich Farmers Insurance USA Vice President Adam Uncle David Strege closed office in Opus Headquarters    USA 1st Mail Carrier Adams Pony Express Wells Fargo USPS

100% all lawyers say its Impossible to comprehend Bank robs money Adam been in court against 40 Lawyers Wells Fargo Bank Lawyers Fagre & Baker run world largest Yucca Mountain Nuclear Waste & Most Indian Reservation    RU 1st Post Office Yam Route

Potato Cassava Yam Yuca Founder Expedition John Jacob Astor with William Crooks MN 1st RR Cooke finance Civil War

All USA Nuclear Weapons Tested Yuma Proving Grounds,  Homeless Crossroads Mission  SAMHSA National Helpline by Green Trees  Grocery

Nazi Gestapo hunted Red Army Founder Leon Trotsky Bodyguard Max Théret Founded Retail Chain Fnac CEO Alexandre Bompard CEO Car-refour Grocery purchased Billa Italy = 161 Billa Supermarket Moscow RU 13 Yum Yum Grocery = Bologna Founded Italy Largest Supermarket Conrad Pharmacy, Conrad Pet Stores Selex Grocery

Taco Bell Horse Meat Scandal Yum Brands 70,000 Restaurants CEO born by Corona Queen (1 Spreckels Sugar (2 Edward VIII visit Hitler villa Eagle Nest by Salt Mine (3 Nazis Biggest Cover-Up in History biographer Princess Diana (Author) Andrew Morton, Hi School, Actor Ashton Kutcher father Procter & Gamble Nuclear beside Social Security & PNC Bank invested 1.5 billion Nuclear Weapons            Strega Italian word Witch

Strega (liqueur) most prestigious Italian Literary award Strega 1st winner Tempo di uccidere means A Time to Kill

Witchcraft 8 Occ) Witch 2 Occ) = 2 people 8 cannibalism Devils 48 Occ) Golf Defeated Def ate Satan 50 Occ)

Adam Dad Build 3 Mile Island Nuclear Reactor Workers Punch in then go to Bar & sleep all day, Construction Finished Dad remove beds then Future President Jimmy Carter ran cleanup Nuclear Melt

Meaker Indian Masquer by Stan Hilkey served Prisoners Food then Climax Uranium
Grand Junction Sheriff Hilkey Head director Colorado Public Safety
Last Batlle Wars of the Roses at Hinkley UK Founded Bass Beer Founded
InterContinental Hotels (Satellite Awards) French Exist = cat Michel Pfeiffer age 16
worked at Vons Safeway Grocery Founder Meral Lynch BOA Climax Uranium GJ
Headquarters City Market & Mormon Western Sugar Coop
Princess Diana (Author) Geoffrey Hindley (Co-President) London Medieval
Technology Pfizer Award (1st winners NY (2 University Wisconsin (3 Chicago
University = 1st Nuclear Reactor Pile 1Christie Hospital Cook daughter the Moors
murders Myra Hindley in Cookham-Wood Prison Refurbishment cost Britain's most
controversial jail.  Biggest Nuclear Warhead maintainer Jacobs Engineering UK
Hinkley Nuclear Reactor cost 3 times more than Finland & France
Solid Red Clay soil in Duluth MN & Adam & Linda Pettman Owned Mora Houses by
start world 3rd Largest Firestorm Hinckley Forest fire end by Frank Loyd Right only
Gas Station Road to Sandra Morgan dad Donald parents in Old People apartments
by McDonald's then Nursing Home at Lake
     Secretary San Francisco Mint, NYSE Founder Bret Heart wrote Bomb Books &
died Camberley UK Elmhurst Ballet School was Princess Diana 1st Public
Engagement after tour AU, NZ & Canada
Parowan Utah Police Station Beside Funeral Home, Veterinary, Restaurant by UPS
Building Calvario Restaurant view USPS Post Office & La Villa Mexican Restaurant,
Court House,
 Manhattan NY Interstate 95 to Covid 19 UNC Chapel Hill starts Interstate 70 ends
McDonald's House White Sands Nuclear Missile Range, Organ Mountains, Dona
Anna County,  Adam next apartment across Shipping Container Freezer El
Crucifixion Jesus  Calvary Calvario Restaurant fix sewer pipes 5 months by 10 Food
Trucks use the Kitchen Calvario Homeless Shelter Director Cesar Jara, Beside Post
office & Adam apartment Mailbox all view Federal Courthouse Las Cruces often
Grocery Stores by Farmers Insurance by PMI  Rentals of Adam Apartment a
Siemens Electric Box, Wall & Floor tiles squares resemble swastika

   A Woman in Car feed cans Cat Food to 20 cats at 6 Unit Apartment & Calvario
Restaurant animal traps
Calvario Restaurant 2 Empty Remodeling House across Meals on Wheels 300 feet
from  Adam Las Cruces NM Apartment Old renter Jesus Munoz
   Donald Douglas Military Airline sales Director Jew Ruth founded Mattel Toys Hot
Wheels & Matchbox Die casting moveable typeset 1838 Founder born German

Headquarters Teutonic Order & ran Manhattan New-York Tribune Building General
Foods donated Land 1st Pace University Building AXA Insurance
scandal   Revolutionary War USA refuse Pay Debt France Quasi-War Congress
authorize military action with no declaration war in Vietnam & Iraq

  Delivered Bottled Water tastes like Chlorine unless you forcibly take water off the
truck yourself.  Biggest Drug Dealers house across Water Treatment plant in
Mazatlán the Police Stations by Cemex Cement worker neighbor Adam rented
Apartment utility bills came in Jesus Rodriguez Name, so Adam gave an eye doctor
neighbor money to pay utility Bills.  Adam lost his wallet & Landlord was a
Prostitute that could not take a check

Founder Free Breakfast Program School Superintendent Resigned when Adam 1st
moved to Las Cruces NM, Adam only beside 1 apartment man died Heart Attack
across apartment man Died Heart Attack year later

  Battle las Cruces NM NYSE Stock Market  Kerney on Gila River 1st McDonalds
Franchise & Kerney cattle ranch  by World 1st McDonald's San Bernardino CA then
Kearny & POC Pocahontas in Paris France Smithfield Ham merger Spain Largest
Meat Company Campofrío Moscow Atria Plc Helsinki & KKR Beatrice Foods
 911 Terrorist Anwar al-Awlaki born Las Cruces NM & Died Al Hazm,
Yemen

 Las Cruces NM died Pat Garrett killed Billy the Kid born Manhattan
Deming NM Border Foods' world's largest Chile processing plant across US
Marshals Border Control & Veterinarian & Homeless across Taco Bell
White Sands Surface air missile SAM by Sams-Walmart Grocery across
Alamogordo Public Schools APS & Adult Protective Services APS Food Stamps
SNAP beside Manhattan Young Jew Professionals

   Johnson & Johnson Vaccine by World Largest Cement CRH-Holcim-Lafarge-
Tarmac build Magnox Nuclear Reactors

JFK Presidential Yacht USS Sequoia Redwood planed USA First Nuclear Bomb
attacks

 Nuclear Regulatory Commissioner Graduate Religion Studies University purchase
denied KKK

 Most Nuclear Investors Canada Teachers Pension.  Bank America China
Construction Bank 2013 North Koria Nuclear missile Test. China 55 nuclear
Reactors, CNNC Wuhan China Nuclear Power Operation Technology Corp Beijing
Headquarters Agricultural Bank China world's largest initial public Stock offering to
Holocaust Banks, QIA Bank 911 Terrorist

London World Nuclear Association Building Brigham Sports & Cotswold Outdoor across Frog Adam Restaurant & Hamburgers beside North Face Timberland Clothing owner VF Corporation Building EHR Medical records by Denver CO Union Greyhound Bus Station Headquarters across Whole Foods Market sit 50 Homeless

Manhattan NY Sister city Headquarters Samsung Tower (Architect) World Trade Center Amsterdam ICE Train Moscow Paris Frankfurt. 50 Million Dollar Donations Covid 19, North Koria Cube Entertainment (1 Band) Nu.Clear  owner Samsung Life Insurance largest IPO South Korea most valuable Company Samsung CEO's many Bribes & Tax Evasion & 29 million Dollars donations Covid 19 supply Chain meeting  White House COVID-19 Pandemic Testing Board, Defense Production Act of 1950 Korean War & Cold War Nuclear Missiles Bay Pig Invasion Cuba coup d'éta, Fidel Castro troops in Yom Kippur WaSuez Canal closed Six-Day War General Jaffe graduate Agricultural College & Jaffe, Bible King Davidic line King Amon killed by Pharaoh Necho II attack 603 BC Babylon is Baghdad, Iraq imports 50% food supply Price & Demand triple

    World Busiest Subway Shanghai record 10 million rides 1 day Headquarters China 1st & Largest Human Resource Provider FESCO in Wuhan World Trade Center (Engineer) Corona Park World's Fair (Chairman Architect) Dutch purchase New Amsterdam from Indians lived at Water Supply Collect Pond became The Tombs Manhattan Prison (1 Albert Fish cannibalism children World largest mining company BHP founded in Hotel by House Anne Frank uncle Paris Furniture Designer Nelson Rockefeller founder United Nations in Hiroshima treaty  War Opera House Frank Brangwyn stain Glass in Worshipful Company Skinners, London Royal Exchange, London + Tiffany glass factory Corona Park Navy James A Skinner CEO McDonalds, HP Computers, Walgreens Drugs & 45,000 Employees Illinois Tool Works fined illegally making Chemical Weapons. Bill Rights 1215 Magna Carta founder William Blackstone father a rich Apothecary pharmacist. chemist 2600 BC Babylon Iraq Euphrates River Antichrist

 Adam Credit Card always activated alarm front Door Grocery Store by World largest Kite Boarding by Maui Sewer Treatment

    Medical Factory previously built Satan 11 World Largest Nuclear Missile factory, Roskosmos across Moscow Courthouse tunnel Burger King in Pharmacy Building.

Slavery Abolition Act 1833 recalled British 1st Administrator of Hong Kong, Trade deficit British Only Profitable thing to Trade Opium until China destroyed 1,000

Tons British EIC Opium Treaty of Nanking End Opium War Founding, World 3rd Largest Shanghai Stock Exchange trade open Foreign investors Treaty end First Sino-Japanese War caused by Korea severe drought food shortage

 Stock Market VIX Volatility Index founder director Tel Aviv Stock Exchange a bomb shelter by Green Susi

 Every Secret Thing (Baby Kidnaping film Director Amy Berg) Doctor Hatch & Frances McDormand-eating at McDonalds Microsoft Peacock Theater seats 7,100 Emy Awards Covid 19 relocated to Crypto Arena Grammy Award Doobie Brothers Michael McDonald, Drummer John Hartman

German Prisoners shipped to USA captured & released after British Help Indians lose war then British Purchase majority land 1 penny acer then go to Debtors Prison Bank gets all Land ½ Price

 Oldest Largest Cooking Knife Maker Zwilling Henckels SS Dagger Knife Bodyguard Hittler

 Paris Stock Exchange (Architect) Père Lachaise Cemetery in 16 Movies & 220 Died Air France Flight 447

 LSE London School of Economics 13 out 49 all Nobel Prize Museum Former Heart of the Stock Exchange Stockholm across Oldest Church Saint Nicholas founded Santa Claus Reindeers names match virus?

 Mom Sley Ride Funeral of Grocery Store owner Abraham Lincoln Free the slaves & Founded USDA Food Service & Hatch Act founded 70 Colleges Morrill Land-Grant Acts Agricultural College $20 Million Donation Peter Oppenheimer CFO Apple Computers CEO Tim Cook iPhone iFund CEO Bloom Fuel Cell, Colliers Reality in Alley Homeless Salvation Army its International Headquarters opened by Queen Elizabeth WW2 Global Recession 2010 House Price Drop Bubble Burst Chase Bank Purchase Bear Stearns Investments Owner married Jew Nobel Prize Economics CEO Solomon Brothers CEO Warren Buffet BOA Manhattan Bloomberg Software London CEO World Federation Stock Exchanges the Ukraine War suspend RU Stock Exchange MOEX Owner Central Bank RU Reinsurance Europe Longest Bridge Crimean attacked in Ukraine War. Department Store Sterns, Macey's became Bloomingdales founder German Jew in Civil War Confederate Capitol Richmond, Virginia world 1st electric Street Car.

 FDA Headquarter beside DC Holocaust Museum runs Holocaust Museum by Headquarters McDonald's Hamburgers, Adam mail 1000 letters to Rich People, DC Holocaust Museum Ted Kennedy then 8 Months later Ted Kennedy died & Sandra Morgan ran Red Cross counselling DC Holocaust Museum Shooting G4S Secure Guard Omar Mateen killed 50 People at Pulse nightclub victims free graves

at Greenwood Cemetery section African Lynching Revolutionary War Hanging Judge Charles Lynch born on banks James River, Smithfield Ham.

MOEX MICEX delisted RU 3rd largest Grocery Store Dixi Chase Bank Moscow Cherkizovo  meat processor Cargill Corn, Online supermarkets China & RU Auchan Grocery International Sponsor War Aldi Grocery NYSE bankruptcy Winn-Dixie Grocery founded by Jacksonville Florida Mayo Clinic Donald Hospice & World Largest Hedge fund Bridgewater started as trading Nabisco & McDonalds USA Biggest meat Exports Tyson Foods Founders Born Chicago & Died train crash 1967 made Donald Tyson CEO

Chase Bank, Croton Aqueduct water Supply Manhattan 2.6% Population died Yellow Fever Vaccine & Syphilis founder born Fukushima

Chase Banks Move out Grocery Stores then Opening a Chase Bank account a Rancher talk about Poison water to stop marijuana growers then Closed Chase Banks beside Social Security Law Judge office arrest Adam 450 days the Judge deny 100% everything then dismiss all charges

Army Veterans Founded Most Fast food Restaurants & many Alcohol Drinks.  Hamburg NY Hearts Homeless by Burger King

AU McDonald's Headquarters by Disability Employment & Bunnings Home Improvement Wesfarmers & Kmart.  AU Nuclear Regulatory Building Became Immigration.  37 billion Dollars in Restaurant Investments Roark Capitol founder U.S. Franchise Systems Hotels Pritzker family sold to Berkshire Hathaway founded in Adams, Massachusetts & Barrick Gold uranium mil by Cibola Federal Prison and Uranium Avenue in-between Police Station & Court House parking lot Blakes Hamburgers

Baby Furnace Heater Breastmilk Similac Abbott Laboratories Hospira Founder UM Pfizer Vaccine War induced inflation studies & War Bond Band Leader Fred Waring founded Food Blender, Conair owner American Securities 39 Companies Military Defense & Restaurants

Restaurants Most Used Blenders Vita-Chef only across Church & Houses

Nuclear Reprocessing Plant Fan 3d Blender Models.

Lee Berger Excavated cradle life World First Grave 300,000-Year-Old Rising Star Cave by British Concentration Camp Second Boer War Highest Ranking Dead Officer 1st Earl Kitchener with Princess Diana cousin Young Winston Churchill major heart attack, while in office 1953 & resigned 1965 & Died Hyde Park Road across pioneer modern sculpture Jacob Epstein in Blast Magazine & 100 million Dollars Uranium stock 1950s Joseph Hirshhorn Smithsonian Museum Garden

across Federal Aviation Administration FAA 911 Attacks Founded ICE Department Homeland Security DHS Nuclear Emergency Support Team NEST 8 Country's Rosatom Nuclear Missiles NEST Bible Moab Nest Job died sand UZ great-grandson Noah

DHS Countering Weapons Mass Destruction Office CWMD leads DHS World Longest Food Counter at Moscow Sheremetyevo Airport shaped like Pussy & Penis Saint Petersburg Stock Exchange

Holocaust Museum was Tobacco Factory became Civil War Prison Warden Godwin owned World Largest Geothermal Complex made something in WW2 Bomb Fuse Primer, Salton Sea Geothermal Energy Berkshire Hathaway fore $1 Dollar Sold NYSE Stock Exchange ICE to Jeffery Sprecher attended University Wisconsin (1st Commissioner Social Security (2 Hog Farmer Connections (3 1st Factory Oscar Mayer Bologna founder born Neresheim on Arc de Triomphe Paris 95 Cities listed battles won by French army, Pastor Dietrich Bonhoeffer, assignation Hitler 20 July plot at Wolf's Lair (Valkyrie film) Tom Cruise parents Electrical Engineer & Special education Teacher SPED Disabilities Education Act (IDEA) President Gerald Ford, UM Pfizer Vaccine at end runway Airport Kalamazoo Battle Creek is Kellogg's Food Royal Warrant Queen Elizabeth II husband consort King Philip born on dining room table in Greece (4 Director MIT Radiation Laboratory Berlin Airlift Ground-controlled approach founder AUTHER Tales from White Hart named (Heart Band) father US Marine.

  Oscar Mayer Wienermobile visit many Nuclear Missile Base & UM Pfizer lab by McDonald's & German Immigrants founded USA largest Kroger Grocery Headquarters beside Hamilton Courthouse Women Legal Aid Center Donald P Kiekamp

Adam drove to Nashville TN by future Hardee's Headquarters, 250 Police Officers Tried to Arrest Adam one day until Adam gave them a Copy World Trade Center Collapse lawsuit, then Corona Virus & Adam drove to University Wisconsin graduate Walker Hancock the Monuments Men Nazi Stolen Art collection Headquarters, Marburg makes BioNTech Covid Vaccine & Nails venerated Jesus's crucifixion & World Largest Witch Trials Trier Germany 1000

execution. NAZI Artwork DC Supreme Court 1st session in Meat market 1st Judge represented Trinity Church owned Manhattan heirs executed as heretic, Smithfield London Meat Market Burned Peopele at Steak John Adams & Braveheart, Mel Gibson father WW2 & Grand Champion Jeopardy! = Tonight Show in UN Rockefeller Center 1st Land owner Doctor fatal injuries 1st Secretary Treasury Alexander Hamilton duel with 3rd President Aaron Burr, George Washington Army

in Manhattan, Israel Putnam apposed  Salem witch trials  Minister Samuel Parris born London (Bread Heaven Band) Flying Burrito Brothers, London School Teachers son Mick Jagger, Garage Band 5 months at  Eel Pie Island Hotel original Doctor Who (TV Producer) Donald Wilson graduate  Glasgow School  Art 30% nominees Turner Prize Founder & Queen Elizabeth Obituary (Author) Peter Cunningham brother made British War Boundaries Tibet & excavated Sankissa statue Don grub means Gautama Buda language Devi, MN & Pali Canon India Oldest Sarnath Museum & Buda Temple at Institute Computer Hardware

1,600,000 Jews killed in Ukraine concentration camp like Majdanek Entrance Dante's Gates of Hell Sister City Erie, Pennsylvania Nuclear Reactor FirstEnergy 60 million Bribes scandal Election Ohio Speaker House Larry Householder made Ohio 1st State stop funding Planned Parenthood Headquarters Manhattan NY Social Security Above Chinese restaurant

Russian Army & Hitler troops Housing in Vienna Universities  50% Jewish    'naked' or 'nude' Gymnasium Palaestra Greece Athletes competed nude Roman 2nd Oldest caldarium (hot room)  balneae Bath archaeology Statues in Chicago Union Station and Manhattan Penn Station Displayed Redstone Nuclear missiles at Grand Terminal Hartford Railroad

NYSE Stock Market CEO Jeffery Sprecher wife richest Congresswoman insider trading Stock Covid 19 and worked at Crossroads Group Neuberger Berman Hog Stock market Amsterdam.

Jeffery Sprecher supplied Uranium & natural Gas Power Plants MHC Manufactured Home Builder Keller Williams Realty. Sprecher worked at Train Air Conditioning World Largest Tunnel

Jeffrey Sprecher Intercontinental Stock Exchange (ICE) Atlanta Headquarters by Powers Ferry Animal Hospital, Peacock Architecture & Mega Power owner 4 Nuclear Reactor Georgia 1st Nuclear Reactor Plant Hatch only by Calvary Church & Bell Cemetery & Amazon owner Whole Foods Market beside Petco owner CVC Luxembourg Germany 950 AD founder Count Siegfried granddaughter Uncle Charles III Siege Paris 885 AD sack City

Gas Pipe Line 15 Pigging Terms Camera Pig, Geometry Pig Dun Bore Hole     Electrical Pigtail

100 Holmes in Library UCSB University 1000 Homeless Cars because Lawsuits giving too many Homeless Tickets to 1 person has 80 Drunk Public Tickets. UCSB & SLO University CASA sperm analysis by 2 Casa Homeless Shelters beside 2 Water Treatment Plants & Electronic Recycling Homeless Army veterans date biggest drug dealers' Hot daughters

44000 concentration camps combined. Bronx NY, Heart Island Cemetery 1 million paupers grave Bible potter's field HIV Homeless Cemetery 26 Nike Nuclear Missiles, Prison Heart Island Owner, Kent England Thomas Pell captured New Amsterdam forced Peter Stuyvesant to surrender to British new owner Manhattan NY. Protective Wall around Wall Street Canals. Thomas Pell ancestors (1 Senator Claiborne Pell was Pearl Harbor ships Cook, Twice Nazi captured Pell drove trucks carrying emergency supplies to prisoner's war in Germany (2 Corona Queens born Stephen Pell wife father Civil War Torpedo's, President USA Olympic Games & President Toronto Canada Vale Copper Mining Repay 5 Billion credits when Rosatom cut Uranium imports during Covid 19 doing good NYSE Brazil Vale Mining 30 Countries, World Largest Nickel producer Vale Brazil largest paper producer, acquisitions Mitsui moving money dangerous in Japan 1683 shogunate granted permission for money exchanges (ryōgaeten) diversified Mitsui, Minning biggest business in pre-war became Japan 1st Private Bank Mitsui 20% of Japan's total trade & Sugar Corporation Taiwan Largest Pig Farms Dutch East India Company VOC ruled Taiwan, Bomb Hiroshima WW2 end Japan 50 Year Rule then People's Republic of China (PRC) defeated Republic of China (ROC) retreated to Taiwan so Morris Chang went to Harvard then Founded 1st dedicated semiconductor foundry TSMC Taiwan Semiconductor AMD AMC, Marvell, Qualcomm Snapdragon, Apple & NVDA fabless semiconductor companies customers TSMC Taiwan Navy Ship Builder 8 China attack submarines & 3 Supply Ship ROCS Pan Shi 700 sailors quarantine Covid 19

Friedrich Street Johann Marihart, CEO Agrana Sugar-Coated Pharmacy Drugs and Starch Beer Malt, 280 Million Fine World Largest Sugar Company Südzucker beside Police Station Mannheim Germany and NAZI Landesbank Baden-Württemberg financing Germany nuclear power plant decommissioning.

Jesus died Good-Friday 550 BC Cannan deep fat frying Olive Oil Greece Egypt Falafel pippalī Peper

All Biggest Pig Slaughterhouse & Food on Stock Market?
Federal Bureau Narcotic Drug czar Andrew Mellon founded Revenue Tax Act of 1924 & Wall Street Crash of 1929 caused by London Stock Exchange suspended all shares, Clarence Harty owner reinsurance profiteer WW1 director 15 cooperation's.
WW2 Countries did not close stock exchanges Australia, Canada, Ireland, Portugal, Romania, Spain, Sweden, Switzerland & United States 12

Friedrich Wilhelm founded Berlin Stock Exchange destroyed WW2, who allow Germany back into all Countries' Stock Market ?

Google Remove 98% Help Websites so everyone has to hire a professional to do most everything  & banned from 99% everything

Pfizer founded synthetic Spice Drug soaked in Paper & Pen ink, so all Prisoners receive Photocopied Mail

Hide $20,000 Drugs on 1 Postage Stamp a Phone worth $40,000 in Prison, getting Busted can Triple Prison time so Prison Help Nark Smugglers accidently get released for 2 weeks

Ronald & Donald ran Atomic Anne Nuclear Missile Canon Little John, Donald Douglas Aircraft founder worked at Bank St. Paul's Chapel behind World Trade Center Collapse land granted Anne, Queen Britain, King Charles died 1685, King James Bible destroyed Fire Privy Council England Palace of Westminster Limestone Clipsham Stone query border Lincolnshire born Isaac Newton died County Middlesex named Middlesex NJ Landfill Bomb Uranium Manhattan Project

World Largest Ink Company Sun Chemicals in Troy Hills New Jersey gave Indians guns knives to retake Manhattan

Majority Prisoners hide drugs in box 1000 Sugar packets NutraSweet Monsanto Roundup Herbicide

Norway Hi School across TOMRA Vision 100 Countries Meat Fat Cameras, Austria's largest producer of meat products TANN Marchtrenk by Police Station across 2 Grocery Stores

USA only Camel Meat Supplier Samex Building Connected to Alcohol Abuse Homeless

Top 19 Bible Verses Cannibalism God will make them eat flesh of their sons & daughters Living people eat what dead ancestors are eating & hear all living people words

480 BC Persian Camel invasion Greece (Mythology) many stories cannibalism Temple Zeus eat Babies a Greece Vampire Vrykolakas more cannibals than bloodsuckers

1st B-21 Nuclear Bomber Airport Palmdale CA Jail by 2 Animal Hospitals & Social Security parking lot National Band Saw Co Meat Slicer & Church by All Heart Heating & Cooling by CrossFit its Headquarters by Teen-Kitchen feed Homeless

Baron Vestey Blue Star Line shipping frozen meat Argentina to Britain with Royal Mail Steam Packet World Largest shipping group 1927 sold to Hamburg Süd

relationship world's largest non-profit organization SOS Youth 700 Facilities CEO worked at UK Save Children starving WW2 Blockade Germany
 OXO worldwide marketer kitchen  housewares Helen of  Troy Limited.
Volcanic Winter Destroyed Crops in Germany scandals *Justus von Liebig Extract of Meat Company US Civil War Founder Beef Bouillon Cubes OXO UK Largest Food Companies Premier Foods UK Headquarters Sketchers Shoes by Veterinary & partner Pet Groomer by Yokohama Nissin Ramen Noodles founder 2 years Prisoner Tax Evasion

    UK Prisons Sodexo drug rehabilitation Program    Los Alamos Nuclear Laboratory Food Service Aramark $1 Dollar Meals USA Prisoners
 USA 4% Earth Population & 25% Earth Prisoners
The FBI & Police say you admitted to committing crimes with zero proof

   NAZI Sicherheitsdienst SS SD became Reich Security Main Office RSHA Extermination Camp Jew Prisoner founder Bayer Aspirin acetylsalicylic acid ASA Felix Hoffman also Founded Heroin & Penicillin Founder All in St Mary's Hospital Sodexo Food Supplier born Princes Diana Children owner Ham Stone Roman Quary & Protest Killing Rino with TV Reporter born Waltham Abbey Munks Flower Mill became Gunpowder Mill  Dynamite Gelignite Jelly where Boudica died Hemlock Poison. Battle Troy Hemlock


Covid 19 Bankrupted Cook Travel.  World Biggest Window & Door maker Jeld-Wen & Many Bank Headquarters Charlotte UNC World Health Organization WHO Bomb-Making Materials Awareness Program BMAP   WHO named Coronavirus disease 2019 not 19
  Largest Orthodox Jewish Union OU kosher certification  places a "U inside O" logo on food packaging UO
  Uranium Ore a most common elements in Earth's crust
  Sea Shell Pearl Drop Earrings Princess Diana wearing Shoulder Pads & Helmet & Favorite Bread Butter Pudding remove crusts
    Abbreviations  Roman Watchman
World 1st Sherif Babylon King Hammurabi King Ur-Nammu 2050 BC world oldest Law Code of Ur-Nammu Tablet Predecessor King Utu-hengal  Third Dynasty of Ur fifth dynasty of Uruk (World 1st Food Mesopotamia Breadbasket) fall Babylon 539 BC  Ur (rune) Water r ⋂ u  urus
 LEU Low Rich U Uranium Depleted DU Radiation therapy RT Oncolytic virus OV Kills Cancer Onyx-015 oncolytic vaccines DNA replication Hydrogen bond nitrogen N oxygen O fluorine F distance H⋯Y

8 Years 100% only call Adam God Loves you Until Ukraine War Start, they 99% only Call Adam God Loves us     Bible you u Uranium US Uranium Sex McDonalds First meat supplier OSI New meet mixed old meet directors in Prison

   OSI Protocol Wars Standard CERN founded World Wide Web WWW In Beginning Gap Word World With God you you you u u u CVA Credit valuation adjustment Risk, aircraft carrier numbers CVA Christian Vegetarian Association CVA Salvation Army Founder John Wesley abolish Slavery  the Council London at Bath Cathedral restoration Queen Elizabeth I British Royals & Egypt Mummies Medicinal Cannibalism stop Solders nose Bleed, Human Skulls Ireland biggest import to Britain & France tribal man-eating

           Adam initials APS, NPP Nuclear Power Plant Atomic Power Station APS UK Police ABM Software counter fraud & smuggling

 GMD Ground ICBM anti-ballistic missile ABM     ABM Electric 17 employees died 911

World Busiest Airport Hartsfield–Jackson Namer purchased Recipe Coca Cola wars RU Pepsi sponsor (Band) Ace of Base = ABBA Atomic Shake Lipstick by Lady Gaga company Ate My Heart Inc collaborated MAC Cosmetics Estée Lauder born Corona Queen

   Atom-Retro Clothing     Atom.com Shoes in Corporate Office Oracle Software Headquarters Redwood City  CA largest Japan Prisoner War Camp at Hawaii Volcano State Park (General) move Pasadena Rose Bowl to Durham Chapel Hill UNC

 Turnkey asset management program TAPON Employee Retirement Income Security Act ERISA Pension PBGC  Land development REIT Tax Reform Act of Tip O'neill, President Regan open RU 1st McDonalds

  Princess Diana Museum Disney Springs Amusement Park FAA prohibited airspace zone level of protection Panhandle Texas Pantex Nuclear Missiles Factory Proctor Gamble PG Tampon Disposable Panties Nuclear Energy LOGO Women Underwear Victoria Secret Headquarters Shelly Concrete Asphalt founder Frederick Warren

Many European University Bologna Process the European Convention Human Rights 1st Case military coup ousted Grease Government 1990 closed all Nuclear Power Plants in Bologna & Genoa born Bar Owner  Christoper Colombus founded America to free Jerusalem from Muslim Muhammad...Pakistan First Nuclear Bomb Test by Treaty Site Afghanistan,

McDonald's Colored Clothing Princess Diana talking with Rifles officers Khyber Pass 80% Food NATO & USA Army.

Rio Tinto Orange Coller River 5,000 years of ore mining & 776 BC Ancient Olympic Games subsidized by Herod kill all Babies when Jesus was Born in living Nuclear Fuel talks.

Austria Biggest Funeral Service Bestattung in Wein Court House & Atzgersdorf Coffin factory across Pet Store, McDonalds across KIWI Kindergarten & Electric.

Paris École Military Academy (1 Napoleon (2 USA WW1 Youngest Officer founder DC Comics = Wonder Woman Princess Diana in Batman Dawn of Justice
7th UN Secretary Kofi Annan, Nobel Peace Prize Aids Virus vaccine
KKK Rally Hotel Founded Maxwell Coffee

After 911  CA University Regents took over  All Nuclear Missile Security Guards Proctor & Gamble, Folgers Coffee, Abigail Folger murdered by Charles Manson murder wife Roman Polanski (1 sister survive Auschwitz (2 drug rape 13 year old Girls (3 Film) God of Carnage in French Le Dieu du carnage (End of Satan) Victor Hugo (Paris Hunchback Notre-Dame) Cathedral coronation of Napoleon born in 1st French Town Liberated NAZI, Greece & Romans

World Largest Brick Supplier Wienerberger Vienna Headquarters by Burger King, McDonalds, Penzing Memorial site Nazi crimes medicine by Piatnik Game maker, Tarot, Tick Tack Bumm, Pass the Pigs, Hog calling P. G. Wodehouse (Author) conspiracy Princes Diana

Princess Diana told Miss Piggy Joke to DJ Graham on Boom  Radio

E.T Extra Terrestrial Film 1992 McDonalds Happy meal toy & Big Mac Police doll. Et Actor gave poop emoji doll to Princess Diana given Et Doll from Drew Barrymore Makes Heart Shaped Dutch Oven & married Tom Green got Fired dressed as Hitler

(Dies mythology) Goddess of Hunt Diana Latin DEA, DIO  or  dīus son Last King Troy Priam wife (Camilla mythology) Opis Ops Upis or Rhea son suiter Dyēus Ski God Dieu Zeus daughter Helen Troy raped by Paris  Dieux el volt or Deus vult  Latin God wills it

Impersonating a Police Officer Princess Diana Landy Di arrested with Sarah, Duchess of York global ambassador Ronald McDonald House Charities 1st Foreign House in Toronto & 150th McDonalds House Paris Poster Princess Diana, anger People

Argentina Fast Food Joint drops 'Anne Frank burger,' 'Hitler fries' after
backlash
Wells Fargo Bolder CO & Maui Mall miniature kids Train McDonalds Collars.
French Nuclear Waste Lux Capital CEO Pfizer Vaccine & Donaldson lab brain
by Alferd Packer Catabolism Caffe CU Bolder University President daughter
husband Named Byron White Courthouse 10th Circuit Federal Court Judge Byron
White named Nuclear Bomb Radiation Medicine & Byron White Covid 19 Medicine
Headquarters by Santa Rosa VA Veterans Hospital Medtronic Robotic Hearts by
Homeless Food Bank & World Largest Nasal Saline Neil-Med
 CU 1st President James Baker
Electronic trading platform E-Trade & International Securities Exchange ISE
founders CU Blind Man
Warren Buffet Mouser Electronics Corona Pipe Dope & Qorvo Semiconductors
Building Tom Cat animal Traps in ally Cafe beside GYM
1st Vaccine Polio Eli Lilly coronavirus Research, Rockefeller Foundation NAZI
Germany Wilhelm Institute Physics nuclear weapons & Zyklon B Gas Kaiser
Director Jew Albert Einstein granted USA citizenship 1940, Einstein Founded
Manhattan Project, Director Preacher's son Leslie Groves & Secretary Interior
anesthesiologist, Manhattan Project Jew Robert Oppenheimer Manhattan House by
SAMHSA's National Suicide Helpline & Memorial many NY Civil War units,
brother Frank Friedman Oppenheimer owners 3 Paintings Van Goghs atomic bomb
in Wheat Field
White Planes NY United Nuclear Refueling worker founded Pete's Super
Submarines, Subway Sandwiches Headquarters Gas Company & Children
Hospital, McDonalds & Subway by New Haven Prison (Architect) Bouis
Adams New London Nuclear Sub base Commissary Grocery Store beside Animal
Veterinary by Reunions Deli & Wayback hamburgers in 28 Countries Shake Shack
Hot Dog founder Danny Meyer in 9/11 Memorial Museum 10 miles to Coney Island
hot dog bun founder Babylon, Frankfurt Coburg Germany or A German
immigrant
 Social Security Disability Insurance SSDI
 Siemens Heart Failure Test SAD Calculated SSD Doppler effect founder British
Navy & Napoleon born in Corsica Protest stop Nuclear Bomb Test in Silver Mine
Goddess Aphrodite "seafoam" married Hephaestus God Fire father Vulcan Zeus
poisoned Heracles died Greece founder Olympic Games Freidhof Berlin 2 sides
Freidhof Ruhleben cemetery 4,000 WW2 victim's emergency cemetery radio tower

disaster management 911 Fire Fight Stubs Terminal E Train Subway World Trade Center

Toxic blood urea nitrogen (BUN) congestive heart failure (CHF) Coronary disease (CAD)

World 1st 3d Computer CAD CAM UGS Siemens Build all Germany Nuclear Reactors Closed

Siemens 12 mil electrical wiring World Trade Center, Nazi machineguns Siemens Telephones made in concentration camps

   100% Unbelievable Two 911 Terrorist fly Plain while Two Terrorist Hijack 60 people with Stanley Box Cutter makes Corona Pants & FBI wear MOAB Pants Scotland Police Headquarters Tulliallan Castle Kincardine born James Dewar founder vacuum flask & smokeless gunpowder Cordite used in Martin-Baker Air Force Ejector Seat

13 Died 911 World Trade Center Largest Tenant Stanley Vacuum Bottle Son Founded Morgan Stanley Investments Employee Finance Ukraine War Alexander Vinokurov Owner RU Largest Grocery Stores Magnit & Largest Mega Pharmacy & 500 million to assonate Manhattan NY Stanley's daughter became Director Moscow Christies Auctions. Princess Diana

 Donald Bluth (Director) All Dogs Go to Heaven (Music) Pennies from heaven, box office Bomb (1 K19 Nuclear Sub (2 Peter Pan J. M Barrie donated copyright to Ordman Children Hospital, Princess Diana Neon Green, black mini & 80 Dress sold at Christie's, Ritz Hotel, Buckingham Palace, NAZI Art stolen Spencer House sold to Rothschild finance NAZI & 25 hidden Nuclear Missile blackmail

Queen Elizabeth dress maker Norman Hartnell embroiderer husband Airforce son Adam Ant born by Sherlock Holmes Museum 221 Baker Street by Ferrari Dealer Headquarters (1 Intelligentsia monitor Data all pharmacy, telephone & internet data Competitor Analysis (2 Institute Cancer Research London

    Pfizer purchased $4.5 billion Hospira hospital surveillance systems Hospira supplier .9% Sodium chloride Pfizer–BioNTech COVID-19 vaccine Blackrock & founded Sodium thiopental first drug most lethal injection Founder Jew born Pilsen by Pilsner Urquell largest brewery in Czech Republic.

 Taxation & Stock Market rate founder RU President Boris Yeltsin's father forced Labor NAZI Cartel Potash table Salt Soap & Battery Perl Ash, USA 1st Patent the Secretary War became Patent Office 2nd Patent Candle & Flour Making the Founder Born Red Clay School District & Died stroke age 63.

 RU Oldest Chemical Company karpovchem Epsom salt brew Breer, Calcium chloride Food Canning, salt process Cocaine, medication drip bag Catheter flexible

tube & electricity inventor Benjamin Franklin obtain charter 1st Hospital on Street USA oldest floating steel War Ship & Submarine.

Heart Attack Nuclear Medicine 80% use Radioisotope tens of millions - 99m Molybdenum-99 purified Uranium-235 Nuclear Bomb All USA Uranium Mills Headquarters by Covid 19 Killing Chalk maker Colorado School Medicine Karren Antonich became a Army Commissary Base Nurse. Stove Top stuffing founder Ruth Siems Died Heart Attack

 X-Ray Dyes & Nobel Prize Heart failure catheterization inventor University Charité Berlin established by Bubonic plague concentration math Grain size scale in Beaver Falls PA founded electronic cigarette & leaded gasoline Grandfather invented inserted Tooth saw

Blood Reduced Oxygen Anemia Heart Failure Non-steroidal anti-inflammatory drug NSAID Dentist 1942 Uranium to Make Denture glow Uranium Gun site

    NVDA Biggest Investor Vanguard by Heart vascular Hospital beside Bank operation Software. NVDA Chief Accountant Donald Robertson. Lori Mills husband Jensen Huang CEO NVDA by each End Airport, Burger King & In-N-Out Burger by Court House

Rudolf I Burgrave Nobel Nuremberg Germany Belsnickel Bell Father Christmas Carnis Cannibalism all Earth People eats Jesus flesh & drinks Jesus blood has eternal life raise them up at last day Russia Nuclear Missiles Test end October 24th 1990 Italian Prime Minister join NATO founded 1956 Warsaw Pact invasion murder JAC Jewish Bund Leaders Moscow Jew Doctors conspiracy assassinate Soviet leaders after Stalin blood vasal burst Stroke FAST facial droop, arm weakness BE-FAST brain attack cerebrovascular accident CVA Certified Veterinary Assistant

 911 Attacks Grief Kit was 1st Book Founder Niagara Falls Printing Press Coronavirus Coloring Book

Electronic Toll Collection illegal kickback ProAsh to Kapsch WW1 Gun Knight Sights WW2 Telephone Kapsch, World Biggest automotive supplier Bosch forced labor NAZI Weapons Factories WW1 lost all Bosch USA Factories
Bosch World Largest Pharmaceuticals & food Processors by Blum 120 countries Furniture Hinge Blum by Toronto Dental Supply, German Club & Walmart Distribution Center. Food wholesaler son founded baumax Home Improvement Headquarters by School & Billa

    Jean-Étienne Liotard (1 Painting Dutch Girl at Breakfast) NAZI stole (2 Chocolate Girl Painting at World Oldest Dresden University Art Museum Europe Largest Green Vault Russians Stole then 1800 Police Search Dresden Diamond 2019

Robbery King Poland sold 21 Paintings to Doctor University Bologna = Princess Dina relatives John Spencer First Lord Treasury married Winston Churchill (3 Painting Diana Russal Spencer died Tuberculosis at Bedford Estate became Museum University London UCL Nuclear & Chemical

All Jack Daniels whiskey made in Lynchburg Cave saltpeter, JFK Died in midnight blue Lincoln Continental (Breakfast)

Sodium uranium amalgamation. Kaiseroda salt mine stored 400 million Reichsmarks NAZI Gold & stolen Art the USA Army transfer to Berlin Museum (Architect) Jew Friedrich Hitzig, Berlin Stock Exchange destroyed 1945 1st President Germany Friedrich Ebert WW1 * Hamburg City Hall (1 Victor Edelstein Designed) midnight blue Dress Princess Diana at White House dance John Travolta Films Grease & Nuclear Missiles (2 Queen Elizabeth at 1962 North Sea Flood killed 347 People coordinator Hamburg (Rat) Police Senator Helmut Schmidt became Chancelor West Germany NATO Nuclear Missiles Warsaw Treaty Russia 7 Days Rhine River Fulda Gap, Napolean & WW2 British Bombs destroyed 90% Hanau is Stock Exchange Frankfurt Germany Immigrant Son Robert Oppenheimer Greg Walker dad...Ford Edsel Car Factory in Somerville, Massachusetts Bay Colony (Land Surveyor) Thomas Graves born Gravesend Kent Gravesham named by ½ Brother William Conqueror, Germany Sack Rome (1527 Plague) Siege Genoa & Bologna & Cnut King England battle Sandwich, Kent by Power Station Coal mine Cobham Train to Chatham Dockyard Roman

3 lukons Hatch Access Door companies by Latvia Biggest Grocery Rimi 500 Stores is Norway 2nd Largest Retail Company ICA Gruppen ICA Bank Sweden CEO Marie Halling = Largest Sweden Bank SEB founder Ivar Kreuger the Fire Match King monopoly Ponzi scheme Matches WW1 WW2, 1903 Germany Patent Reinforced Concrete Julius Kahn (Architect) UM Pfizer lab & Detroit Packard Car Factory & Edsel Ford House is 2024 Berlin Germany JORDAHL PohlCon Concrete & 3d Printing, Ivar murdered in Paris 1932 Apartment Street, Clergyman Emmanuel Sieyès wrote Pamphlets instigated Coup 18 Brumaire brought Napoleon Bonaparte to power

   Vladimir Putin grandfather cook Joseph Stalin. RU Biggest Vladimir Prison across a Big dairy manufacturer, Sushi

   White House Nuclear Missile Gap by Department Education Headquarters by McDonald, Smithsonian Zoo Museum, Bible Museum by War Memorial HHS Headquarters Social Security Medicare drug costs Donut Hole gap Food Stamps SNAP. System Nuclear Auxiliary Power SNAP - ETEC

   Hun stuff HS Mustard gas

Dachau Sub Camps forced Labor Auto Union founder Audi Cars by Adam
Weishaupt founder Illuminati New World Order H. G. Wells War Worlds
(Doubleday publisher) 137 Pulitzer Prize Penguin Books 300 Publishers To Kill a
Mockingbird (Author) reservation clerk British Overseas Airways 1932 France
declare war Germany Hitler briefly succeeded by Karl Dönitz captured in U-Bolt
Builder Friedrich Krupp Elevators built the yacht of Kaiser King Prussia named
Kaiser Rolls, King Arthur Flour

  Éclair Donut Long John Bar Donut. Paris founded Danish Pastry
Korean Ministry Food & Drug Safety Directors graduated USA Universities.

      Korean Welfare Ministry in Building Hyundai Cars, World Largest Chemical
Lotte world Tallest proceeded by One World Trade Center Ground Zero means
nuclear explosion Zero-COVID-19 lockdowns resignation 1st Minister Scotland,
Campaign Nuclear Disarmament founder WW2 Air Force Priest & Peggy Duff the
Director WW2 Slum Clearance UK displaced  3.6 million people
World Largest Christian Cross Hotel Dubi (Atkins Engineering) WW2 & UK 1st
Civilian Nuclear Reactor Berkley  & Hinkley UK Ministry of Power, Ministry War
Transport
World Largest Staffing Recruiter Randstad at Dieman Amsterdam to Zutphen
railway Arriva Nuclear WW2 destroyed Dutch national railroad deported 107,000
Jews Auschwitz & Sobibor Death Camp Director Erich Koch died in Prison
Barczewo sister city Hagen Municipality

Pig Slaughterhouse Charlotte's Web (Author) Father Jessie Hart White, Piano
Company & Painter Julie Hart Beers

  Mark Baker (animator) Peppa Pig (Voice) in Kevin Macdonald (director) Munich
Olympics massacre 11
 Anna Berger TV CHiPs HI way Patrol Frank Ponch & Jon Baker 3 years' Probation
SEC Peny Stocks Fraud.

 TV Nuclear Reactor Magnox Edge of Darkness police officer Ronald Craven (music
Donald Baker) Hell's Kitchen Films = 911

  (TV Breaking Bad) School Teacher Walter White & Chicken Restaurant owner
Meth drug Cook Pinkman portrayed by Baptist Minister son Aaron Paul attend
Mormon Hi School by Many Medical Labs Road to many Homeless Shelters in
Boise Idaho founded Albertsons Grocery Store during WW2
(Stitchers TV) Chinse Restaurant above Secret Laboratory Living People Mind Links
to dead people minds solve their murder

Flatliners (Movie) Intentional Die heart attack brought back to Life, Keven Bacon & Kiefer Sutherland (Frederick) born same Hospital Princess Diana Children & moved McDonald Headquarters Toronto, Donald Sutherland portrayed (1 friend Oswald assassin JFK (2 Karim AA Khan Chief Prosecutor International Criminal Court with no Hamburger & Donald Judge names seems suspicious.

Facebook Google NVDA Amazon employees' free meals Cats in White House, Joe Bidden 1st State Dinner, Joe said Hot Dogs & Ice Cream to French President Macron previously worked at Rothchild acquisition Le Monde, Attos Siemens IT & Nestlé's acquisition Pfizer's infant nutrition €9 billion Made Macron a millionaire Partner.

Christianization Kievan founder Russian Social Security & Federal Building across RU  Oldest Red October Chocolate Factory, 30% all RU Dairy Wimm-Bill-Dann Foods beside Church, RU 1st Wendys Hamburgers, United Grain Company & Moscow Rosatom by Headquarters Bork Appliance Store & WW1 Military bicycle factory became DUX Nuclear Missiles MIG 29 Joint stock market Moscow DB Dubnium Founder Joint Institute Nuclear Research CERN European Organization Nuclear Research founded WWW Internet

20% RU Chocolate Producer GUTA-re-Insurance

Police & Army Helicopters across Nestle, Moscow Korkunov Choclate WW2 Solder Chewing Gum Wrigley, Berkshire Hathaway founder a Church Leader China Whale Oiler owner cardiovascular Hospital

ConAgra meats sold to Smithfield Ham Swiss Miss Hot Chocolate Nestlé Oldest Swiss Chocolate Cailler Train Station Broc-Chocolaterie

2 Corporate Office Nestlé Bangkok & Brazil World Trade Centers

Nest Egg Nestlé Child slave labor cocoa production Nestlé by Vaud Lucens Nuclear React

Clichy Paris Headquarters BIC Lighters & World Largest Cosmetics L'Oréal grandfather murdered Auschwitz, Granddaughter World Richest Woman Liliane Bettencourt, Black Planet Award destroying planet proliferating contaminated baby food Nestle & losing €22 million 's Ponzi scheme Bernard Madoff suicide sons & wife attend UM Pfizer Lab lawsuit FDA Drug Price Competition & Patent Hatch-Waxman Act of Senator Orrin Hatch was Turret Gunner Nuclear Bomber & Brigham Young University Religion Director Trevan Hatch by Sams Club a Homeless Sheter beside Ferguson Fire Hydrant maker & Draper UT Police Station across IFA Animal Feed Store

Baden-Württemberg born Charles Pfizer & Charles Erhart founded Pfizer Drugs  by NYSE World Trade Center 911 Health Program at Mount Sinai USA 2nd Jewish

Hospital Namer *Carl Icahn attend Rockaway Hi School 3 Nobel Prize hepatitis virus vaccine & NYSE Nasdaq Stock Exchange Chairman Bernie Madoff, World Largest Ponzi Scheme $65 Billion & Died in Butner Federal Prison 25 Miles UNC Chapel Hill NC Courthouse across 8 Restaurants

Mayflower Ship Plymouth England William Bickford Founder Dynamite Safety Fuse grandfather House of Commons Palace Westminster (Architect Charles Barry) Bridgewater House next Door Spencer House

 BBC Director Cecil Graves 1st POW WW1 Was UK health food retailer Julian Graves, Iceland Many Grocery Stores Baugur Group bankruptcy Landsbanki freeze assets Anti-terrorism Crime Security Act 2001 Attacks 911

War Video Game Companies in Hamburg, Frankfurt, Chatham & Montreal Games by Boom Liquidation Explosive Deals Building 2 Screen Printers by Headquarters Buffalo David Bitton 30 Clothing Brands like Mudd Jeans & Umbro owner Sun Capital Partners many foods Companies Berkshire Hathway Warren Buffett meeting Princess Diana calling Bill Clinton "sexiest man alive"

Abraham Lincon assassin Doctor Samul Mudd & London Actor son John Wilkes Booth born Gunpowder River Coffin & Gunpowder State Park Baltimore Born Adam Brother Z-Eric

Melted Bleu Cheese Swiss Chocolate Milk Founder Vevey Heart of Vaud Switzerland WWW CERN Hydron Collider Particle accelerator CERN 1st Director Born & Died in Zurich - Switzerland 20 Whiskey Distilleries

    Dad 50 times talk about buying Unregistered Hand Gun age 19 Adam attend Commercial Scuba diving Seattle College Owner House beside Ballard Bridge Adam very 1st roommate Selling 50 Unregistered Guns a McDonald's Hamburger Manager was kicked out Army Special Force for wearing a Mask beating up gay people then take off Mask & help People by Seattle Monument Fremont Nuclear Missile.

River House only 2 Movies Heavy Metal Highway & Willy Wonka by Police beat Adam up by many different Rocky Mountain Chocolate Factory its Headquarters Police Station Durango Colorado House Building Material Climax Uranium
 Lot Animal Bones & Peoples Clothing buried on McDonald's Janitor Farms Neighbor Farm Junk yard owner sold the land became Pine City Court House he excavated fixing endless sewer tunnel mistakes during & after Finished Building Court House beside His Junk Yard start recycle Car Tires

 Court House Elevators builder Explosive Expert Paul owner Grantsburg WI Paint Ball Gun range accidently launch all Duluth Fire works at once & Paul son attended Australia Hillsong Darlene Zschech in McDonald's Commercials

911 Attacks Pentagon rebuilder owned 3di forgot to add an extra truss, Doug Forgot to screw the Court Room Soffit add 3000 Pounds per truss the Celling will Fall Down beside the Drop Ceiling fell down barley missing Director Custom Drywall there 10 Feet not used space in Commercial Building Ceilings Mechanical Rooms beside Green Board Drywall elevator shaft & Elevators Pits kidnaping People

10 Contractors Bid Court House awarded to Lowest Bidder Custom Drywall founded in a Grocery Store then Blueprint revised 30 million cheaper job nobody bid then 40 million in Extras fixing mistakes 4 years after building finished the Jaill Ceiling Stucco Crack, Forgot Core Poor Block Walls Jail, a Semi Truck Load wrong collar Brick, Dry Wall shim Judges doors all replaced.

Duluth & Mankato Match San Diego Strip Club Names Lamplighter  Déjà vu =  Pure Pleasure Adult Book Store beside Mankato MN Hinker Homes workers future Walmart Managers and Metcon remodel the Faribault MN Court House by McDonald's, Faribault Sage Tint Changing Glass in World Trade Center

Hinkley Casino only White Finish Carpenter a cement mansion with zero carpentry Esperance quite working at Custom Drywall Pine City Court House Jaill Builder Owned Dukes Hazard General E Lee Replica Car after Adam build Town Houses 3 sides of Burrow Criminal apprehension Carpenters owned Dodge Hemmi & Talk About Dukes all Day at Schum Drywall owned building by Sandra Morgan drop of many Foreign Exchange Student off at McDonalds by rural Pine City Court house was next Job after Adam Build Walmart Pharmacy by Apple Valley Court House Jaill his son was in Build Pharmacy by Apple Valley Murder Trials Paul Covid 19 death Hospital, Chapel Hill University Ku Klux Clan Dairy

Lot Animal Bones & Peoples Clothing buried on McDonald's Janitor Farms Neighbor Farm Junk yard owner sold the land became Pine City Court House he excavated fixing endless sewer tunnel mistakes during & after Finished Building Court House beside His Junk Yard start recycle Car Tires

Court House Elevators Carpenters go to Strip Club everyday with Explosive Expert Paul owner Grantsburg WI Paint Ball Gun range accidently launch all Duluth Fire works at once & Paul son attended Australia Hillsong Darlene Zschech in McDonald's Commercials

Duluth & Mankato Match San Diego Strip Club Names Lamplighter  Déjà vu = Pure Pleasure Adult Book Store beside Mankato MN Hinker Homes workers future Walmart Managers and Metcon remodel the Faribault MN Court House by

McDonald's, Faribault Sage Tint Changing Glass in World Trade
Center

Hinkley Casino only White Finish Carpenter a cement mansion with zero carpentry
Esperance quite working at Custom Drywall Pine City Court House Jail Builder
Owned Dukes Hazard General E Lee Replica Car after Adam build Town Houses 3
sides of Burrow Criminal apprehension Carpenters owned Dodge Hemmi & Talk
About Dukes all Day at Schum Drywall owned building by Sandra Morgan drop of
many Foreign Exchange Student off at McDonalds by rural Pine City Court house
was next Job after Adam Build Walmart Pharmacy by Apple Valley Court House Jaill
his son was in Build Pharmacy by Apple Valley Murder Trials Paul Antonich was
Adam 2nd Date with Sandra Morgan Sheraton was only nice Hotel visited with
mom, roommate Georgean Melton & Porn star lived at House Congressman
Richard Wigley died heart by Mayo Clinic USA Head Heart Surgeon Donald B
Willams & Jew Dentist Ronald Hagen pick up Adam at Headquarters Burger
King Miami Airport Run Way Painter son, Dunkin Donut Warehouse Worker, USS
Cole Sailor, Federal Cost Guard child molester where in Jail Cell with Adam beside
Jail Cell 3 AM kitchen Cook Melvan Diez there 10 Drug Pharmasset arrested selling
Percocet Drug beside Jail Cell David Winkel illegal kickback Saint Thomas Island
Federal Court House remodeler French Stock Exchange Owner Schneider Electric
new Headquarters Hardees hamburgers previously by Ventura CA & Santa Barba
UCSB Police twice put 40 Hits acid in drinks to Murder Adam had to apply fore
Social Security in Santa Barbara by 4 Nuclear missiles Test Sites
Walmart Manager Husband Owner Mall Gumball Machine arrested Percocet then
Manage Jail Library & see outside doctor every month. All Prisons Ecstasy Drug
Dealer Jail cell across Jail Cell Food server handed the Food tray by 2 Prisoners
take cover off Tray give away free food because 20 Prisoners share Commissary
Food then give away free food tray. Food Servers often Play Connect 4 Game.$250
Month Commissary account spending limit many prisoners buy nothing so Pay $40
use account so 1 Prisoner Purchase $70,000 Yearly Drug Deals
La Montaña Mexican Restaurant Door view Condo of Donald B Williams, Miami VA
Hospital NASA Aerospace Engineer Mark Cunningham, Chef Heart Surgeon at Carl
J Heart Hospital, Harvard Brigham Women's Hospital, Corona Virus Research,
George McDonalds Church, James Morgan Cunningham & Dan Hung .Car Parking
on top 1 Story Dentist Office Ronald Hagen neighbor Shelly & owned Hagen Costa
Rica Dental Laboratory
 All Shell Gas Stations run murder people

CLC Immanuel School Teacher Hagen relative Shane Hagen & Orin date East High School 2 Principal Daughter Orman & Shelly Zimmerman 2 next Classmate Alumni Profiles Christine Zurst (Bauman) Michele Mulenburg (Boerboom) Shawn Pettman then Joshua Pfeffer

ROTC Army Cadet Leader Course (CLC)

Adam Last Saw Larry Antonich was with Sandra Morgan & a Man that Shoots 50 Timber Wolves yearly

15 Years David Johnson wife Raquel Woolf cook Adam meals and unlimited free Beer Anheuser Busch Beer headquarters Army National Geospatial-Intelligence Agency AMS DOD Director Ronald Moultrie & Donald Kerr.

Berkshire Hathaway Purchased Hyatt Hotels Pritzker Prize family, Civil War Supplier Drexel Burnham employed Harvard Graduate CEO Roark Capital Group Owner Many Hotel Franchise, 30 Restaurant Franchise CKE Hardees, McAlister Deli, Jason Deli, Dunkin' Donuts, BW3 Anytime Fitness, Waste Pro, Many Pet Stores, Oil Lube,

911 rerouted 38 Plaines to Gander Canada by Latitude Uranium its Toronto Headquarters by Susi Restaurant

Sports Store Gander Mountain founder Bags WY 3 Forks Ranch by Uranium 1 mine Sheriff Doug by Adam Landlord BLM 100 Year Fire Expert Bags WY OSM Build Ranch 100% nobody allowed see Owner

Strawberry Park Nude Hot Springs director BLM Roommate Volunteer Fire fighter McDonalds Worker walk around Naked with Adam roommates 2 Harvard Graduates later go to River House & Adam loft window view a Naked Girl & Criss got caught with Marijuana Plant want give to Adam, Criss Manage Buda Barito became Brocklin Brick Oven Pizza move 3 sides Police Station.

Mangrove Swamp Boat Dock Ronald Hagen by Pink House Heart Surgeon Don old Williams lived across Ocean Bay House beside House Sylvester Stallone Rocky Boxing Trainer Pauly a Butcher from Corona Queens Madonna 1st Band & Chinatown (1974 film) Director in WW2 Kraków ghetto future 3 Sushi Restaurants by Hearing Aid its founder engineer ship mine bombs and Nuclear Sub batteries laboratory Def Thomas Edison founded (Light Bulb) Sir Humphry Davy (Miner Lamp) discovered elements sodium, potassium, calcium, barium / Queen Victoria knighted Chair McDonalds Institute, Ernest Rutherford named Atomic nucleus Plum pudding and Nuclear Founders from Nelson NZ

Dietrich Eckart founded Pan German Workers' Party precursor NAZI Party West & East Germany attempted Coup d'état Kapp Putsch, Hagen Germany Banks network Sparkassen 1778 H Hamburgischen

Operation Dawn Kill Saddam Hussein & Cook on Bible Tiber River Pink House Osama Bin Laden (Joy Speech) George Bush with 21st Defense Secretary Donald Rumsfeld met wife Joyce at Chicago Hi School Graduates 46 Movie Actors & Jeannie Boehm named McDonald's All-American Basketball

Santa Claus 9 Reindeers name Virus & School Tunnel Kidnapers, Leon Clause, Noel, Joy & Dawn Leak & Dawn Cable lived by North Star Bridge entrance Chad Pasbrig owned Wheels Sun Harley Davidson Motorcycle Dealers always by Houses Child molesters.

ARMY Code Names Harry Potter & Santa Clause Killed Princess Diana.

McDonalds by Shining  Murder in mirror spelled Redrum Stanley Hotel visit then rent Shining Movie & eat at McDonalds in a Town & Country Van Linda Koch said got DUI Drunk Driving at McDonalds Drive Threw also David Johnson had so many DUI so Adam always Drive

Adam Grandpa Farm was a Yeast & Hemp Farm was legal 1920 then Illegal  Hemp only Grew by Linda Koch relatives Alferink' farm & Mankato Police Gun Firring Range hemp entrance each side Low-income Housing Lived Leif Johnson & Jason Sack at Hardees 1000 Times yell Dip your Cone  & Sack mom joke Santa Shit on Christmas. Leif married Carry Bush

RU 2 Nuclear Missiles Pointing at Hot Dog Stand in Pentagon (Architect) John Fremont Hi School and Salt Lake Memorial Building Mormon Founder Joseph  Smith Died in Jail by Hardee's hamburgers

Police always Harass Adam where often at Eureka CA Big 5 Sporting Goods Parking Lot Social Security & Hardees

Eureka CA Social Security beside A1 Check Cashing & Hardees & Two A1 Checks view Eureka Court House Mearl People with Animal heads & Jail Bathroom Entrance a Cost Guard Helicopter Piolet read People with Animal head Book. Marijuana Seed A1 Corona crossed Lime OG & Girl Scout Cookies Baby boomers

A.1 Steak Sauce founder George IV & Agricultural Mortgage Corporation AMC Lloyds Bank reverse takeover to delist Stock Exchange

Adam assaulted in Basement then Sandra Shot in leg

Inglorious Basterds Nazi Tavern Basement Brad Pitt, Chilean miners cave-in assisted by NASA & Disaster Relief Center Catholic University Bioprocess Food processing Canning Romans & WW2 Space Race NAZI A1 Nuclear Missiles first artificial object travel into space, Walt Disney Movies NAZI membership number 5,738,692 Wernher von Braun, Operation Paperclip founded NASA

9594162 1 65-119

Hinze Ketchup Owner had Cancer while Husband John Kerry lose President Election George Bush A 1-Term

A1 Bikes Stores Move into Churches 2 Sides Mankato Court House & Adam mom date Hinze Brothers Farm Lived Stepdad before Meting Mom.

Hinze Goldsmith married Richard Jeffries's son Josh sold Cocaine in a House rented from Jackson Hole WY Judge Court House across Cocaine Dealers worked at OSM Onsite Management Remodel House Harrison Ford Builder Josh Jeffries had 20 Peace Blown Glass Lisa Dooring husband & Adam Landlord Jackson Hole biggest Cocaine dealer receive oversize package & Jail in Work Farm.

Police Station & Denny's Front Door View Apartment Rentals Floyd Squire Apartment all Busted with Heroin across Federal & State Court House Both Beside Furniture Stores had small Wearhouse in Ally Veterans Homeless Shelter across Hole Food market sat 100 Homeless & 400 Homeless Tents by Costco & Walmart Grocery & Electrical Company across Women's Homeless by Adam apartment Meth White Drug dealers across White Distributing, 8 Ball Logo & Shaved Ice stores

By Law only Homeless kids can attend any school so the Park Ranger leave Campground at 10:00 PM returns at 7:00 AM & 6 People help 1 kid get ready School often all expensive motorcycle owners Kidnapers

Airlines & Kidnapers clothing all match

Everyone Shares Kitchen Refrigerators in Hostels give you 8 Ball Marijuana Key Chains & Used Army Bed Sheats

Alex Hoffman Founded LSD Drug

Romans founded rainwater Gutter system Britain Slaughterhouses deboning rooms gutters Drains to River

Kopischke Rain Gutters by Heron Drive School by Hoffman Road Mankato East High School Food Server closest Chair sat Dan Reroden lived beside Police officer house view Lake Crystal Hi School Food room relocated School only by two Churches & Kopischke, Pig Shipping. Sheriff son & David Heron sold Heroin 20 Years with Heron Electric & Schneider Electric by Funeral Home in Lake Crystal MN Population 2,500

Adam Very First Carpenter Job building Steamboat Colorado CO DEA Drug Task Force Office alley Johnny B Good Restaurant owner Adam Landlord Mike Lang owned Coffee Shop by Adult Ski School & Divorced Susanne Kibbler became owner Barito Food Delivery & dated Social Security Medicare worker relative Photographer Corey Kopischke by Salt Lake City Grocery Store across House of Adam Brother Eric Strege design most used Architect Building Software at ARCOM by Salt Lake

Police Station, Social Security only by Restaurants, Eric married Jennifer Strege runs University Utah Robotic Hearts VA Veterans Hospital, Jennifer parents Marge McDonalds & Ronald Hoffman Pig Shipping Jamestown ND, while Adam lived with University Miami VA Heart Surgeon Donald B Williams. Pigeon-Hole message box Stanley purchase Aladdin Lamp, World First Kids Lunch Box images Hopalong Cassidy Sackett Indian Gun Fighter Louis L'Amour born Jamestown ND the Prison by WAPA Office Adam Dad, Adam Supervise KKK with Minot Air Force runs Nuclear Missile & Crayola Crayon game Coronavirus.

WAPA by Prison Jamestown ND   Louis L'Amour Cowboy Sacket 100 Books Sandra Morgan, Dad Donald Gave to Adam owned very few Books,  Alligators Parachuted Manhattan Sewer, Dr. Seuss, Green Eggs Ham, Grinch Stole Christmas, World Largest paperback Book Publisher Random House founder Jew Donald Simon Klopfer WW2 Airforce European theatre Combat outbreak

A Boy picking on Sister so Sandra Morgan put a Hair Pin in butt, Sandra dad was in court illegally Picking Wild Rice a man said in a Pig ass you did not call Court into session, so Judge dismissed all Charges

 Maui Taco owner Daughter neighbor Adam at Lanina Hawaii House Landlord dad CIA Guard President picture on Refrigerator Door Volcano Magnet, 200 Fighting Chickens, Bails Marijuana at Westin Hotel, BBQ Hotel Valet Car Army Solder moved across Lahana Mall buss junction

Maui Library Security Guards say take you to McDonalds then Ride the Buss with Kids talking about feeding People to Pigs the Jail Security guard say there off duty so tell the Mall Security & Jaill security guard said the Pig was her Brother. Many CA Homeless talk about Hawaii Cannibalism

 Sandra Morgan took Adam to 20 sperate Restaurants Pud Thai named after Thailand coup d'é·tat Battle Manhattan

  In kindergarten Adam always the First one to Pick a Food treat picking the same biggest treat every time then Adam Play in Tunnels under Lutheran School, Car Tires and Sewer Tunnels under Apartment Building Mom sold 4 Year old Girls sex dancing naked to Fisher Price Radio with Children Nuclear Submarine Sailors kept bails Cocaine in Adam Room while Adam brother Eric Hide Cocaine in Mister Potato Head doll and drop bags Cocaine out the Holes in moms rusty car floor then Amber and Eric Put the Heart attack drug in Peoples Airline Food with Mom Roommates and Neighbors Kidnap Kids at Lion Witch Wardrobe Play Bush Gardens Amusement Park Loch Ness Monster Roller-coaster workers Kidnap Kids with Mom neighbors ran Revolutionary War reenactments Civil War Confederate Army Capitol John C Fremont born, New Port News Virginia World Largest Nuclear

War Ship Base NATO by World Largest Smithfield Ham by Hog Island Nuclear Reactor. John Fremont named Pathfinder Nuclear Reactor by Sioux Falls South Dakota Smithfield Ham by Prison Director Kurt Schaunaman Adam relative and many Kidnapers moved to Sioux Falls SD the Police Drug Task Force Leader age 14 Chad Carpenter sold 12 year old Prostitutes & Cocaine with Chad Neighbor Adam Dad old House align Walmart across Lutheran Church Gymnasium Donated by Adam Grandpa owned a State Farm Insurance Agency Grandpa Financed the Nicolet MN Luteran Church member died giving 6 Million Dollars to Adam Step Mom her Apartment became Nicollet Hi School was John Deere Tractor Store.

Adam Stepmom brother President Barack Obama appointed Craig Schaunaman Heart-Land Grain Fuel Ethanol Gas State Executive Director (SED) (USDA) (FSA) Farm Loan Building Social Security Office Huron SD by Hubbard Milling while Adam mom lived by Many Corn Ethanol Gas Factory Workers parents the Mayo Clinic Nurse lived beside Mom & House Keeth the Hubbard Animal Feeds Corn Dryer Sales man lived beside the Old Country Food Buffet Manager House neighbor the 2 MSU College Professors Linda & Phil Pettman House across Calvary Cemetery entrance two Biggest Drug Dealers House's Deby Cook and Marino kill many babies in the Church Cemetery where Ryan McGraw Tip over all the Nun Grave Stones. Adam Cousin, Aberdeen SD Mayor Travis Schaunaman owned Subway Sandwiches that Flood while Sandra Morgan Neace a super Beautiful Nurse date fat ugly Subway Managers Subway Subs Pet Store small Building owner Gas Station in the Alley Duluth Lamplighter Strip Club beside Indian Store Owner Collen Gensel was Adam mom poor best friend Colleen worked at Save More Jewelry Civil War Antique Building Website Maker of many Companies employees kidnap and drug people at Mexican Village Restaurant Ness Reality Workers run Army Solders run Homeless Veterans and Civil War Reenactments Realtor Burgerman an army Lawyer relative Adam.
Dad Pelican Lake House across lake 4 Wheller Store Schaunaman-John Deere & Pelican Lake across Lake House Candy age 16 date Adam Brother
      1 African on WAPA Board Dad told Joke John Deree Tractor Forget Niger Punch Line, 14 years later Adam brother head engineer John Deree.
40 Years Work & live by Houses Doctors Nurses, Police Adam mom, stepmom & David Johnson Mom where all Nurses
 Hague International Criminal Court bombed by Nazi General attempted Bomb assignation Adoloph Hitler assassin died Plötzensee Prison across two Grocery

Stores...Headquarters Germany Burger King beside Hanover WW2 Zoo Bombings & Europe Largest Computacenter founder BOA owner Climax Uranium
World Largest Nuclear Waste Reprocessing La Hague France Homeless by Green Bank Crédit Agricole finance Nuclear, Football & 1st Covid 19 Vaccine Bond IFFIm Vaccine Alliance World Bank by Bacon House, Immigrant Food at DC White House by McDonald's

 Future Immanuel School Teacher Michel Weaton beat up Adam Infront of Mom at Basement outdoor exit Mankato Armory align Adam Grandpa Brother director Hubbard Ardent Mills across Mom 1st Apartment Above Hag Coffee Store beside 2 Insurance Agency & Immanuel School across Plunkett's Pest Control Headquarters beside Martin Brower, Largest Global Distributor of McDonald's is Reyes Holdings US A largest Beer & Coca-Cola Distributer Headquarter ½ beside Catholic Church across Marine Corps Recruiting Building IT & Home health care.
Reyes House 44 Acers secluded Snowmass Chairlift parking West Buttermilk Aspen Police Station McDonalds Hamburgers Closed
Senator Wellstone Died by Headquarters Toro Lawnmower & Step Dad own Sears Lawnmower Richard Jeffries owned House Purchase from Sears Catalog.
Adam build many projects by Sears & People in Sears later try to kill Adam
Dad wanted Adam to Purchase a White Dodge Pickup by Hubbard Mill Watertown SD Chad Carpenter 20 times went to pawn Shop to see Ithica Shot Gun by Social Security
Before & After 911 Adam, Friends & Family all Purchase White Cars & Trucks from Roch Stucco then 4  years latter Drywall House Roch Stucco. David Jonson hated white Trucks then Buy One,  Adam file World Trade Center lawsuit, David Broke Foot &  Sandra said drywall fell on leg looked like a Gun Shot then Sandra & McDonalds Janitor Tom Fore both got Wood Tick Limes Disease
Adam & Brother 1st Cars Brown purchased from a stranger Adam work at 3 years later found out was a relative from Outhouse rape Shot Gun Wedding also at Shadow Farm

Teachers Food Room Beside often only 1 kid Wood Shop Marty drove Burgendy VW. Diana Blue VW when Stem owned Yellow VW & Greg Walker Red VW & McDonalds Colored Motorcycle Walker work at MOA & River Hills Mall Owner Chicago Wacker Drive USA Headquarters (1 World Largest Printer RR Donnelley Yellow Pages (2 ½ Worlds Billionaires Largest Swiss Bank UBS Zurich a Train overhead wires  supply electricity on Poles Catenary mathematics Robert Hooke assistant Robert Boyle LAW Pressure

Walker Dad  30 Antique Ford Cars & saw JFK assignation Car & sold 4 Model T to Green Giant Food Janitor visit Hardees every day after work

West Hi School by Adam Purchase Red Honda Civic from only man in State licensed to do Boiler Work Adam wreck Civic so Pauly give Adam a Yellow Civic & work fore Carole Peebulls owner only houses by McDonalds & smaller Post Office & Australian Girls Kidnapers House View Steamboat & Jackson Hole Post Office

3 Girls Died so a Civic sat in garage 10 Years until Holiday Inn across Tent store Sold Adam Civic  all wheels fall off nobody could replace Lug Nuts so buy new rims

Nestle 1st Chocolate Companies sold to all McDonald's Egg supplier Cargill USA Largest Private Company Cargill corporate Office Medtronic artificial hearts & Valley Fair Amusement Park Builder Opus secretly owned most Majority HI & MN Union Construction Companies owner founder worked at Opus owner Viet Dumpsters

International Labor Rights Forum lawsuit child trafficking forced labor  Cocoa fields Cargill, Nestlé, Archer Daniels Midland. 50% Employees Covid 19 Cargill Protein biosynthesis mRNA Pfizer–BioNTech COVID-19 vaccine Nobel Prize KKK Katalin Karikó parents Butcher & Bookkeeper.

Covid 19 Closed Cargill slaughterhouse on Green Mountain Road.

Napoleon founded World Largest Dumpster Company Veolia CEO mother a Engineer at World Largest Spacecraft & airline maker Airbus 70% Coast Guard Helicopters, Airbus Headquarters the Vierergruppe 4 Hamburg appose NAZI sent to NAZI People's Court became Sony Center owner Morgan Stanley sold to National Pension Service North Korea in Manhattan 4th Tallest Skyscraper One Vanderbilt (1 biggest Tenant Toronto TD Bank founder TD America Bank America Climax Uranium (2 SL Green Realty owner Air America Radio scandal  $1 million in loans from a Boys & Girls Club  & #1 progressive talk show Thom Hartmann owned herbal Tea company & Children Hospital & Advertising agency Hartmann MacDonald

All Countries Biggest assassins Dumpster Workers Waste Management WM founded by both McDonalds headquarters WM owner 5 Sports Teams & Blockbuster VIDEO founder David Cook.

Glenwood Cemetery view House 20 Foot Gun Safe many Machines Gun Owner Daughter Patti married Stan Strege they never Cook always eat in restaurants.

25 billion Asset manager Hellman & Friedman Owner Caliber Collison across Mankato Mexican Village Restaurant & Caliber Snowmobile Racing & Grim Reaper

Stickers Graphix Designer David Johnson had Adam date Janel her Boyfriend father was Ku Klux Clan Grand Master was a Carpenter on Adam Very first Forman Job building Condos beside a Lutheran Church working for Newley hired director Mike Hatch at Timberland Construction Headquarters' Fremont Ave Minneapolis School Buss Police Impound Lot then  KKK build the Federal Indian Homeless Shelter beside lake Streat Sears Catalog Headquarters then KKK Union Forman Jay took over Adam 1st Non Union Job by    Burnsville Mall by People 4 years never plug in their Oven they Eat all Food in Reductants and live in Ealey Lake Condos Ku Klux Clan Murderer Hitman spend 80% more time on Building Projects 200% Over Budget a Garage takes 2 weeks to Build Tory Crew spend 7 months Building a Garage across Gas Station & House School

Mom often try & Drown Adam at Newport Nuclear Base & Swan Lake
Step Dad & Brother illegally Bow hunt Swan Lake Refuge winning Pope & Young 10 times biggest

Deer                                                                                      Adam 1st

Federal Lawsuit against Attorney General Amy Swanson & Mike Hatch open a Covid 19 Law firm

Princess Diana Swan Lake Necklace Bella Swan Father Police Officer from Phoenix AZ World 1st Francize McDonald's CEO HP Computers

 Sandra Morgan was Director Red Cross Manhattan Port Authority Building 911 Attack World Trade Center 2 nuclear reactors originate Covid 19, Adam and Sandra Morgan had sex 1000 times cum inside every time use bathroom after sex collecting semen, Sandra ran Nacel Open Door Foreign exchange student Headquarters Cray Computers handle all USA Nuclear Weapons & Navy Email Missile Launch EMALS, Nidec Dentist Drills, Nidec semen analysis identified Osama Bin Laden owner world largest Construction company Mosques and Bible Temple Mount.

Nacel relocated Building US Bank Workers unlimited sex 18 year old Girls
Jakes Pizza across Condo Judd Ness &  Trailer House Army Solder 2 German Foreign Exchange students  sex with 50 boys at House School Tunnel Kidnaper Mark Putman Furniture Store by Golf Course Electrical Worker Randy Pimp 12-year-old Girls

Westinghouse Nuclear Missile Time Capsules Corona Worlds Fair Poker founder Blue chip (stock market) RU Largest Oil & Gold, Suleyman Kerimov donate 100 million Moscow Cathedral Mosque

Corona World Fair Globe & ZOO architect WW1 died aboard Royal Viking Star cruise sank Cost of Denmark

Adam Step Dad build the Westinghouse Nidec Navy Generator blew up US Cole Battleship in Yemen and very first time I met Nidec Workers with Green Giant Food Factory Worker friends David Johnson's then 10 minutes later met Psychologist Sandra Morgan fore very 1st time Sandra said I thought you go eaten buy a Bear, Sandra brother-in-law accountant Duluth iron ore 3m Nuclear Missile Silos and Federal Prison Guard trying Maliciously false arrest Adam was with Sandra same morning Work Comp Injury $100,000 Medical Bills Jeff Moe Assaulted Adam in basement building Battered Women's Homeless Shelter Memorial Project Jew Senator Paul Wellstone, Weiss Builder & Jim Leach owned Commercial Drywall was in Steamboat CO Visiting his Sister House when Adam was assaulted 30 Carpenters Sold Cocaine, Build many School, City Bus garage, Leech Lake Casino Commercial Drywall Office by School Bus Headquarters also Fremont Ave Adam was Forman at Timberland Construction renamed Select Builders the Wall Street Condos by Cray Computers

Senator Paul Wellstone Memorial Project & Mayo Clinic Builder Weiss Construction CEO Dale Worm nephew Frog & everyone previous employer Opus.

opus magnus Rudolf Hess Nazi Code Name fall Weiss invade Poland Adam Around many Buffalos Wild Wings BW3 workers with Frog Collections then Build Condos around BW3 Restaurants & Relatives rase medical Bull Frogs. Wuhan Virus Wings

Grandpa Farm on Cray Corner in Cray Township

Mom give everyone Altoids Mints Headquarters Pay Roman Solders also founded Val-d'Isère France 2 Ski Instructors lived with Adam in Chile Chico going South everyone must hitchhike to next buss

Painting Scared Girl pouring Soldiers Drinks 6 Months Adam lived in Arequipa Peru at Retired Professor House closest to Extremely Load noise Open Wall Gymnasium beside (1 Never Used Alley many Tunnels Doors to Catholic Girls School Age 1-12 only played Shakey Shakey Song 10 seconds 1000 times every day start 6 AM (2 Famesa Explosivos in Private House (3 Heart Clinic. SLO Apple Computer Store beside Sun Glass & Victoria Secret Federal Law Books Reuters (Digital Sin) Covid 19 Died Grand Parents Dakota Skye, Porn Star Lena Sunshine Corona CA, Jenna Jameson Arrested in Corona Dell Mar. Few African Porno

Mom attended almost all African Nursing School. Adam only 1 School Field Trip was to MSP Airport meeting Jessica Sandstrom the next Day wee went to A&W Root Beer was Mom 1st Job & Adam was beat up by Crayman Tanner the Only future African classmate the only other African Student Cocaine Dealer Tyron

Fagen Dad a Police Officer. Lisa Dooring & David Johnson Both had only 1 African child devil worshiper father, Steamboat Often only 1 African aways around Ski School Drinking & 2 MN Apartments beside Africans beat up Girlfriends by Pettman & David Johnson move into same Apartment Complex the managers sold Heroin with African Neighbors

2 months Adam House-sat Delta Airline Pilot Sharon Finch went on vacation in Africa then Moab Utah while Finch neighbor the Ireland Ski Instructor Anabel Husband Honeymoon Died food Poisoning then 4 Jewish families all let Adam live alone in their house with free prepared food in 3 Condos that view Steamboat kids Ski School meeting area & employee housing Adam always live with Ski Area Cooks & had sex with UNC Nurses with Criss often talk about People eating Rat Hot Dogs before Flying then get sick forever then 10 Years later Criss became Steamboat Ski Area Cook Supervisor often with the only 2 Ski Instructors that visited River House, UNC Chappel Hill Nurses had sex with Boulder University Students Marijuana Lab 30 year old strain Ski Instructor Jew Arron BrochStien & Richard Jeffries supply bails Cocaine Berkley CA University & Cocaine Dealer Ed became School Teacher Winter Sport Ski Club kids left the Ski Chalet rite before it collapsed Carpenter Bray build House Bill Gates & Reba McEntire, Carpenter Adam & AU Roofer both wreck their cars after Work & Stone Mason Brother Criss Dalaney work at Ore House Restaurant with Steamboat Reservations Employee Patti date Best Snowboarder Committed Suicide because Pati Date Criss died kayaking Gore Canion by Uranium Mine.

2012 Covid 19 Mojang Mine owner Mine in (Song) Cole Miner's Daughter Reba McEntire born in McAlester OK makes Moab bomb drop Bin Laden hiding in Cave

Moab Bomb McAlester OK State & Federal Court across 2 Drug Stores & Sandwich Store in Senior Apartments USDA, Homeless by Daylight Donuts on Texas Cattle Trail to Sodexo Food Austin TX University UT makes most Covid 19 Lipids UT University

Queen Elizabeth I Fire Ship Hellburners corned gunpowder in Battle of Graveline's Defeat Spanish Armada

NATO in French OTAN Sun God Aten Satan under Sun (Film) Gérard Depardieu won César Award Best Actor in Police in Paris China Town Can-can dancers, Hoochie coochie (Singer) Chicago Cook County LaVern Baker 8 songs recorded by Elvis Presley. Heartbreak Hotel, Mae Boren wrote Songs Reba McEntire (Album) Heart to Heart, keyboards "Pig Robbins" Reba band members die in San Diago Plain Crash. Reba Cry Heart finished before Covid 19 & released later.

Otis Elevators World Trade Center Collapse no Otus Employes died. Other Building Elevator Workers Died running into WTC

Prince Plaine Emergency landing by Headquarters Otis by McDonalds Shush & Social Security. Otus war Gods

Adam divorced New Zealand Ireland dual citizen Yvonne Delahunty, lived on Coronado Street House owner Steamboat DA District Attorney Malinda Dudley while Adam build House Reba McEntire Carpenter a army truck driver Barry build House Biggest Vaccine Investor All Microsoft Word Documents Stored in Cloud Oracle Nuclear Weapons Army & Police website maker USA Biggest landowner Bill Gates, Cisco Headquarters 3 sides Mcdonald Hi School website maker Finalsite Hartford CT Building Fiserv 45% USA Credit Card transaction First Data Star Money Access Center MAC, Congress charted 2nd Bank USA was World Largest monied corporation caused Whiskey Tax Rebellion

Nazis Planned Kill Winston Churchill With an Exploding Belgium Chocolate Bar Lady Godiva = Cnut

1990 Fire Belgium Stock Market Building became Museum Belgium Beer Roman era became World Largest Brewer AB InBev many Headquarters Government Office. World 1st Stock Market Bible Publican Chief Tax Collector Zacchaeus House stayed Jesus tip over Church Tax Tables Jesus Crucified by Pilate stone, Court Pontius Pilate means skilled with javelin pilum. Stone Uranium ore World Highest Grade Cigar Lake Mining Stopped by Covid 19 & many many Lakes Saskatchewan Churchill Craton Greenstone belt ends Texas. Largest Stock Market listings Euronext Headquarters, Amsterdam, Paris, Rome Basilica Church dedicated to Crucifixion & Tomb 1st Roman Emperor Augustus died in Nola = Hannibal. Queen 1st Gave Diana a green choker Princess Catharine ancestors slave Cole Mine owner Queen Elizabeth consort Wiki Portrait by Richard Stone Painting BBC Broadcast Queen Died in Balmoral Castle (1 architect William Smith = Thomas Donaldson founded Royal Institute of British Architects (2 Filmed Day After Tomorrow ICE Age 2004 flood Manhattan World Trade Center Westfield Mall Headquarters Paris La Défense (1 Euronext (2 56 Nuclear Reactors French President Macron ran Nestlé's acquisition Pfizer Baby Food WW2 (3 Framatome Paribas bank France 300 Nuclear Warheads Maker BAE MBDA Nazi Holocausts Deutsche Aerospace N13 Road Three McDonald's by Road Turns George Ave = Future Nuclear Reactors by Crimean War named Alma Bridge Princess Diana died in a Twice wrecked Mercedes Benz Rental Building Paribas, Corona Quen Wuhan Paribas Bank West sold to BMO Headquarters Toronto & Chicago.

Ward Cunningham founded Wikipedia all Big Cemeteries Princess Diana born House Richest Man England in Great Brington (1 World Oldest Person Betsy Baker (2 President George Washington great great Grandfather Pastor treasurer Virginia Company Queen Elizabeth 1 mother Anne Boleyn son George ran  Hospital  (Film Bedlam) Doctor Frankenstein, England 1st Mental Hospital Bethlehem became Polaris Nuclear Missile Museum Prime Minister wife Manhattan Dressmaker Princess Diana at inauguration London Shell Gas Refinery also  Amsterdam Cooking Grease Disposal by 6  Metro Train Stations Netherlands McDonald Headquarters (1) Edison Energy Corona CA by 3 Hamburger Restaurants (2 Lemas Energy

World Largest Courtaulds funeral Veil fabrics Factory became Queen Elizabeth 11 opened Sellafield UK Magnox Nuclear Repossessing AMEC Wood largest fishing company Scotland

Canberra AU Parliament Construction Workers wolf whistle Princess Diana maybe Wearing Helmit & Sholder Pads, Diana Nany Tiggy Legge-Bourke father RAF Airforce killed in Grease

   Murdoch Stock Market News family Church by Hospital Father Princess Diana by Diana Hearse maker Jaguar Land Rover Wilcox Limousines across Food Catering Equipment Building IDEM Safety Switches Minning & Meat Grinders IDEM Nuremberg Germany Exhibition Food machine safety


 Diana died after seeing Psychiatrist in Derby Born Herbert Spencer Founded Paper Clip & Society grandfather Charles Darwin evolution theory cannibalism NZ

     Lucky Buddha Beer Distributor across Veterinarian &  Homeless Wings Recovery & Adam favorite Gargoyle Beer Stone Brewing by Escondido CA Police Car Impound Lot on Barham Road the Siemens Nuclear Train ends by Marine Camp Pendleton, 1818 CA Richest Pico family Alta Treaty create 10 States

   HUD Low Income Housing 1st USA Housing Secretary grandfather first African  to graduate from Harvard Dentistry founded composite golf tee = latex Plant founder Tomb at entrance London residence archbishop of Canterbury by St Thomas Children's Hospital across Westminster Abby & **Westminster Palace Slaughterhouse all on** Thames River flows into North Sea near Tilbury, Essex & Gravesend Kent the graves ended after Black Death Plague  & Fire London Samuel Pepys (Author) London 1st Bordeaux wine Claret birthplace Graves wine Region export founder Eleanor of Aquitaine married King of England Henry II Graves (Christian Song) Tour with Phil Wickham. Graves Band renamed Gotham Road Band

Hyde Park & Regent's Park bombings killed 4 British Soldiers from Rhine River Viking Cruise Ships died Princess Diana destroy drugs Nuclear Reactor White Chalk Clift failed landing Julius Caesar

National Police Chiefs' Council Building UK Nuclear Decommissioning by Westminster Abby-stained glass window Donald Smith founder Hudson's Bay Company Vatican Founder Mussolini & Hitler, Latin Work of God Opus Dei Headquarters Rome across BNP

Jewish State Department Worker Anna, Sandra Morgan & Adam take many 14 year old Russian Girls, Under the MN Supreme Court Tunnels to MN Governor Jesse Ventura in Predator Movie, 911 Conspiracy &  Coronado Navy Seal shoot Osama

China says Covid 19 originate Army Fort Detrick, Frederick Mayland MD President George Washington, Potomac River Tributary, Silver Spring MD all 1st Nuclear Missiles trigger EG&G

 Dittrich Welding Owner Daughter, Amy Dittrich, Rea Fredrich, Ann Yang, Date Paul Plagul kidnap many Girls Harvard Graduate Glen Taylor born Spring Field MN by Walnut Grove MN Little House Parrie Melissa Gilbert dies TV Babylon 5 Nuclear Bomb

Little Boy Atomic Bomb Hiroshima

Fremont Nebraska Born founder EG&G Nuclear Missiles Trigger in Silver Springs Maryland HuD,RNA binding protein Nuclear Medicine founder Lawrence Born by Sioux Falls SD Smithfield Ham, EG&G Nuclear Missile Trigger Lawrence Berkeley National Laboratory Noble Prize Donald A. Glaser instructor UM University Michigan for $108 million Purchase 174-acre Pfizer Lab is UM also Purchase 300 acers was once America oldest & largest drug maker Headquarters Detroit 3500 BC Burial Mounds

40 Restaurants by 3 Restaurants in Church Royal Tomb Dutch Royal Family from Diez Germany General WW2 Battle Dunkirk = Jacobite rising = Smithfield by Carlisle Castle Roman Fort Eden River  Rome Antonine Wall Vallum  Hadrian's Wall hot Springs Biggest Hospital Achen Germany died Jew founder Kármán line  1st Rocket Outer Space  NAZI V-2 World

Incredible Hulk Author Grave on Malibu County Line, Princess Catherine House Move 2 sides Headquarters Hardees Hamburgers, Princesses Dian death caused by BBC Reporter & Diazepam overdose Michel Jackson child molester Court Case in Santa Barbara UCSB drug Adam Coca Cola with Diazepam and Stole Adam.

Santa Barabara Moved a Mountain Top fore a better View Jane Fonda secretary married Joe Cockers Wife Pam 1st Secretary a Helicopter Piolet.

 Sky Chefs Corona Queens, Toronto & Frankfort Headquarters World Largest Catering Sky Chefs LSG  26 Airlines Stars Alliance CEO ran Pentagon budget analyst Secretary of Defense DOD
Good Year Car Tire Airport Headquarters Stars Alliance Tesla Earthquake Fault Diabolo Canion Nuclear Reactor Security Guards Beat up Adam in Post office then Grover Beach City Buss Supervisor Relative McDonalds Hamburger Worker Beat up Adam in Town Country Mall Smart & Final Grocery Outside Adam beat up by Police arrested Adam fore stealing a Latter with Adam address on it where Incredible Hulk Actor was a Sheriff where Adam in Jaill a Helicopter Piolet Prisoner attend High School with future Police & Sheriff. UCSB University by 5 Defense Contractors & McDonalds egg McMuffin Founded Santa Barabra by Berkshire Hathaway Reality & Smart & Final Grocery Store Adam Social Security doctor both beside Allstate
   Nuclear Cabinets = Tory & Richard Jeffries say a Carpenter 1st Day install Cabinets Perfectly all taken down & made an apprentice 5 years
      All the Opus Forman liked a Carpenter nicknamed Bonner never work much & hang out at eating area all day Building 1.7 million Square Foot Best Buy Headquarters founder Kitchen Cabinet installer Adam Cousin Tory, Opus & Best Buy donate a Billion Dollars to Saint Thomas University (1 President JFK founder Workers Compensation (2 Supreme Court Justice Heart attack with no Autopsies (3 Miniature War Gaming (4 by closed Kuzina RU Chocolate   (6 Adam work on Bowmans House then Regents Hospital Baby Doctors House then Install Cabinets Saint Thomas Teachers had Senator Wellstone Buttons

Last saw Cary Burger Rollerblading Sakatah Trail Bridge above remote tunnel to Wacker House by Trail entrance Seth parents Laundry Company 10 Vans Wacker tell Jokes 2 pigs fell mud & 3 came out & A tired doe says all never do that for 2 Bucks again
1642 Homeless typhus smallpox by Corn Market, Warminster England born USA 1st ARMY Quartermaster War founded All Countries Constitution?
   Warheads B Bombs delivered DCA retired ADMSEC Stock market suspend AMD Archer-Daniels Midland Corn Saint Anthony Falls Pillsbury-Washburn Flour Mills Minneapolis MN i35 Interstate Bridge Collapse beside Center Point Nuclear & Red

Cross Headquarters Sandra Morgan & Apartment David Johnson best Friend Rob
the Apple Bees Bar Tender date many Fists Fighting College Girls
Sandra Morgan 2 Daughter age 16 Date Cost Guard Sailors &  employer Jeno
Paulucci Pizza Rolls Totino, Pillsbury Grain Elevator by 2 Siemens Horns Duluth Lift
Bridge beside Canal Hotel Adam first Job after 911 Attacks was building a Coffee
store that became Hell's Kitchen Gordon Ramsay appointed a OBE by Queen
& Born  Johnstone 12 miles Glasgow Coronavirus Research CIC Consortium many
companies Nuclear Institute Glasgow University 2 Homeless Soup Kitchens,
Edinburgh Torness nuclear reactor. Most Nuclear Warheads maintained by Jacobs
Engineering Headquarters by Baby Doctor & El Paso TX  Homeless People are
Cooks at Hallelujah! BBQ Restaurant        500 Johnstone Supply run Kidnaping
Adam Build Best Buy  worker Raquel & David Johnson then David job  taken over by
Steve married Sandra Morgan Daughter Rollerblading was last person to see alive
Paul Antonich murdered by 6 Indians remote location Adam Coworker House
Adam saw Driving with Sadra while Building Romano's Macaroni Grill on France
Avenue across Twin Cities Extension Office Mankato MSU by Doctor Scheduling
service used by Federated Insurance by NFL Viking Office by Social Security across
Sherton Hotel was only 1 nice Hotel mom stay at same Hotel 1st Date with Sandra
Morgan 100 Times ran Foreign Exchange Students Conventions with many Army
Recruiters at Sherton by Green Road,  Cherne Contracting Kiewit build Military
Bases,  Livestock Exchange, Moab Bridge & Ruben Sandwich founded in Black
Stone Plaza Headquarters Kiewit & Warren Buffet

   Coffee Tycoon WW2 Solder owner Chicago Black Hawk Ice Hockey Player born
Eksjö Småland Regiment Jönköping arsenal Husqvarna & KTM motorcycles by
Customs Official son Adolph Hitler Born Braunau am Inn River Inn Austria largest
aluminum plants & Linz art gallery Nazi sold Jews Property also at Oldest Auction
House Dorotheum. Billa Grocery Building 2 Viena Homeless Shelters.
East Hi School by Trailor Park Stem Nighbor a Doctor Remove a Hot Dog then Stem
Dad Kmart Spotting Good Manager Moves across Bethany College Girls Dorms
Kidnap hatch builder Adam & Tory fore Goodrich Construction by Hemp.
Minneapolis Airport Hotel Chef Cook Hot Dog on first date Hot Girlfriends many
Porno Magazines & Bowmans Contractor Owned Rental House many Hot Girls had
Porno each side Hi Bridge Murders
Steamboat Ski Area Sheraton Hotel Cooks did drugs at River House everyday tell
Jokes like Tip Over Portable Toilet Girl Inside & Name a Dog Stain & Call Dog cum
stain while Kayaking with Ange from GJ Climax Uranium

Israel 1st Military Headquarters Red Room Became Sheraton Hotel a vacant site
 Animal Market originate Covid 19 Wuhan Homeless Shelter Director Died on train
 Judas Iscariot born Moab the 3 Wise Men visited Jesus born Animal Manger Inn Hotel Garage Jews Founded Google, Gmail, YouTube and Apple

      1000 movies World Trade Center WTC
 1993 Osama Bin Laden Ryder Truck bomb Vista Hotel Bomb in WTC Sold by Latham & Watkins Law Firm Nuclear Energy & Pfizer Vaccine.  File Documents Vista CA Court House Sheriff beat Adam up return documents. 90 Days File or not File Charges then Leave Country they have 1 year to file so call back never respond.
After 911 Tonya Brooks boyfriend Josh Ryder try kill Adam date Mayo Clinic Nurse Brook Wolf sister married David Johnson
All State Department Foreign Exchange Students that get arrested call White Castle Hamburger Ball Logo antenna Green Car owner Psychologist Sandra Morgan lives beside House Workers Billman Construction Owned all Duluth Strip Clubs, Pure Please Adult Books, 50 Antique John Deere Tractors in Billman Office by Duluth Federal Airport Prison
Adam was Master Carpenter World Largest Preacher Billy Gram Movie Director Crystal previously ran Manhattan Model Agency & Told Adam to throw Snowballs at naked Girls windows then After 911 the Police always try to arrest Adam nonstop. Park Car at Dennys Hamburgers the realtor takes Adam to Buy a House beside ex Faribault Mn Police Chief live across the Mayo Clinic Bill Collector Beside Marine Army Solder & Adam neighbors call the Police 100 times the Police Give Adam a DUI fore walking down street & 10 Police beat Adam up.
1st Meet Sandra Morgan after Adam Only 1 Family Vacation at Hanging Horse Lake by Sandra Morgan co-worker Donold Blum murder Katie Poirier & Hi Bridge Murderer By Power Plant Tory Remodel, Opus Construction Lake House Workers throw many Africans Off Hi Bridge the Bloomington Police find many  dead Africans in the Car Trunk & let them go
Union Company Owners House Builder J-iden Carpenters House by Murder Paul Antonich J-iden Mormon Temple Adam Coworkers Blum neighbor
 Greek Sun HE Helium Founder World Largest Paris Observatory Architect brother Charles Perraul Author Little Red Riding Hood, Cinderella, Sleeping Beauty & Bluebeard

Saint Paul MN founder NAZI Zepplin airship a world largest auto parts ZF Friedrichshafen AG by (Com&Com Band) Switzerland largest Museum Kunsthaus Zürich artwork sold under duress Jews persecuted by Nazis Reich

Concertation Camps 1st Mass Transit Frankfort Opera Europe Largest Dome 1st Bands Stairway to Heaven Led Zeppelin Grateful Dead and NAZI Nuremburg Trials (Architect) Friedrich von Thiersch daughter Frieda CEO Book binding

Adam remodel House 506 Summit Ave Saint Paul MN Gary Bowman Underwrite Hospitals & Carpenters Union Delta Dental, Bowman Children Afghanistan ambassador married Swiss Banker Alfanso she never sleep with & DC Government Oversite both Bowmans worked with Senator Wellstone & Relative 8th Cir Judge Pasco Bowman

Hardees by 15 Mazatlán Kidnapers attend USA College get arrested & never graduate & Only Holtel Owners Children graduate

Mazatlán MX Pimps with Heart attack drug Everyday call their Girlfriends work Denver CO Heart Surgery Team & Birt Lyman Pimps knew 20 Union Boss & Lemkey Construction sell 14 year old Gir's sex

Adam Pension Director Lemkey at Wilson McShane Taft–Hartley Act $45 Billion Pension Manhattan Amalgamated Bank Meat Paker's Unions Headquarters Kansas City Airport TSA, AMC Movies Building F3 Chophouse combines sports & church events

AMC Air Mobile Command nuclear missiles

Sidney Hillman Drop out Lithuania Rabbi school to illegal study circle druggist, Germin Jewish Labor Bund, Russian Labor Party First Russian Revolution War, then Founded Amalgamated Bank, Clothing Union, Army Solder Clothing Hart Schaffner is Black Rock owner Authentic Brands Group 50 Brands, rights or

estates celebrities Marolyn Monroe & Elvis Presley founded by Toronto & Northbrook IL McDonald's 2 Headquarters, Hilco Global largest distressed investment bankrupted Hostess Twinkies, Dick Smith Electronics Toys "R" Us, World Largest Molybdenum Gold Miner Freeport-McMoRan Uranium & USA Largest Mall owner Simon (Movie Company) Love First Bite Dracula cannibalism

Amalgamated Bank 2nd CEO Talmud Torah graduate Max Lowenthal investigator 1929 Wall Street Crash, Nazi Stollen Art & Subcommittee Homeland Security TSA

5C94162.1 100.119

Worlds 1st circumnavigation Ferdinand Magellan cannibalism & Indians poisoned.

Weber BBQ Grill founder attend Chicago University World 1st Nuclear Reactor Pile 1 by Hog Butcher for the World, Berkshire Hathaway $5 Billion Purchased Marmon Group, Weber BBQ, TransUnion, Wheel Chares, Navy Rockets & USA Largest Railroad Union Tank Car Company Chicago to Corona CA Containers & Unemployment Office Back Door Moe's BBQ. Sushi in an Apartment Complex.

" Dundies" annual awards show at Chili's restaurant.

Marco Polo 1st European in Medieval China. James Cook eaten by Cannibalism Carne asada beef El Pollo Loco Chicken

Adam Mom worked at Woodland Hills Cemetery on Skyline Drive is Carney Ave House Cow Milking Equipment salesman wife Carme Dooring Food Server Husband Bob Blowes Glass will Kurt Dumdie on Carne Road to Mount Kato Ski Area & Woodland Hills cemetery entrance House wee Play Operation game & Hi Ho! Cherry-O With Brain Nailor neighbor Megan Crist date Chinese Restaurant owner. Loyd Lumber became Cub Grocery & Burger King closest to Megan Crist Locker at West Hi School across Hardees Hamburgers on Stoltzman Rd Cary Burger lived across Billionaire Ink Printer Glen Taylor son stole 5 million dollars in Hi School Taylor was Biggest Drug Dealer under North Star Bridge Taylor kidnap many Drunk Passed out Girls taken to all Mankato Grocery Stores & meat market back doors, Taylor the Owner North Star became MN Wild Hockey Stadium Republican Convention Center, Sheet Rocker David Johnson wife Father Tim Wolf Farm by Nursing Home Died Adam Grandpa by classmate Concrete  Company Food Server Daughter Gina Dooring House German Lake connected Jefferson Lake House Owner Cub Grocery Store Manager Mom and Gina Dooring said Adam would be a nice catch while driving in a Car to Adam Grandpa Funeral the only 2 nice people where the Green Giant Food Janitor &  Lake Crystal School administrator Annette Rode owned Farms beside School, Cemetery, Green Giant Foods, Farms by Woolf Creek Nuclear Reactor and Rented Farm of my Uncle wife Sister married the Neighboring Farmer the Father owned Farms Butcher Cattle and Funeral Home.

Band Solders crucified Jesus at Golgotha Gina Tobi

Gena Dooring married Christian Rock Band Army Solder Adam Disney buy a House beside future Nicollet Stip Club

Most all Bands run School Tunnel Kidnaping my Classmate Jeremy Bandow (Nicholl Fellowship Film Award) Afghanistan War Romance.

14-Year-old kids beat up 5 College Kids the Police never Press Charges on 10-Year-old Kids in all the Tunnels under the Prisons & Hi School Drug Dealers live all 4 sides College.

Adam Uncle School Board Director Jim Kazemba owner many Pigs Farms & Jim 7 Daughters run Softball

Library Assistant Anna Boettcher NIDEC Procurement

Aunt Koch rented a House across Liquor Store beside House Paul Peterson's mom died then Dad never returned home so 13 Year Old Paul & his brother Party House sold Cocaine 4 Sides Imanuel School Church Front Doors across Cocaine Dealer Boettcher House moved Koch

    Kurt Dundie blow Glass with Bob, Wife School Food Server Lisa Dooring lived Across Joy Anderson her best friend the Future McDonalds Worker Jenny Mulligan Adam first girlfriend often had double team sex in parking lot Hardees hamburgers everyday 12 year old girls hand out condoms, Tory & Chad Dressler often talk about eating semen at Denny's hamburgers

2500 BC Tanning Animal skins soaked in Urine remove hair fat soaked in alkaline lime pounding Poop Dung softens Leather

8000 McDonalds Restaurants waterless urinals

 Lahaina, Hawaii Burn Biggest Cocaine Dealers House Famous Dave's BBQ parking lot Custom Drywall the Basilica Church donated Land Minneapolis Federal Courthouse across Rick's Cabaret World Best Strip Club

 Always Complaining McDonald's Workers can not work at McDonald's by their house & have to Ride Buss 30 Miles to McDonald's workers on Buss sit behind Adam while Homeless Preacher & Account Sing Songs then at Starbucks the Food Land Butcher talk about cutting Steaks involving Start Me Up Office across Baptist Church Homeless all day sit by Start Me Up Fishing Boat view Sloan Toilet Urine makes France Gun Powder Cova del Rat Pena Bat shit Outhouse Black Powder Saltpeter China Snow Pot Ash Potassium nitrate potassium calcium, strontium, barium, magnesium boron chlorine iodine Founder Humphry Davy at Hospital, City London Corporation founder William Conqueror Died Rouen France Joan of Ark Burning at stake.

 McDonalds 2 Headquarters moved inventor waterless valve toilet Sloan invented in Chicago Airport

 Cokato Minnesota Funeral Peterson Funeral Home and Peterson Meat Processor Farmer Daughters Cindy Pishner married Adam Uncle Darol and the Neighbor Famer Divorced Cindy sister. New Mankato Court House Jaill was Buildt on Farm Javens Electrical Company Children ran Kidnaping at East High School 1400